## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **JEFF SCOTT as Special Administrator of The estate of CHRISTIE SCOTT,** ) ) ) | FILED: JUNE 20, 2008 <br> 08CV3549 <br> JUDGE CONLON |
| Plaintiff, ) ) | MAGISTRATE JUDGE DENLOW |

**JEFF SCOTT as Special Administrator of**   )
**The estate of CHRISTIE SCOTT,**   )
   )
                    Plaintiff,   )
   )
**vs.**   )
   )
**SANOFI-AVENTIS,**   )
**SANOFI-AVENTIS U.S. INC.,**   )
**SANOFI-SYNTHELABO,**   )
**SANOFI-SYNTHELABO, INC.,**   )
   )
                    Defendants.   )

FILED: JUNE 20, 2008
08CV3549
JUDGE CONLON
MAGISTRATE JUDGE DENLOW

Case No. RCC_____

**(Removed from Circuit Court of
Cook County, IL,
Case # 2008L002027)**

### NOTICE OF REMOVAL

COME NOW Defendants sanofi-aventis U.S. Inc. and Sanofi-Synthelabo Inc.

(incorrectly named in the caption as "Sanofi-Synthelabo, Inc.") (collectively "Removing

Defendants")[1] by and through their counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446,

file this Notice of Removal of this cause from the Circuit Court of Cook County, Illinois, to the

United States District Court for the Northern District of Illinois, Eastern Division, and allege as

follows:

        1.    <u>Complaint.</u>   On or about February 22, 2008, Plaintiff filed this action

arising from the alleged use of the prescription drug Ambien®, an FDA approved medication

---

[1]    Plaintiff has also named "sanofi-aventis" and "Sanofi-Synthelabo" as defendants in this case. Sanofi-Synthelabo, a French corporation, took control of Aventis in 2004 and changed its registered name to sanofi-aventis. On December 31, 2004, Aventis merged with and into sanofi-aventis, with sanofi-aventis as the surviving company. Sanofi-aventis is a French corporation. Moreover, sanofi-aventis has not been served, and as a result its joinder in and consent to this removal is not required. *See, e.g., P.P. Farmers' Elevator Co. v. Farmers Elevator Mut. Ins. Co.*, 395 F.2d 546, 547-48 (7th Cir. 1968).

available by prescription only from a licensed health care provider. Service was effected on the Removing Defendants on May 23, 2008.

2. <u>Basis for Jurisdiction in this Court</u>. This Court has jurisdiction over this timely removed action pursuant to 28 U.S.C. § 1441 because this action originally could have been filed in this Court pursuant to 28 U.S.C. § 1332.

3. <u>Diversity</u>. There is the requisite complete diversity of citizenship between Plaintiff and defendants, and the amount in controversy exceeds $75,000 exclusive of interest and costs. 28 U.S.C. § 1332. Furthermore, no defendant is a citizen of the State of Illinois.

a. <u>Citizenship of Plaintiff</u>. Plaintiff Jeff Scott ("Plaintiff") filed this action as the "Special Administrator" for the estate of Christie Scott ("Decedent"). *See* Complaint. The legal representative of an estate of a decedent is deemed to be a citizen only of the same state as the decedent. *See* 28 U.S.C. § 1332(c)(2); *see also, Northern Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990). Decedent was, at the time of her death, a resident and citizen of the State of Wisconsin. *See* Affidavit of Matthew T. Nickel, attached as **Exhibit A**. Thus, Plaintiff is considered a Wisconsin citizen for purposes of determining federal diversity jurisdiction.[2] *See* 28 U.S.C. § 1332(c)(2) .

---

[2] Plaintiff's complaint did not state the citizenship of either Plaintiff or Decedent. However, Plaintiff and Decedent resided in Wisconsin, had drivers' licenses in Wisconsin, and registered their cars in Wisconsin. *See* Exhibit A. Based on this information it is apparent, to a reasonable probability, that Plaintiff and Decedent are citizens of Wisconsin. Plaintiff and Decedent were also associated with an additional address in Lombard, Illinois. Even if the Court determines that Plaintiff and/or Decedent are citizens of Illinois, that finding would not eliminate this Court's jurisdiction or destroy diversity among the parties. As set forth below, regardless of whether Plaintiff and/or Decedent are citizens of Illinois or Wisconsin, complete diversity exists among Plaintiff and all defendants because none of the defendants are citizens of either Illinois or Wisconsin.

b.    <u>Citizenship of sanofi-aventis S.A.</u>    Defendant sanofi-aventis S.A. (incorrectly named in the caption as "sanofi-aventis") (hereinafter, "sanofi-aventis") is, and at the time of filing of this action was, a corporation existing under the laws of France, with its principal place of business in France. *See* Complaint at ¶ 1. Accordingly, sanofi-aventis is a citizen of France. Sanofi-aventis has not been served, and its joinder in and consent to this removal is not required. *See, e.g., P.P. Farmers' Elevator Co. v. Farmers Elevator Mut. Ins. Co.*, 395 F.2d 546, 547-48 (7th Cir. 1968).

c.    <u>Citizenship of sanofi-aventis U.S. Inc.</u>    Defendant sanofi-aventis U.S. Inc. is, and at the time of filing of this action was, a corporation existing under the laws of the State of Delaware, having its principal place of business in Bridgewater, New Jersey. *See* Complaint at ¶ 3. Sanofi-aventis U.S. Inc. is therefore a citizen of the States of Delaware and New Jersey. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

d.    <u>Citizenship of Sanofi-Synthelabo Inc.</u>    Defendant Sanofi-Synthelabo Inc. is, and at the time of filing of this action was, a corporation existing under the laws of the State of Delaware, having its principal place of business in Bridgewater, New Jersey. *See* Complaint at ¶ 4. Sanofi-Synthelabo Inc. is therefore a citizen of the States of Delaware and New Jersey. 28 U.S.C. § 1332(c)(1) ("a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business.").

e.    <u>Citizenship of Sanofi-Synthelabo.</u>    In August 2004, Sanofi-Synthelabo took control of Aventis and changed its registered name to sanofi-aventis. On December 31, 2004, Aventis merged with and into sanofi-aventis, with sanofi-aventis as the surviving company. As discussed *supra*, sanofi-aventis is, and at the time of filing of this action

was, a corporation existing under the laws of France, with its principal place of business in France. *See* Complaint at ¶ 1. Accordingly, sanofi-aventis is a citizen of France. Sanofi-aventis has not been served, and its joinder in and consent to this removal is not required. *See, e.g., P.P. Farmers' Elevator Co*, 395 F.2d at 547-48.

       4.   <u>Amount in Controversy.</u>  It is facially apparent that the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. See 28 U.S.C. § 1332. Plaintiff seeks unlimited "damage and death" arising from the alleged fall of Decedent, which Plaintiff contends was caused by Ambien®. See, Complaint, at ¶¶ 6, 21, 27, 33, 42, 49. According to the Complaint, Plaintiff seeks a judgment "in an amount in excess of Fifty Thousand Dollars ($50,000.00), and any further relief which this Court deems appropriate." Id. To a reasonable probability, Plaintiff's claims of "damage and death," if proven, would exceed $75,000 in recovery. Given the foregoing, the face of the Complaint makes clear that Plaintiff seeks damages in excess of $75,000, exclusive of interest and costs. Other courts have similarly held that such allegations on the face of the Complaint satisfied the amount in controversy. *See, e.g., Gebbia v. Wal-Mart Stores, Inc.*, 233 F.3d 880, 883-84 (5th Cir. 2000) (allegations of serious injury sufficient to establish jurisdictional minimum where not prayed for in the complaint). Further, where an amount in controversy is not expressly defined on the face of the pleading, the Court may consider extrinsic evidence in support of its jurisdiction. *See Chase v. Shop 'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 427-30 (7th Cir. 1997) (considering extrinsic evidence regarding the "amount in controversy" requirement where the face of the complaint did not establish the jurisdictional minimum). In this case, regarding allegations of wrongful death, there is a reasonable probability that the jurisdictional minimum is at issue. Since January 1, 2006, *every plaintiff's verdict issued in the Circuit Court of Cook County,*

*Illinois for a wrongful death claim has far exceeded $75,000. See* Affidavit of James Hemmings, attached as **Exhibit B**.

5.    Consent.  All properly joined and served defendants have joined in this removal.  No additional consent to this removal is required.

6.    Notice Given.  Removing Defendants are filing a Notice of Filing Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, State Court in which the action is currently pending, pursuant to 28 U.S.C. § 1446(d), and will serve a copy of this notice on all parties to the removed action.

7.    Removal is Timely.   Plaintiff served Removing Defendants with the Complaint on May 23, 2008.  Accordingly, this Notice of Removal is timely filed within 30 days after the date of receipt of summons and a copy of the initial pleading setting forth the claim for relief upon which this action is based.  *See* 28 U.S.C. § 1446(b); *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999) (holding that the thirty day time period under removal statute begins to run from the date of formal service); *Piacente v. State University of New York at Buffalo*, 362 F. Supp.2d 383, 386-390 (W.D.N.Y. 2004).

8.    Pleadings and Process.  As required by 28 U.S.C. § 1446(a), Removing Defendants have attached copies of all state court process and pleadings to this Notice of Removal as **Exhibit C**.

9.    Venue.  The Circuit Court of Cook County, County Department, Law Division is located within the United States District Court for the Northern District of Illinois, Eastern Division.  Therefore, venue for the removal of this action is proper pursuant to 28 U.S.C. § 89(c) because it is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

10.    If any question arises as to the propriety of the removal of this action, Removing Defendants respectfully request the opportunity to brief any disputed issues and to present oral argument in support of their position that this case is properly removable.

11.    Nothing in this Notice of Removal shall be interpreted as a waiver or relinquishment of Removing Defendants' rights to assert any defense or affirmative matter including, without limitation, the defenses of (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) failure to state a claim; or (6) any other procedural or substantive defense available under state or federal law.

WHEREFORE, Removing Defendants remove this action from the Circuit Court of Cook County, County Department, Law Division, to this Court, pursuant to 28 U.S.C.§ 1441. DATED this 20th day of June, 2008.

Respectfully submitted,

SANOFI-AVENTIS U.S. INC.
SANOFI-SYNTHELABO INC.

By: s/ Sara J. Gourley
     One of Their Attorneys

Dated:  June 20, 2008

Sara J. Gourley
James R.M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000
sgourley@sidley.com
jhemmings@sidley.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that of the 20th day of June, 2008, I caused to be served a true and correct copy of the foregoing document by United States mail, postage prepaid on the following counsel of record:

Scott A. Kogen, Esq.
Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

*Attorney for Plaintiff*

s/ James R.M. Hemmings
James R.M. Hemmings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFF SCOTT as Special Administrator of<br>The estate of CHRISTIE SCOTT, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| SANOFI-AVENTIS, | ) | |
| SANOFI-AVENTIS U.S. INC., | ) | |
| SANOFI-SYNTHELABO, | ) | |
| SANOFI-SYNTHELABO, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### <u>A F F I D A V I T</u>

STATE OF MISSOURI

COUNTY OF JACKSON

     1.    I am an attorney licensed in the States of Missouri and Texas. I am currently employed by Shook, Hardy & Bacon, LLP, 2555 Grand Blvd., Kansas City, Missouri, 64108.

     2.    Shook, Hardy & Bacon, LLP serves as National Counsel for various sanofi-aventis entities in litigations involving the prescription medication Ambien®.

     3.    I am making the following statements based on my personal knowledge.

     4.    I have reviewed a comprehensive public records search and report ("Comprehensive Report") on Decedent, Christie Ann Scott. The Comprehensive Report for Christie Ann Scott is attached to this Affidavit as **Exhibit 1.**

     5.    This Comprehensive Report was generated using the Lexis/Nexis Accurint search tool, which searches public records and other commercially available data.

     6.    According to the Comprehensive Report for Christie Ann Scott:

     a.    Ms. Scott was born on 7/22/1942.

3000508v1



**EXHIBIT**

A

   b.   Ms. Scott died on 2/26/06, in Adams, Wisconsin.

   c.   Ms. Scott's address at the time of her death was 2805 9th Dr.
        Adams, Wisconsin, 53910-9600.

   d.   At the time of her death, Ms. Scott had a current driver's license
        issued by the State of Wisconsin.

   e.   At the time of her death, Ms. Scott owned a 2000 Honda Accord,
        which was registered to her address in Adams, Wisconsin.

   f.   Ms. Scott's name was also associated with an address in Lombard,
        Illinois (Dupage County).

7.   I have also reviewed a Comprehensive Report generated after a search for
Decedent's Special Administrator, Jeffrey O. Scott. The Comprehensive Report for Jeffrey O.
Scott is attached to this Affidavit as **Exhibit 2.**

8.   This Comprehensive Report was generated using the Lexis/Nexis Accurint
search tool, which searches public records and other commercially available data.

9.   According to the Comprehensive Report for Jeffrey O. Scott:

   a.   Mr. Scott was born on 7/28/1935.

   b.   Mr. Scott's current address (from October 2002 through June
        2008) is 2805 9th Dr. Adams, Wisconsin, 53910-9600.

   c.   Mr. Scott's current driver's license was issued by the State of
        Wisconsin on 2/14/2005.

   d.   Mr. Scott owns a 2003 Honda CR V that is currently registered to
        his address in Adams, Wisconsin.

   e.   Mr. Scott's name was also associated with an address in Lombard,

Illinois (Dupage County).

10.    I declare under penalty of perjury under the laws of the United States that the above and foregoing is true and correct.


Date: ___June 20___, 2008


_____
Matthew T. Nickel


Sworn to and subscribed before me

this 20ᵗʰ day of June, 2008

_____
**NOTARY PUBLIC**

DEANNA M. ROBINSON
Notary Public - Notary Seal
Commission # 05445171
STATE OF MISSOURI
JACKSON COUNTY
MY COMMISSION EXPIRES MAR. 2, 2009


3000508v1

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

# Comprehensive Report

**Comprehensive Report**
**Date:** 06/11/08
**Reference Code:** saav 125006 mdd

**Report processed by:**
Shook, Hardy & Bacon LLP
Crown Center
Kansas City, MO 64108-2613
816-474-6550 Main Phone
816-421-5547 Fax

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

## Subject Information

Name: CHRISTIE ANN SCOTT **D**
Date of Birth: **07/22/1942**
Date of Death: **02/26/2006** (ADAMS, WI)

Age at Death: **63 (Born 65 years ago)**
SSN: 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 issued in **Michigan**
between **01/01/1958** and **12/31/1960**
View All SSN Sources

## AKAs (Names Associated with Subject)

**D** CHRISTIE A SCOTT
Age: 65  SSN: 373-42-xxxx
**D** CHRISTIE SCOTT
Age: 65  SSN: 373-42-xxxx
**D** CHRISTINE SCOTT
Age: 65  SSN: 373-42-xxxx
**D** CHRISTINE A SCOTT
Age: 65  SSN: 373-42-xxxx

## Indicators

Bankruptcy: **No**
Property: **No**
Corporate Affiliations: **No**

## Address Summary

✔ 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - May 2008)
Phone at address: 608-584-5250 **SCOTT JEFFREY**
Neighborhood Profile (2000 Census)
Average Age:42    Median Household Income: **$33,221**    Median Home Value: **$74,500**    Average Years of Education: **12**

21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - Jan 2007)
Neighborhood Profile (2000 Census)
Average Age:32    Median Household Income: **$67,500**    Median Home Value: **$170,500**    Average Years of Education: **13**

PO BOX 1596, LOMBARD IL 60148-8596, DUPAGE COUNTY (Aug 2003 - Dec 2003)
Neighborhood Profile (2000 Census)
Average Age:37    Median Household Income: **$67,470**    Median Home Value: **$163,800**    Average Years of Education: **14**

21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994)
Neighborhood Profile (2000 Census)
Average Age:37    Median Household Income: **$67,470**    Median Home Value: **$163,800**    Average Years of Education: **14**

21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Apr 1993)
Neighborhood Profile (2000 Census)
Average Age:37    Median Household Income: **$73,542**    Median Home Value: **$164,800**    Average Years of Education: **14**

314 W DIVISION ST APT, VILLA PARK IL 60181-2012, DUPAGE COUNTY (Apr 1991)
Phone at address: 630-359-4822 **RAYA KAREN**
Neighborhood Profile (2000 Census)
Average Age:35    Median Household Income: **$46,553**    Median Home Value: **$138,700**    Average Years of Education: **12**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
STEVEN W KING  DOB: 11/24/1942 Age: 65
373-42-xxxx issued in Michigan between 01/01/1958 and 12/31/1960



EXHIBIT
1

STEVEN WILLIAM KING  DOB: 11/24/1942 Age: 65
373-42-xxxx issued in Michigan between 01/01/1958 and 12/31/1960
STEVEN W KING  DOB: 11/24/1942 Age: 65
373-42-xxxx issued in Michigan between 01/01/1958 and 12/31/1960
STEVEN KING  DOB: 11/24/1942 Age: 65
373-42-xxxx issued in Michigan between 01/01/1958 and 12/31/1960
STEVEN KING  DOB: 11/1942 Age: 65
200-36-xxxx issued in Pennsylvania between 01/01/1963 and 12/31/1964
STEVE KING  DOB: 11/24/1942 Age: 65
373-42-xxxx issued in Michigan between 01/01/1958 and 12/31/1960

## Comprehensive Report Summary: (Click on Link to see detail)

Bankruptcies:
  None Found
Liens and Judgments:
  None Found
UCC Filings:
  None Found
Phones Plus:
  None Found
People at Work:
  1 Found
Driver's License:
  3 Found
Address(es) Found:
  1 Verified and 5 Non-Verified Found
Possible Properties Owned:
  None Found
Motor Vehicles Registered:
  3 Found
Watercraft:
  None Found
FAA Certifications:
  None Found
FAA Aircrafts:
  None Found
Possible Criminal Records:
  None Found
Sexual Offenses:
  None Found
Florida Accidents:
  None Found
Professional Licenses:
  None Found
Voter Registration:
  None Found
Hunting/Fishing Permit:
  None Found
Concealed Weapons Permit:
  None Found
Possible Associates:
  None Found
Possible Relatives:
  1st Degree - 3 Found
  2nd Degree - 11 Found
  3rd Degree - 19 Found
Neighbors:
  1st Neighborhood - 6 Found
  2nd Neighborhood - 4 Found
  3rd Neighborhood - 1 Found
  4th Neighborhood - 5 Found

## Bankruptcies:
[None Found]

## Liens and Judgments:
[None Found]

## UCC Filings:
[None Found]

**Phones Plus(s):**
[None Found]

**People at Work:**
Name: CHRISTIE A SCOTT
SSN: 373-42-xxxx
Company: ILLINOIS CASH REGISTER
Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121

Phone: 800-260-7000
FEIN:
Dates: Jul 01, 1995 - Jul 01, 2007
Confidence: Medium

**Driver's License Information:**
Name: CHRISTIE A SCOTT
DL Number: S3001014276209
State: Wisconsin
License Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/22/1942

Potential SSN : 373-42-xxxx
Gender: Female
Expiration Date: 07/22/2013
Issue Date: 06/03/2005
License Type: Regular
License Class: Class D - Any vehicle not in class A, B, C, or M

Name: CHRISTIE A SCOTT
DL Number: S3001014276209
State: Wisconsin
License Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/22/1942

Potential SSN : 373-42-xxxx
Gender: Female
Expiration Date: 07/22/2005
Issue Date: 07/18/2002
License Type: Regular
License Class: Class D - Any vehicle not in class A, B, C, or M

Name: CHRISTIE ANN SCOTT
DL Number: S30010142808
State: Illinois
License Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/22/1942

Potential SSN : 373-42-xxxx
Gender: Female
Expiration Date: 07/22/1999
Height: 5'01
Weight: 200
Hair Color: Brown
Eye Color: Hazel

**Address Summary:**    View All Address Variation Sources

2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - May 2008)
21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - Jan 2007)
PO BOX 1596, LOMBARD IL 60148-8596, DUPAGE COUNTY (Aug 2003 - Dec 2003)
21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994)
21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Apr 1993)
314 W DIVISION ST APT, VILLA PARK IL 60181-2012, DUPAGE COUNTY (Apr 1991)

**Active Address(es):**    View All Address Variation Sources

2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - May 2008)
**Current Residents at Address:**
JEFFERY SCOTT
SCOTT JEFFREY  608-584-5250
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 10-700
Book - 1869

Page - 48
Name Owner : SCOTT JEFFREY
Property Address:- 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
Owner Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
Land Usage - MISC IMPROVEMENTS
Total Market Value - $59,200
Assessed Value - $48,000
Land Size - 216,493 Square Feet
Data Source - A
**Neighborhood Profile (2000 Census)**
Average Age: 42
Median Household Income: $33,221
Median Owner Occupied Home Value: $74,500
Average Years of Education: 12

## Previous And Non-Verified Address(es):  View All Address Variation Sources

21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - Jan 2007)
**Current Residents at Address:**
JEFFERY SCOTT
**Current phones listed at this address:**
ILLINOIS CASH REGISTER   800-260-7000
ILLINOIS CASH REGISTER   847-562-4000
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 02-36-411-014
Name Owner : MARATHON ASHLAND
Property Address: - 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
Owner Address: 539 MAIN ST, FINDLAY OH 45840, HANCOCK COUNTY
Assessed Value - $20,830
Name of Seller : TRUST 441
Data Source - A
**Neighborhood Profile (2000 Census)**
Average Age: 32
Median Household Income: $67,500
Median Owner Occupied Home Value: $170,500
Average Years of Education: 13

PO BOX 1596, LOMBARD IL 60148-8596, DUPAGE COUNTY (Aug 2003 - Dec 2003)
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $67,470
Median Owner Occupied Home Value: $163,800
Average Years of Education: 14

21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994)
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $67,470
Median Owner Occupied Home Value: $163,800
Average Years of Education: 14

21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Apr 1993)
668-6247
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $73,542
Median Owner Occupied Home Value: $164,800
Average Years of Education: 14

314 W DIVISION ST APT, VILLA PARK IL 60181-2012, DUPAGE COUNTY (Apr 1991)
**Current Residents at Address:**
DONNOVAN S OLMOS
RAYA KAREN   630-359-4822
**Neighborhood Profile (2000 Census)**
Average Age: 35
Median Household Income: $46,553
Median Owner Occupied Home Value: $138,700
Average Years of Education: 12

## Possible Properties Owned by Subject:
[None Found]

## Motor Vehicles Registered To Subject:

**Vehicle:**
Description: 2000 Honda ACCORD - Sedan 4 Door
VIN: 1HGCG1657YA031707
State Of Origin: WISCONSIN
Engine: 6 Cylinder 183 Cubic Inch
Restraints: Dual air bags front and sides/active belts
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: Power sun/moon roof
Price: 24550
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: HISTORICAL
Name: CHRISTIE A SCOTT

Potential SSN ❶ : 373-42-xxxx
Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/22/1942
Sex: Female
Age: 65
Tag Number: 737ESC
Earliest Registration Date: 09/15/2005
Latest Registration Date: 07/17/2006
Expiration Date: 08/31/2007
License Plate Type: Private

**Vehicle:**
Description: 2000 Honda Accord EX - Sedan 4 Door
VIN: 1HGCG1657YA031707
State Of Origin: WISCONSIN
Engine: 6 Cylinder 183 Cubic Inch
Restraints: Dual air bags front and sides/active belts
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: Power sun/moon roof
Price: 24550
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Owner(s)*
Name: CHRISTIE A SCOTT

Potential SSN ❶ : 373-42-xxxx
Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/22/1942
Sex: Female
Age: 65
Title Number: 0228933041

*Lien Holder(s)*
None

**Vehicle:**
Description: 1998 Ford TAURUS - Sedan 4 Door
VIN: 1FAFP52S6WG263021
State Of Origin: ILLINOIS
Engine: 6 Cylinder 182 Cubic Inch
Anti Lock Brakes: 4 wheel optional
Air Conditioning: Standard

Daytime Running Lights: Optional
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Unknown
Roof: None / not available
Price: 18245
Radio: AM/FM
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: HISTORICAL
Name: CHRISTIE A SCOTT
Potential SSN ❶ : 373-42-xxxx
Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/22/1942
Sex: Female
Age: 65
Tag Number: D849763
Earliest Registration Date: 10/07/1999
Latest Registration Date: 10/07/1999
Expiration Date: 08/31/2000
License Plate Type: Private

## Watercraft:
[None Found]

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Florida Accidents:
[None Found]

## Professional License(s):
[None Found]

## Voter Registration:
[None Found]

## Hunting/Fishing Permit:
[None Found]

## Concealed Weapons Permit:
[None Found]

## Possible Associates:
[None Found]

## Possible Relative Summary: *(Click on name to link to more details within this report - No Charge)*
> JEFFERY SCOTT
>> JEFFREY SCOTT  - (AKA), Age 75

>> JEFFREY SCOTT  - (AKA), Age 72
>> JEFFREY O SCOTT  - (AKA), Age 75
>> JEFFREY O SCOTT  - (AKA), Age 72
>> SCOTT JEFFREY  - (AKA)
> ERICKSON TANIA SCOTT
>> T SCOTT ERICKSON  - (AKA)
>> TANIA M ERICKSON  - (AKA)
>> TANIA SCOTT ERICKSON  - (AKA), Age 36
>> TANIA M GALLANT  - (AKA), Age 36
>> TANIA M SCOTT  - (AKA), Age 36
>> TANIA M SCOTT ERICKSON  - (AKA)
>> TANIA MARGOT SCOTT-ERICKSON  - (AKA), Age 36
>> TANIA M SCOTTERICKSON  - (AKA)
>> TATIANA MARGOT SCOTT ERICKSON  - (AKA), Age 36
>> TATIANA SCOTT ERICKSON  - (AKA)
>> TATIANA M GALLANT  - (AKA)
>> TATIANA M SCOTT  - (AKA), Age 36
>> S J JOHNSON-ERICKSON , Age 48
   >>> S JOHNSONERICKSON  - (AKA), Age 48
   >>> SARA JOHNSON ERICKSON  - (AKA), Age 48
   >>> SARA L ERICKSON  - (AKA), Age 48
   >>> SARA L JOHNSON  - (AKA), Age 48
   >>> SARA L JOHNSON-ERICKSON  - (AKA), Age 48
   >>> SARA JOHNSON L SULLIVAN  - (AKA), Age 48
   >>> MARK BONCHILL
      >>>> MARK A JOHNSON  - (AKA), Age 45
   >>> MARK ERICKSON , Age 52
      >>>> MARK A ERICKSON  - (AKA), Age 52
      >>>> MARK ALAN ERICKSON  - (AKA), Age 52
   >>> JANA L ERICKSON , Age 44
      >>>> JANA L ERICKSON  - (AKA), Age 44
      >>>> JANA L ERICKSON  - (AKA), Age 44
      >>>> JANA L ERICKSON  - (AKA), Age 44
      >>>> JANA L FEHLAN  - (AKA)
      >>>> JANA L FEHLAN  - (AKA), Age 44
      >>>> JANA L FEHLAN  - (AKA), Age 44
      >>>> JANA L FEHLAN  - (AKA), Age 44
      >>>> JANA LEE FEHLAN  - (AKA), Age 44
      >>>> JANA LEE FEHLAN  - (AKA), Age 44
      >>>> JANA L FEHLON  - (AKA), Age 44
   >>> EUGENE G EUGENE , Age 50
      >>>> EUGENE GEORGE SULLIVAN  - (AKA), Age 50
      >>>> EUGENE E J SULLIVAN  - (AKA), Age 50
      >>>> EUGENE G J SULLIVAN  - (AKA), Age 50
      >>>> EUGENE GEORGE SULLIVAN  - (AKA), Age 50
      >>>> G SULLIVAN EUGENE  - (AKA), Age 50
      >>>> GENE EUGENE SULLIVAN  - (AKA), Age 50
      >>>> GENE EUGENE SULLIVAN  - (AKA), Age 50
      >>>> GEORGE SULLIVAN EUGENE  - (AKA), Age 50
   >>> BRIDGET JOHNSON
      >>>> BRIDGET L JOHNSON  - (AKA), Age 41
      >>>> BRIDGET LEE JOHNSON  - (AKA), Age 41
      >>>> BRIDGET MALISOW  - (AKA)
      >>>> BRIDGET MALISOW  - (AKA)
      >>>> BRIDGET L MALISOW  - (AKA)
      >>>> BRIDGET LEE MALISOW  - (AKA), Age 41
      >>>> BRIDGET LFF MALISOW  - (AKA)
      >>>> BRIDGET LFF MALISOW  - (AKA), Age 41
      >>>> BRIDGIT MALISOW  - (AKA)
   >>> MARK ANDREW JOHNSON , Age 45
      >>>> MARK ANDREW JOHNSON  - (AKA), Age 45
   >>> MICHAEL A ANDERSON , Age 45
      >>>> MICHAEL A JOHNSON  - (AKA), Age 45
      >>>> MICHAEL A JOHNSON  - (AKA), Age 45
      >>>> MICHAEL AUSTINSON JOHNSON  - (AKA), Age 45
      >>>> MITCHELL JOHNSON  - (AKA), Age 45
   >>> NORDIS AUSTINSON JOHNSON , Age 72
      >>>> NORDIS J JOHNSON  - (AKA), Age 72
      >>>> NORDIS J JOHNSON  - (AKA), Age 72
   >>> SANDRA P JOHNSON , Age 52
      >>>> SANDRA P JOHNSON  - (AKA), Age 52
      >>>> SANDRA PHILLIPS JOHNSON  - (AKA), Age 52
      >>>> SANDRA PHILLPS JOHNSON  - (AKA), Age 52
      >>>> SANDRA PAILLIPS  - (AKA), Age 52
      >>>> SANDRA PHILLIPS  - (AKA), Age 52
      >>>> SARA JOHNSON  - (AKA), Age 52

```
>>> WALDO S JOHNSON , Age 47
    >>>> WALDO S JOHNSON  - (AKA), Age 46
    >>>> WALDO S JOHNSON  - (AKA), Age 47
    >>>> WALDO S JOHNSON  - (AKA), Age 47
    >>>> WALDO STEVENS JOHNSON  - (AKA), Age 47
    >>>> WALDO STEVENS JOHNSON  - (AKA), Age 46
    >>>> WALDO SUNDET - (AKA), Age 47
>>> WALDO S JOHNSON , Age 78
    >>>> WALDO S JOHNSON  - (AKA), Age 79
    >>>> WALDO STEVENS JOHNSON  - (AKA), Age 78
>>> BENJAMIN HAROLD SULLIVAN , Age 25
>> JACKIE ERICKSON , Age 61
    >>> JACKQUELINE JILL ERICKSON  - (AKA), Age 61
    >>> JACQUELINE JILL ERICKSON  - (AKA), Age 61
    >>> JACQUELINE JILL GARNANT ERICKSON  - (AKA), Age 61
    >>> JAQUELINE J ERICKSON  - (AKA), Age 62
>> MICHAEL L ERICKSON
>> JOHN WAYNE ERICKON , Age 62
    >>> JOHN WAYNE ERICKSON  - (AKA), Age 62
    >>> JOHN W ERICON  - (AKA), Age 62
    >>> JACQUELINE J ERICSON
>> MARIA ERICKSON , Age 35
    >>> NATALIA MARY ERICKSON  - (AKA), Age 35
    >>> NATALIA MARY LEVKOVICH  - (AKA), Age 35
    >>> NATALIE M ERICKSON  - (AKA), Age 35
    >>> NATALIE M LEVKOVICH  - (AKA), Age 35
    >>> NATALYA MARIA ERICKSON  - (AKA), Age 35
    >>> NATALYA M LEVKOVICH  - (AKA), Age 35
    >>> LUBA LEVKOVICH , Age 59
        >>>> LUBA LEVKOVICH  - (AKA), Age 59
    >>> DAVID LOY ROMAN , Age 30
        >>>> LOY ROMAN DAVID  - (AKA), Age 30
        >>>> LOY ROMAN  - (AKA), Age 30
        >>>> ROMA D LOY - (AKA), Age 30
        >>>> ROMAN DAVID LEUKOVICH  - (AKA), Age 30
        >>>> ROMAN DAVID LEVKOVICH  - (AKA), Age 30
        >>>> ROMAN DAVID LOY  - (AKA), Age 30
>> DARLENE MARIE ERICKSON , Age 62
>> ERICKSON MICHAEL SCOTT  - (AKA)
    >>> ERICKSON TANIA SCOTT  - (AKA)
    >>> MICHAEL L ERICKS  - (AKA)
    >>> MICHAEL LEE SCOTT ERICKSON  - (AKA), Age 38
    >>> MICHAEL L SCOTT  - (AKA), Age 38
    >>> MICHAEL L SCOTT-ERICKS  - (AKA)
    >>> MICHAEL LEE SCOTT-ERICKSON  - (AKA), Age 38
    >>> MICHAEL L SCOTTERICKS  - (AKA), Age 38
    >>> MICHAEL L SCOTTERICKSON  - (AKA), Age 38
    >>> PATRICIA LYNN ERICKSON , Age 61
>> GALEN LEE ERICKSON , Age 60
    >>> LEE ERICKSON  - (AKA)
>> MICHAEL JOE GALLANT , Age 41
    >>> MICHAEL S GALLANT  - (AKA), Age 41
    >>> MICHEAL GALLANT  - (AKA), Age 41
    >>> MIKE GALLANT  - (AKA), Age 41
    >>> RACHEL GALLANT , Age 78
    >>> WILLIAM M GALLANT , Age 80
    >>> LINDA GALLANT , Age 47
        >>>> LINDA WACHTENHEI  - (AKA), Age 47
        >>>> LINDA J WACHTENHEIM  - (AKA), Age 47
>> SCOTT ERICKSON
> SCOTT T ZORAN , Age 44
>> ZORAN T SCOTT  - (AKA), Age 44
>> ZORAN T SCOTT  - (AKA), Age 43
>> JEFFREY SCOTT
```

## Possible Relatives:

JEFFERY SCOTT  Age:
   354-32-xxxx issued in Illinois between 01/01/1956 and 12/31/1958
   **Names Associated with Relative:**
   JEFFREY SCOTT  DOB: 07/28/1932 Age: 75
      354-32-xxxx issued in Illinois  between 01/01/1956 and  12/31/1958
   JEFFREY SCOTT  DOB: 07/28/1935 Age: 72
      354-32-xxxx issued in Illinois  between 01/01/1956 and  12/31/1958
   JEFFREY O SCOTT  DOB: 06/28/1932 Age: 75
      354-32-xxxx issued in Illinois  between 01/01/1956 and  12/31/1958

JEFFREY O SCOTT  DOB: 07/28/1935 Age: 72
    354-32-xxxx issued in Illinois between  01/01/1956 and  12/31/1958
SCOTT JEFFREY  Age:
    354-32-xxxx issued in Illinois between  01/01/1956 and  12/31/1958
**Active Address(es):**

**S✔**2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jun 2004 - Mar 2008)
    **Current Residents at Address:**
      JEFFERY SCOTT
    SCOTT JEFFREY  608-584-5250

**Previous And Non-Verified Address(es):**

**S**21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - Apr 2008)
    **Current Residents at Address:**
      JEFFERY SCOTT
    **Current phones listed at this address:**
      ILLINOIS CASH REGISTER  800-260-7000
      ILLINOIS CASH REGISTER  847-562-4000

21 W348W348 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY ( 2000)
    630-620-8030

**S**21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994 - Jan 1999)

**S**21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Feb 1987 -  1999)
    668-6247

103 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2403, DUPAGE COUNTY (Oct 1995)
    **Current Residents at Address:**
      DINESHCHANDRA S PATEL
      D PATEL
      SANDEEP D PATEL
322 E NORTH AVE, NORTHLAKE IL 60164-2627, COOK COUNTY (Jun 1987)
121 W NORTH AVE, LOMBARD IL 60148-1203, DUPAGE COUNTY (Mar 1983)
    **Current Residents at Address:**
      MARY A ROGAN
      JAMES E ROGAN
      JAMES E ROGANJR
      ROGAN JAMES  630-495-5546

21 W 348TH 348 N, LOMBARD IL 60148, DUPAGE COUNTY
    830-6020


ERICKSON TANIA SCOTT  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
    **Names Associated with Relative:**
T SCOTT ERICKSON  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA M ERICKSON  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA SCOTT ERICKSON  DOB: 02/1972 Age: 36
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA M GALLANT  DOB: 02/09/1972 Age: 36
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA M SCOTT  DOB: 02/09/1972 Age: 36
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA M SCOTT ERICKSON  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA MARGOT SCOTT-ERICKSON  DOB: 02/1972 Age: 36
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TANIA M SCOTTERICKSON  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TATIANA MARGOT SCOTT ERICKSON  DOB: 02/09/1972 Age: 36
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TATIANA SCOTT ERICKSON  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TATIANA M GALLANT  Age:
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
TATIANA M SCOTT  DOB: 02/1972 Age: 36
    356-80-xxxx issued in Illinois between  01/01/1988 and  12/31/1989
**Active Address(es):**

**✔**668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - Apr 2008)
    **Current Residents at Address:**
      ERICKSON TANIA SCOTT

MICHAEL JOE GALLANT
CHRISTIE A SCOTT

✔9503 MARSHALL RD, EDEN PRAIRIE MN 55347-4195, HENNEPIN COUNTY (Nov 2000)
  **Current Residents at Address:**
    MARIA ERICKSON
    ERICKSON MICHAEL SCOTT

✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Mar 1994 - Aug 1994)
  **Current Residents at Address:**
    JACKIE ERICKSON
    JOHN WAYNE ERICKON
    DARLENE MARIE ERICKSON
    GALEN LEE ERICKSON
    ERICKSON GALEN　651-644-1599

**Previous And Non-Verified Address(es):**
1100 S 8TH ST APT 3, MINNEAPOLIS MN 55404-1332, HENNEPIN COUNTY (Dec 1987 - Jan 2007)
  **Current Residents at Address:**
    MELISSA LYNN KOZEL
688 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - 2004)
  **Current Residents at Address:**
    JOHN J COLLINS
  **Current phones listed at this address:**
    COLLINS JOHN J　630-837-4194
    630-736-6297

**S**21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Feb 1998 - Jun 2001)
  **Current Residents at Address:**
    JEFFERY SCOTT
  **Current phones listed at this address:**
    ILLINOIS CASH REGISTER　800-260-7000
    ILLINOIS CASH REGISTER　847-562-4000
    630-620-8030

21 W 348TH NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY (Dec 1999)
13039 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Nov 1998)
  **Current Residents at Address:**
    SRIMALKA MARIAN FERNANDO
2455 LONDIN LN E APT 322, SAINT PAUL MN 55119-6704, RAMSEY COUNTY (Jul 1990 - Feb 1996)
  **Current Residents at Address:**
    DANIEL WILLIAM HOM

**S**21 W NORTH AVE APT 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Jul 1990 - Jul 1994)

**Possible Relative:**
S J JOHNSON-ERICKSON　DOB: 07/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
  **Names Associated with Relative:**
S JOHNSONERICKSON　DOB: 07/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA JOHNSON ERICKSON　DOB: 07/09/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA L ERICKSON　DOB: 07/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA L JOHNSON　DOB: 07/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA L JOHNSON-ERICKSON　DOB: 07/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA JOHNSON L SULLIVAN　DOB: 07/09/1959 Age: 48
  471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
**Active Address(es):**
✔16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (May 2003 - Apr 2008)
  **Current Residents at Address:**
    S J JOHNSON-ERICKSON
    EUGENE G EUGENE
    NORDIS AUSTINSON JOHNSON
    WALDO S JOHNSON
    SULLIVAN GENE　952-933-5639

✔12300 MARION LN W APT 2208, HOPKINS MN 55305-1318, HENNEPIN COUNTY (Aug 1987 - Feb 2003)
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Aug 1991 - Aug 1995)
  **Current Residents at Address:**
    JACKIE ERICKSON
    JOHN WAYNE ERICKON

DARLENE MARIE ERICKSON
GALEN LEE ERICKSON
ERICKSON GALEN   651-644-1599

✔ 2915 DEAN PKWY APT, MINNEAPOLIS MN 55416-4495, HENNEPIN COUNTY (Dec 1994)
**Previous And Non-Verified Address(es):**
14207 VALLEY VIEW RD APT 103, EDEN PRAIRIE MN 55344-1924, HENNEPIN COUNTY (Aug 1987 - Jan 2007)
5526 MALIBU DR, MINNEAPOLIS MN 55436-1036, HENNEPIN COUNTY (Jan 2000 - Sep 2005)
**Current Residents at Address:**
EUGENE G EUGENE
LEONARD MARK HOVDE
LYNN ESTHER HOVDE
**Current phones listed at this address:**
HOVDE LEONARD & LYNN   952-939-0089
952-933-5639

4400 LONGFELLOW AVE, MINNEAPOLIS MN 55407-3635, HENNEPIN COUNTY (May 1999)
**Current Residents at Address:**
DAVID JOHN BAILLARGEON
D WOOLRIDGE
**Current phones listed at this address:**
BAILLARGEON DAVID   612-729-8507
952-933-5639

15300 37TH AVE N APT B320, MINNEAPOLIS MN 55446-4243, HENNEPIN COUNTY (Aug 1988 - Jan 1999)
12300 MARION LN W APT 2122, HOPKINS MN 55305-1375, HENNEPIN COUNTY (Jun 1995)
4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Aug 1990 - Jun 1995)
**Current Residents at Address:**
CHRISTY LOU GOTZMAN
RONALD DAVID GOTZMAN
GOTZMAN RON   651-486-8342

**Possible Relative:**
MARK BONCHILL   Age:
**Names Associated with Relative:**
MARK A JOHNSON   DOB: 04/05/1963 Age: 45
472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Active Address(es):**
✔ 110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Jul 1993)
**Previous And Non-Verified Address(es):**
208 WASHINGTON ST APT A, SOMERVILLE MA 02143-3114, MIDDLESEX COUNTY (Jan 2001 - Mar 2001)
**Current Residents at Address:**
SCOTT M KIAH
909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Feb 2001)
**Current Residents at Address:**
MARK ANDREW JOHNSON
NORDIS AUSTINSON JOHNSON
WALDO S JOHNSON
A NORDIS
MARK A JOH
3047 HENNEPIN AVE APT, MINNEAPOLIS MN 55408-2654, HENNEPIN COUNTY (Nov 1988 - Jan 1999)
18 BEECH ST APT 1ST, SOMERVILLE MA 02143-2610, MIDDLESEX COUNTY (Oct 1996)
**Current Residents at Address:**
DINA GE
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Nov 1988 - Jul 1996)
**Current Residents at Address:**
JEAN A MCPHERSON
LEE B MCPHERSON
JEAN MC
MC PHERSON LEE & JEAN   715-399-2563

45 FRANCIS AVE, CAMBRIDGE MA 02138-1911, MIDDLESEX COUNTY (Nov 1988 - Mar 1996)
3316 CUMMING AVE, SUPERIOR WI 54880-5528, DOUGLAS COUNTY (Oct 1995)
**Current Residents at Address:**
ROBERT M POLLOCK
ROBERT WAYNE POLLOCK
CATHY E MACCOUX
POLLOCK ROBT M   715-395-0420

4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Jun 1989)
**Current Residents at Address:**
CHRISTY LOU GOTZMAN
RONALD DAVID GOTZMAN
GOTZMAN RON   651-486-8342

12805 90TH PL N, OSSEO MN 55369-6550, HENNEPIN COUNTY
    **Current Residents at Address:**
        SCOTT ALAN SUSSMAN
        JANET LEE SUSSMAN
        EVIANO GODWIN USEH
        MAWUNGE ALERO USEH
        BO MA USEH
    **Current phones listed at this address:**
        USEH EVIANO & BO   763-494-4930
        629-2897

MARK ERICKSON  DOB: 04/06/1956 Age: 52
    480-76-xxxx issued in Iowa between 01/01/1971 and 12/31/1972
    **Names Associated with Relative:**
    MARK A ERICKSON  DOB: 04/06/1956 Age: 52
      306-72-xxxx issued in Indiana between 01/01/1973 and 12/31/1974
    MARK ALAN ERICKSON  DOB: 04/06/1956 Age: 52
      480-76-xxxx issued in Iowa between 01/01/1971 and 12/31/1972
    **Active Address(es):**
    ✔ 1111 CAROLINE ST APT 2901, HOUSTON TX 77010-3046, HARRIS COUNTY ( 2006 - Sep 2007)
    **Previous And Non-Verified Address(es):**
    4 EMBARCADERO CTR STE 900, SAN FRANCISCO CA 94111-4110, SAN FRANCISCO COUNTY (Dec 2007 - Apr 2008)
    974 LARKSPUR RD, OAKLAND CA 94610-2405, ALAMEDA COUNTY (Sep 1982 - Apr 2008)
        **Current Residents at Address:**
          MARK ERICKSON
          DENISE M ERICKSON
    197 LARKSPUR RD, OAKLAND CA 94610, ALAMEDA COUNTY (Apr 1998)
    316 HALF MOON BAY DR APT 4TH, CROTON ON HUDSON NY 10520-3102, WESTCHESTER COUNTY (Apr 1990 -
Oct 1994)
    944 17TH ST APT 6, SANTA MONICA CA 90403-3231, LOS ANGELES COUNTY (Sep 1982 - Jan 1994)
        **Current Residents at Address:**
          ANNIE K MELIKIAN
    952 SUTTER ST APT 201, SAN FRANCISCO CA 94109-6001, SAN FRANCISCO COUNTY (Sep 1982 - Aug 1993)
    9520 SUTTER ST APT 201, SAN FRANCISCO CA 94109, SAN FRANCISCO COUNTY (Jul 1993)

    123 S FIGUEROA ST APT 701, LOS ANGELES CA 90012-5487, LOS ANGELES COUNTY (Mar 1986 - Dec 1992)
    1737 MORGAN LN, REDONDO BEACH CA 90278-4724, LOS ANGELES COUNTY (Sep 1991 - Dec 1991)
        **Current Residents at Address:**
          JOHN J DALY
          LINDA S TONNE
          JOSE F DIAZ
          253-2759

JANA L ERICKSON  DOB: 02/1964 Age: 44
    483-46-xxxx issued in Iowa between 01/01/1956 and 12/31/1956
    **Names Associated with Relative:**
    JANA L ERICKSON  DOB: 10/1963 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L ERICKSON  DOB: 02/1964 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L ERICKSON  DOB: 04/1964 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLAN  Age: 44
      302-72-xxxx issued in Ohio between 01/01/1978 and 12/31/1980
    JANA L FEHLAN  DOB: 10/03/1963 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLAN  DOB: 02/21/1964 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLAN  DOB: 04/1964 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA LEE FEHLAN  DOB: 02/21/1964 Age: 44
      302-72-xxxx issued in Ohio between 01/01/1978 and 12/31/1980
    JANA LEE FEHLAN  DOB: 02/21/1964 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLON  DOB: 1964 Age: 44
      483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    **Active Address(es):**
    ✔ 19800 STATE ROUTE 511, WELLINGTON OH 44090-9733, LORAIN COUNTY (Aug 1991 - May 2004)
        **Current Residents at Address:**
          RAYMOND ALLEN FEHLAN
          BARBARA LEE FEHLAN

FEHLAN RAYMOND A   440-647-2304

✔ 1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Sep 1990 - Dec 1992)
**Current Residents at Address:**
   JACKIE ERICKSON
   JOHN WAYNE ERICKON
   DARLENE MARIE ERICKSON
   GALEN LEE ERICKSON
ERICKSON GALEN   651-644-1599

**Previous And Non-Verified Address(es):**
20270 STATE ROUTE 511, WELLINGTON OH 44090-9244, LORAIN COUNTY (Nov 1996 - Apr 2008)
**Current Residents at Address:**
   JANA L ERICKSON
   BRIAN LEE FEHLAN
2250 VICTORIA ST N APT 202, SAINT PAUL MN 55113-4454, RAMSEY COUNTY (Aug 1987 - Sep 2001)


202270 RT 511, WELLINGTON OH 44090, LORAIN COUNTY (Oct 1997)
PO BOX 351, LAGRANGE OH 44050-0351, LORAIN COUNTY (Dec 1995)
816 W MARTIN AVE, AMHERST OH 44001-1364, LORAIN COUNTY (Feb 1992 - Jan 1995)
**Current Residents at Address:**
   AMY LYNN WISWELL
   DARIN E WISWELL
   440-985-1861

2905 DEAN PKWY APT, MINNEAPOLIS MN 55416-4444, HENNEPIN COUNTY (Nov 1989 - Jan 1990)
**Current Residents at Address:**
   ANTHONY GEORGE HEINZ
   STANLEY RICHARD KAGIN
   BRIAN FRANCIS MCCHESNEY
   BOBBIE JO TOMSON
609 15TH AVE SE, MINNEAPOLIS MN 55414-1519, HENNEPIN COUNTY (May 1987 - Jan 1988)
RR 511, WELLINGTON OH 44090, LORAIN COUNTY

EUGENE G EUGENE  DOB: 02/08/1958 Age: 50
474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
**Names Associated with Relative:**
EUGENE GEORGE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
EUGENE E J SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
EUGENE G J SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
EUGENE GEORGE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
G SULLIVAN EUGENE  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
GENE EUGENE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
GENE EUGENE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxx issued in Minnesota between 01/01/1972 and 12/31/1973
GEORGE SULLIVAN EUGENE  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
**Active Address(es):**
✔ 16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Dec 1997 - Apr 2008)
**Current Residents at Address:**
   S J JOHNSON-ERICKSON
   EUGENE G EUGENE
   NORDIS AUSTINSON JOHNSON
   WALDO S JOHNSON
SULLIVAN GENE   952-933-5639

**Previous And Non-Verified Address(es):**
5707 EXCELSIOR BLVD, MINNEAPOLIS MN 55416-2827, HENNEPIN COUNTY (Jul 2002 - Apr 2008)
**Current Residents at Address:**
   EUGENE G EUGENE
   KELLY A KABAT
   JAMES SHELDON LOFFLER
   HANS CLIFFORD KABAT
**Current phones listed at this address:**
   NEW CONCEPTS HOME CARE INC  952-253-0027
   NEW CONCEPTS MANAGEMENT GROUP  952-922-2500

5526 MALIBU DR, MINNEAPOLIS MN 55436-1036, HENNEPIN COUNTY (Jun 1991 - Apr 2008)

**Current Residents at Address:**
EUGENE G EUGENE
LEONARD MARK HOVDE
LYNN ESTHER HOVDE
HOVDE LEONARD & LYNN  952-939-0089

14207 VALLEY VIEW RD APT 103, EDEN PRAIRIE MN 55344-1924, HENNEPIN COUNTY (Oct 1986 - Jan 2007)
2630 PLEASANT AVE APT 203, MINNEAPOLIS MN 55408-1448, HENNEPIN COUNTY (Jun 1991 -  2007)
**Current Residents at Address:**
BEN SULLIVAN
952-933-5639

4915 W 35TH ST STE 102, MINNEAPOLIS MN 55416-2657, HENNEPIN COUNTY (Mar 1999 - Jan 2005)
14207 VALLEY VIEW RD APT 10, EDEN PRAIRIE MN 55344-1960, HENNEPIN COUNTY (May 1998 - Dec 2001)

5716 PLEASANT AVE, MINNEAPOLIS MN 55419-1813, HENNEPIN COUNTY (May 1994 - Apr 2000)
**Current Residents at Address:**
RACHELLE JANETTE MOEN
7550 FRANCE AVE S APT, MINNEAPOLIS MN 55435-5624, HENNEPIN COUNTY (Jan 2000)
201 65TH AVE N APT 9, MINNEAPOLIS MN 55430-1642, HENNEPIN COUNTY (Aug 1993 - Jan 2000)
**Current Residents at Address:**
ZABRACCA RACHEL HUNT
AMELIA TEETA BRYANT
A B KING
JASON WILLIAMS
PEGGY BRYAN

BRIDGET JOHNSON  Age:
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
**Names Associated with Relative:**
BRIDGET L JOHNSON  DOB: 11/1966 Age: 41
085-03-xxxx issued in New York  between 01/01/1936 and 12/31/1951
BRIDGET LEE JOHNSON  DOB: 11/16/1966 Age: 41
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGET MALISOW  Age:
085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
BRIDGET MALISOW  Age:
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGET L MALISOW  Age:
085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
BRIDGET LEE MALISOW  DOB: 11/16/1966 Age: 41
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGET LFF MALISOW  Age:
085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
BRIDGET LFF MALISOW  DOB: 11/1966 Age: 41
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGIT MALISOW  Age:
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
**Active Address(es):**
✔15479 62ND AVE N, OSSEO MN 55311-3278, HENNEPIN COUNTY (Dec 1998 - Apr 2008)
**Current Residents at Address:**
BRIDGET JOHNSON
JACK THEODORE MALISOW
MALISOW BRIDGIT  763-519-0353

✔700 DOUGLAS AVE APT 805, MINNEAPOLIS MN 55403-6102, HENNEPIN COUNTY (Nov 1991)

✔1020 E 17TH ST APT, MINNEAPOLIS MN 55404-1732, HENNEPIN COUNTY (Aug 1989)
**Previous And Non-Verified Address(es):**
12300 MARION LN W APT 2313, HOPKINS MN 55305-1371, HENNEPIN COUNTY (Jun 1991 - Feb 2003)
12300 MARION LN W APT 2325, HOPKINS MN 55305-1371, HENNEPIN COUNTY (Jul 1994 - Jun 1999)
66 GROVELAND TER, MINNEAPOLIS MN 55403-1103, HENNEPIN COUNTY (Nov 1988 - Oct 1998)
**Current Residents at Address:**
GREGG V HERRICK
**Current phones listed at this address:**
OLD FAITHFUL LAND & CATTLE CO  612-377-0488
HERRICK GREG  612-377-7775

1617 10TH AVE S APT, MINNEAPOLIS MN 55404-1729, HENNEPIN COUNTY (Dec 1989 - Mar 1994)
709 DOUGLAS AVE APT 2, MINNEAPOLIS MN 55403-3108, HENNEPIN COUNTY (Nov 1988 - Mar 1994)
**Current Residents at Address:**
CRAIG ALAN BURGIN

ELIZABETH AMAL GHANDOUR
123000 MARION LN, MINNETONKA MN 55343, HENNEPIN COUNTY (Feb 1991 - Dec 1992)
3900 BETHEL DR APT, SAINT PAUL MN 55112-6902, RAMSEY COUNTY (Jan 1988)

MARK ANDREW JOHNSON  DOB: 04/05/1963 Age: 45
    472-74-xxxx issued in Minnesota between  01/01/1977  and  12/31/1979
    **Names Associated with Relative:**
    MARK ANDREW JOHNSON  DOB: 04/11/1963 Age: 45
        472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
**Active Address(es):**
    ✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Aug 1991 - Oct 2000)
        617-629-2897

    **Previous And Non-Verified Address(es):**
    909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Aug 2001 - Apr 2008)
        **Current Residents at Address:**
            MARK ANDREW JOHNSON
            NORDIS AUSTINSON JOHNSON
            WALDO S JOHNSON
            A NORDIS
            MARK A JOH
    16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Sep 2007 - Oct 2007)
        **Current Residents at Address:**
            S J JOHNSON-ERICKSON
            EUGENE G EUGENE
            NORDIS AUSTINSON JOHNSON
            WALDO S JOHNSON
        SULLIVAN GENE  952-933-5639

    208 WASHINGTON ST APT, SOMERVILLE MA 02143-3114, MIDDLESEX COUNTY (Sep 2000 - Oct 2001)
    208A WASHINGTON ST APT 9, SOMERVILLE MA 02143-3128, MIDDLESEX COUNTY (Jan 1998 - Mar 2000)
        **Current Residents at Address:**
            SETH DAVIS BATTIS
            WILLIAM E BOYLE
            NIRAJ PRASAD SHRESTHA
            CHRISTOPHER DAROSA
    18 BEECH ST FL 1, SOMERVILLE MA 02143-2610, MIDDLESEX COUNTY (Oct 1996 - Aug 1997)
        **Current Residents at Address:**
            MOHAMED R HANEEF
            ZHENQING QUE
    1 ST, SOMERVILLE MA 02143, MIDDLESEX COUNTY (Dec 1996 - Jan 1997)
    4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Aug 1989 - Dec 1990)
        **Current Residents at Address:**
            CHRISTY LOU GOTZMAN
            RONALD DAVID GOTZMAN
        GOTZMAN RON  651-486-8342

    2871 HUMBOLDT AVE S APT, MINNEAPOLIS MN 55408-1964, HENNEPIN COUNTY (Mar 1987 - Jan 1990)
    3047 HENNEPIN AVE APT, MINNEAPOLIS MN 55408-2654, HENNEPIN COUNTY (Mar 1989)

MICHAEL A ANDERSON  DOB: 04/05/1963 Age: 45
    472-74-xxxx issued in Minnesota between  01/01/1977  and  12/31/1979
    **Names Associated with Relative:**
    MICHAEL A JOHNSON  DOB: 04/05/1963 Age: 45
        472-74-xxxx issued in Minnesota between  01/01/1977  and  12/31/1979
    MICHAEL A JOHNSON  DOB: 04/1963 Age: 45
        472-74-xxxx issued in Minnesota between  01/01/1977  and  12/31/1979
    MICHAEL AUSTINSON JOHNSON  DOB: 04/05/1963 Age: 45
        472-74-xxxx issued in Minnesota between  01/01/1977  and  12/31/1979
    MITCHELL JOHNSON  DOB: 04/05/1963 Age: 45
        472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
**Active Address(es):**
    ✔311 MAIN AVE APT 103, MOORHEAD MN 56560-2665, CLAY COUNTY (Aug 2007 - Apr 2008)
        **Current Residents at Address:**
            MICHAEL A ANDERSON
    ✔5328 S KIMBARK AVE APT 3S, CHICAGO IL 60615-5233, COOK COUNTY (Jun 1997 - Apr 2008)
        **Current Residents at Address:**
            WILLIAM DALTON WOOD
        JOHNSON MICHAEL A  773-363-1139

    ✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Jun 1991 - Dec 1995)
    **Previous And Non-Verified Address(es):**
    5328 W MONROE ST APT 1W, CHICAGO IL 60644-4048, COOK COUNTY (Oct 1998 - Jul 2002)
    909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Feb 2001)

        **Current Residents at Address:**
          MARK ANDREW JOHNSON
          NORDIS AUSTINSON JOHNSON
          WALDO S JOHNSON
          A NORDIS
          MARK A JOH
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Sep 1996 - Oct 2000)
        **Current Residents at Address:**
          JEAN A MCPHERSON
          LEE B MCPHERSON
          JEAN MC
        **Current phones listed at this address:**
          MC PHERSON LEE & JEAN   715-399-2563
          773-363-1139

     5118 S DORCHESTER AVE APT 402, CHICAGO IL 60615-4171, COOK COUNTY (Jan 1987 - Sep 1998)
        773-363-1139

     6022 S DREXEL AVE APT 408, CHICAGO IL 60637-2685, COOK COUNTY (Jan 1987 - Jun 1997)
     414 E 59TH ST, CHICAGO IL 60621, COOK COUNTY (Dec 1993)
     1414 E 59TH ST APT, CHICAGO IL 60637-2916, COOK COUNTY (Sep 1993 - Nov 1993)

NORDIS AUSTINSON JOHNSON  DOB: 12/05/1935 Age: 72
     393-30-xxxx issued in Wisconsin between 01/01/1951 and 12/31/1952
**Names Associated with Relative:**
NORDIS J JOHNSON  DOB: 12/05/1935 Age: 72
     393-30-xxxx issued in Wisconsin between 01/01/1951 and 12/31/1952
NORDIS J JOHNSON  DOB: 12/05/1935 Age: 72
     476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
**Active Address(es):**
✔5118 S DORCHESTER AVE APT, CHICAGO IL 60615-4159, COOK COUNTY (Sep 1995)
✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Jun 1992 - Dec 1992)
**Previous And Non-Verified Address(es):**
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Jan 2008 - Apr 2008)
        **Current Residents at Address:**
          S J JOHNSON-ERICKSON
          EUGENE G EUGENE
          NORDIS AUSTINSON JOHNSON
          WALDO S JOHNSON
        SULLIVAN GENE   952-933-5639

     909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Feb 2001 - Mar 2008)
        **Current Residents at Address:**
          MARK ANDREW JOHNSON
          NORDIS AUSTINSON JOHNSON
          WALDO S JOHNSON
          A NORDIS
          MARK A JOH
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Apr 1997 - Feb 2001)
        **Current Residents at Address:**
          JEAN A MCPHERSON
          LEE B MCPHERSON
          JEAN MC
        MC PHERSON LEE & JEAN   715-399-2563

     6022 S DREXEL AVE APT 302, CHICAGO IL 60637-2683, COOK COUNTY (Feb 1994 - Sep 1994)
     1414 E 59TH ST # 807, CHICAGO IL 60637-2916, COOK COUNTY (Dec 1993)
     3316 CUMMING AVE, SUPERIOR WI 54880-5528, DOUGLAS COUNTY (Jun 1992 - Dec 1992)
        **Current Residents at Address:**
          ROBERT M POLLOCK
          ROBERT WAYNE POLLOCK
          CATHY E MACCOUX
        **Current phones listed at this address:**
          POLLOCK ROBT M   715-395-0420
          715-394-6948

     2809 OAKES AVE APT 10, SUPERIOR WI 54880-7710, DOUGLAS COUNTY (Apr 1991 - Dec 1991)
        **Current Residents at Address:**
          BARBARA J WARD
     4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Jan 1989 - Dec 1991)
        **Current Residents at Address:**
          CHRISTY LOU GOTZMAN
          RONALD DAVID GOTZMAN
         GOTZMAN RON   651-486-8342

SANDRA P JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
**Names Associated with Relative:**
SANDRA P JOHNSON  DOB: 05/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
SANDRA PHILLIPS JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
SANDRA PHILLPS JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
SANDRA PAILLIPS  DOB: 05/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
SANDRA PHILLIPS  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
SARA JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between  01/01/1970  and  12/31/1970
**Active Address(es):**

✔7712 HANOVER PKWY APT 3, GREENBELT MD 20770-2631, PRINCE GEORGE'S COUNTY (Jan 1983 - Jul 1993)

✔7712 HANOVER PKWY APT T, GREENBELT MD 20770-2631, PRINCE GEORGE'S COUNTY (Jan 1983 - Dec 1992)
    827-1001

✔2950 DEAN PKWY APT 1902, MINNEAPOLIS MN 55416-4428, HENNEPIN COUNTY (Aug 1989 - Mar 1992)

✔15613 DORSET RD APT T2, LAUREL MD 20707-5342, PRINCE GEORGE'S COUNTY (Jan 1983)
    **Current Residents at Address:**
        JODY A NORDEEN
        ANTHONY JOSEPH YANNONE
✔3202 BAKER ST, BALTIMORE MD 21216-3803, BALTIMORE CITY COUNTY (Jan 1983)
    **Current Residents at Address:**
        DAWN ASHLEY DOUGLAS
        MICHELLE DOLORES DOUGLAS
        ANNA GERALDINE JOHNSON
    JOHNSON ANNA G  410-566-7608

**Previous And Non-Verified Address(es):**
2498 RAM CROSSING WAY, HENDERSON NV 89074-8308, CLARK COUNTY (Dec 1992 - Apr 2008)
    **Current Residents at Address:**
        CHARLES WILLIAM JOHNSON
        SANDRA P JOHNSON
2905 DEAN PKWY APT 105, MINNEAPOLIS MN 55416-4424, HENNEPIN COUNTY (Nov 1991)
    **Current Residents at Address:**
        MARK THEODORE DEMETRIOU
        ROBERT REGAN WILSON
950 DEAN PKWY, MINNEAPOLIS MN 55416, HENNEPIN COUNTY (Aug 1989)

WALDO S JOHNSON  DOB: 10/25/1960 Age: 47
    472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
**Names Associated with Relative:**
WALDO S JOHNSON  DOB: 08/1961 Age: 46
    472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
WALDO S JOHNSON  DOB: 10/1960 Age: 47
    472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
WALDO S JOHNSON  DOB: 10/1960 Age: 47
    476-28-xxxx issued in Minnesota  between  01/01/1936  and  12/31/1951
WALDO STEVENS JOHNSON  DOB: 10/25/1960 Age: 47
    472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
WALDO STEVENS JOHNSON  DOB: 08/1961 Age: 46
    472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
WALDO SUNDET  DOB: 10/25/1960 Age: 47
    472-74-xxxx issued in Minnesota  between  01/01/1977  and  12/31/1979
**Previous And Non-Verified Address(es):**
10148 KIERSTEN PL, EDEN PRAIRIE MN 55347-4690, HENNEPIN COUNTY (Aug 2000 - Apr 2008)
    **Current Residents at Address:**
        SHARON MFF JOHNSON
        WALDO S JOHNSON
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Sep 2006 - Aug 2007)
    **Current Residents at Address:**
        S J JOHNSON-ERICKSON
        EUGENE G EUGENE
        NORDIS AUSTINSON JOHNSON
        WALDO S JOHNSON
    SULLIVAN GENE  952-933-5639

909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Apr 2007)
  **Current Residents at Address:**
    MARK ANDREW JOHNSON
    NORDIS AUSTINSON JOHNSON
    WALDO S JOHNSON
    A NORDIS
    MARK A JOH
9880 SQUIRE LN, EDEN PRAIRIE MN 55347-3159, HENNEPIN COUNTY (Aug 1984 - Sep 2004)
  **Current Residents at Address:**
    JEFFREY BARRY GERST
    KIMBERLY SCHWANDT GERST
    SHARON MFF JOHNSON
  GERST JEFF & KIM   952-974-9502

2143 SW 317TH PL, FEDERAL WAY WA 98023-2256, KING COUNTY (Jul 1999)
  **Current Residents at Address:**
    ISRAEL EUGENE CARTER
    MARIE GRACE WALLACE
    MARIE GRACE WALLACE
988 SQUIRE L LN, EDEN PRAIRIE MN 55347, HENNEPIN COUNTY (Apr 1999)
    952-829-5579

3700 GARTH RD APT 2208, BAYTOWN TX 77521-3151, HARRIS COUNTY (Dec 1990 - Jan 1999)
1129 11TH ST APT 101, WEST DES MOINES IA 50265-6807, POLK COUNTY (Apr 1986 - Jan 1995)
1901 MORNING SONG CT APT 202, SCHAUMBURG IL 60194-2178, COOK COUNTY (Dec 1994)
  **Current Residents at Address:**
    MICHAEL P GABRYSZEWSKI
    SNATA GHOSH CHANDRA
12905 90TH PL N, MAPLE GROVE MN 55369, HENNEPIN COUNTY (Mar 1994)

WALDO S JOHNSON  DOB: 08/08/1929 Age: 78
  476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
**Names Associated with Relative:**
WALDO S JOHNSON  DOB: 1929 Age: 79
  486-28-xxxx issued in Missouri between 01/01/1936 and 12/31/1951
WALDO STEVENS JOHNSON  DOB: 08/08/1929 Age: 78
  476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
**Previous And Non-Verified Address(es):**
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Dec 2007 - Apr 2008)
  **Current Residents at Address:**
    S J JOHNSON-ERICKSON
    EUGENE G EUGENE
    NORDIS AUSTINSON JOHNSON
    WALDO S JOHNSON
  SULLIVAN GENE   952-933-5639

909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY ( 2001 - Apr 2008)
  **Current Residents at Address:**
    MARK ANDREW JOHNSON
    NORDIS AUSTINSON JOHNSON
    WALDO S JOHNSON
    A NORDIS
    MARK A JOH
1923 E EASTSIDE RD, BIRCHWOOD WI 54817, WASHBURN COUNTY ( 2005)
1925 E EASTSIDE RD, BIRCHWOOD WI 54817, WASHBURN COUNTY ( 2005)
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Jun 1996 - Feb 2001)
  **Current Residents at Address:**
    JEAN A MCPHERSON
    LEE B MCPHERSON
    JEAN MC
  **Current phones listed at this address:**
    MC PHERSON LEE & JEAN  715-399-2563
    715-394-6948

4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Feb 1989 - Dec 1992)
  **Current Residents at Address:**
    CHRISTY LOU GOTZMAN
    RONALD DAVID GOTZMAN
  GOTZMAN RON  651-486-8342

3316 CUMMING AVE, SUPERIOR WI 54880-5528, DOUGLAS COUNTY (May 1992)
  **Current Residents at Address:**
    ROBERT M POLLOCK
    ROBERT WAYNE POLLOCK
    CATHY E MACCOUX

Current phones listed at this address:
    POLLOCK ROBT M  715-395-0420
    715-394-6948

2809 OAKES AVE APT 10, SUPERIOR WI 54880-7710, DOUGLAS COUNTY (Mar 1991)
    **Current Residents at Address:**
      BARBARA J WARD

1717 PARKSHORE DR APT, SAINT PAUL MN 55112-3926, RAMSEY COUNTY (Nov 1987)
5004 WOODLAWN BLVD, MINNEAPOLIS MN 55417-1348, HENNEPIN COUNTY (Sep 1978)
    **Current Residents at Address:**
      TARA LASHAWNE WALSH
      JOHN FRANCIS WALSH
      LYNN CHRISTINE WALSH
    WALSH JOHN F JR  612-722-7649

**BENJAMIN HAROLD SULLIVAN  DOB: 04/06/1983 Age: 25**
    469-19-xxxx issued in Minnesota between  01/01/1989  and  12/31/1990
**Active Address(es):**
✔16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Jan 2004 - Jan 2007)
    **Current Residents at Address:**
      S J JOHNSON-ERICKSON
      EUGENE G EUGENE
      NORDIS AUSTINSON JOHNSON
      WALDO S JOHNSON
    SULLIVAN GENE  952-933-5639

**Previous And Non-Verified Address(es):**
8024 UPTON AVE S, MINNEAPOLIS MN 55431-1234, HENNEPIN COUNTY (Jul 2005 - Apr 2008)
    **Current Residents at Address:**
      JOHN GILBERT POLLARD
      PHYLLIS MARIA TURNER
      BERTRAND J TURNER
      CHRISTOPHER DAVID DACUT
      BENJAMIN HAROLD SULLIVAN
      BRITTANY ALYSE TURNER
    RAY PHYLLIS  952-405-6462

1110 BLOOMINGTON FERRY RD, BLOOMINGTON MN 55438, HENNEPIN COUNTY (Aug 2007 - Oct 2007)
9148 W BUSH LAKE RD, MINNEAPOLIS MN 55438-1437, HENNEPIN COUNTY (Sep 2001 - Jan 2007)
    **Current Residents at Address:**
      LOIS KAY SODERSTROM
      RICHARD RALPH SODERSTROM
      SARAH ELIZABETH SULLIVAN
    SODERSTROM RICHARD  952-944-6243

**JACKIE ERICKSON DOB: 06/17/1946 Age: 61**
    478-54-xxxx issued in Iowa between  01/01/1961 and  12/31/1962
**Names Associated with Relative:**
JACKQUELINE JILL ERICKSON DOB: 06/17/1946 Age: 61
    478-54-xxxx issued in Iowa between  01/01/1961 and  12/31/1962
JACQUELINE JILL ERICKSON  DOB: 06/17/1946 Age: 61
    478-54-xxxx issued in Iowa between  01/01/1961 and  12/31/1962
JACQUELINE JILL GARNANT ERICKSON  DOB: 06/17/1946 Age: 61
    478-54-xxxx issued in Iowa between  01/01/1961 and  12/31/1962
JAQUELINE J ERICKSON  DOB: 06/1946 Age: 62
    478-54-xxxx issued in Iowa between  01/01/1961 and  12/31/1962
**Active Address(es):**
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Aug 1969 - Mar 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKON
      DARLENE MARIE ERICKSON
      GALEN LEE ERICKSON
    ERICKSON GALEN  651-644-1599

**Previous And Non-Verified Address(es):**
1184 SHERREN ST W, SAINT PAUL MN 55113-4331, RAMSEY COUNTY ( 2003 - Apr 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKON
      GLORIA JEAN TRACY

PO BOX 315, NEW HAMPTON IA 50659-0315, CHICKASAW COUNTY (Mar 1998 - May 2007)
    **Current Residents at Address:**
      EDNA M GARNANT
101 S LOCUST AVE APT 315, NEW HAMPTON IA 50659-2136, CHICKASAW COUNTY (Jun 1985 - 2005)
    651-644-1599


1770 ADOLPHUS ST 8, SAINT PAUL MN 55117-2306, RAMSEY COUNTY (Jun 1985 - Dec 2004)
PO BOX 6482, ROCHESTER MN 55903-6482, OLMSTED COUNTY (Jul 2000)
1608 HIGHWAY 52 N, ROCHESTER MN 55901-1664, OLMSTED COUNTY (Jan 1998 - Jan 1999)
    **Current Residents at Address:**
      JOHN JACOB VANGNESS
2002 2ND ST SW, ROCHESTER MN 55902-2469, OLMSTED COUNTY (Feb 1993 - Jan 1999)
    **Current Residents at Address:**
      LEE LEON HEROLD
      DIANE LAVERN QUINN
      ALEX GREGORY SETTLE
    **Current phones listed at this address:**
      ARSYS  507-536-3997
      BEYOND KITCHENS  507-281-3992
      CHURCH OF CHRIST  507-289-8906


PO BOX 322, NEW HAMPTON IA 50659-0322, CHICKASAW COUNTY (Oct 1991)

MICHAEL L ERICKSON    Age:
  **Previous And Non-Verified Address(es):**
  21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Oct 1998 - Oct 2000)
    **Current Residents at Address:**
      JEFFERY SCOTT
    **Current phones listed at this address:**
      ILLINOIS CASH REGISTER  800-260-7000
      ILLINOIS CASH REGISTER  847-562-4000


JOHN WAYNE ERICKON  DOB: 07/01/1945 Age: 62
  468-50-xxxx issued in Minnesota between 01/01/1961 and  12/31/1962
  **Names Associated with Relative:**
  JOHN WAYNE ERICKSON  DOB: 07/01/1945 Age: 62
    468-50-xxxx issued in Minnesota between 01/01/1961  and  12/31/1962
  JOHN W ERICSON  DOB: 07/01/1945 Age: 62
    468-50-xxxx issued in Minnesota between 01/01/1961 and  12/31/1962
  **Active Address(es):**
  1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Aug 1969 - Mar 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKSON
      DARLENE MARIE ERICKSON
      GALEN LEE ERICKSON
    ERICKSON GALEN  651-644-1599


  **Previous And Non-Verified Address(es):**
  1184 SHERREN ST W, SAINT PAUL MN 55113-4331, RAMSEY COUNTY (Nov 2003 - Apr 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKON
      GLORIA JEAN TRACY
  PO BOX 6482, ROCHESTER MN 55903-6482, OLMSTED COUNTY (May 1998 - Jun 2002)
  1770 ADOLPHUS ST APT 8, SAINT PAUL MN 55117-2306, RAMSEY COUNTY (Jun 1999 - Apr 2002)


  1608 HIGHWAY 52 N, ROCHESTER MN 55901-1664, OLMSTED COUNTY (Feb 2000 - Dec 2001)
    **Current Residents at Address:**
      JOHN JACOB VANGNESS
  PO BOX 315, NEW HAMPTON IA 50659-0315, CHICKASAW COUNTY (May 1998 - Sep 2001)
    **Current Residents at Address:**
      EDNA M GARNANT
  101 S LOCUST AVE APT, NEW HAMPTON IA 50659-2136, CHICKASAW COUNTY (Jan 1988 - Jan 1999)
  2002 2ND ST SW, ROCHESTER MN 55902-2469, OLMSTED COUNTY (Dec 1992 - Nov 1998)
    **Current Residents at Address:**
      LEE LEON HEROLD
      DIANE LAVERN QUINN
      ALEX GREGORY SETTLE
    **Current phones listed at this address:**
      ARSYS  507-536-3997
      BEYOND KITCHENS  507-281-3992
      CHURCH OF CHRIST  507-289-8906

394-4812

11 N WALNUT AVE, NEW HAMPTON IA 50659-1243, CHICKASAW COUNTY (Jun 1993)
   **Current Residents at Address:**
      CYNTHIA M CHRISTENSEN
      KENT W CHRISTENSEN
PO BOX 322, NEW HAMPTON IA 50659-0322, CHICKASAW COUNTY (Aug 1969 - Apr 1992)

      **Possible Relative:**
      JACQUELINE J ERICSON    Age:
         **Previous And Non-Verified Address(es):**
            PO BOX 322, NEW HAMPTON IA 50659-0322, CHICKASAW COUNTY (Nov 1991 - Dec 1991)
            101 S LOCUST AVE APT, NEW HAMPTON IA 50659-2136, CHICKASAW COUNTY (Dec 1990)

MARIA ERICKSON  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   **Names Associated with Relative:**
   NATALIA MARY ERICKSON  DOB: 09/22/1972 Age: 35
      472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   NATALIA MARY LEVKOVICH  DOB: 09/22/1972 Age: 35
      472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   NATALIE M ERICKSON  DOB: 09/22/1972 Age: 35
      472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   NATALIE M LEVKOVICH  DOB: 09/22/1972 Age: 35
      472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   NATALYA MARIA ERICKSON  DOB: 09/22/1972 Age: 35
      472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   NATALYA M LEVKOVICH  DOB: 09/22/1972 Age: 35
      472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
   **Active Address(es):**
   ✔9503 MARSHALL RD, EDEN PRAIRIE MN 55347-4195, HENNEPIN COUNTY (Nov 2000 - Apr 2008)
      **Current Residents at Address:**
         MARIA ERICKSON
         ERICKSON MICHAEL SCOTT
   **Previous And Non-Verified Address(es):**
   13039 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Oct 1992 - Apr 2004)
      **Current Residents at Address:**
         SRIMALKA MARIAN FERNANDO
         952-829-7097

   PO BOX 46061, EDEN PRAIRIE MN 55344-2761, HENNEPIN COUNTY (Apr 2000 - Oct 2001)
   3709 WESTMARK CIR # W, MINNETONKA MN 55345-2242, HENNEPIN COUNTY (Nov 1997 - Jun 2001)


   402 WILLOUGHBY WAY W, HOPKINS MN 55305-5348, HENNEPIN COUNTY (Oct 2000)
      **Current Residents at Address:**
         LUBA LEVKOVICH
         612-935-6099

   7229 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426-4126, HENNEPIN COUNTY (Jul 1993 - Jan 1999)
      **Current Residents at Address:**
         CELITA BOZEMAN
         MOHAMED AMINA  952-545-3154

   106 PLEASANT ST SE APT, MINNEAPOLIS MN 55455-0433, HENNEPIN COUNTY (Nov 1993)
      **Current Residents at Address:**
         ROBERT UNDERFERTH
   3055 VIRGINIA AVE S APT 11, MINNEAPOLIS MN 55426-3649, HENNEPIN COUNTY (Jul 1992 - Dec 1992)
      **Current Residents at Address:**
         MICHAIL BENTSIONOVICH GOLDIS
         BORIS R GORELIK
   13040 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY
      **Current Residents at Address:**
         SCOTT ALAN CARLSON
         BARBARA J DUNNINGTON
         ERICA NICOLE CARLSON
         935-6099


   3709 W MARK W, MINNETONKA MN 55345, HENNEPIN COUNTY
         935-6099


      **Possible Relative:**
      LUBA LEVKOVICH  DOB: 10/04/1948 Age: 59
         472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992

**Names Associated with Relative:**
LUBA LEVKOVICH  DOB: 11/1948 Age: 59
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
**Previous And Non-Verified Address(es):**
402 WILLOUGHBY WAY W, HOPKINS MN 55305-5348, HENNEPIN COUNTY (Mar 1994 - Apr 2008)
   **Current Residents at Address:**
     LUBA LEVKOVICH
6805 URBANDALE LN N, OSSEO MN 55311-1372, HENNEPIN COUNTY (Mar 2004 - Jan 2007)
   **Current Residents at Address:**
     DORIS E CANALES
     DORIS C GONZALEZ
     PROPERTIES EAST LLC  763-420-2928

7229 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426-4126, HENNEPIN COUNTY (Feb 1994 - Jan 2007)
   **Current Residents at Address:**
     CELITA BOZEMAN
     MOHAMED AMINA  952-545-3154

17578 HARALSON DR 304A, EDEN PRAIRIE MN 55347-3535, HENNEPIN COUNTY (Mar 1994 - May 2005)
   **Current Residents at Address:**
     TIMOTHY JACOB MOLLOY
3709 WESTMARK CIR, MINNETONKA MN 55345-2242, HENNEPIN COUNTY (Nov 1997 - Jul 2003)
   **Current Residents at Address:**
     KAREN JOANNE ENGBERG
   **Current phones listed at this address:**
     ENGBERG K J  952-935-1957
     935-6099

13040 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Oct 1998 - Sep 2001)
   **Current Residents at Address:**
     SCOTT ALAN CARLSON
     BARBARA J DUNNINGTON
     ERICA NICOLE CARLSON
3055 VIRGINIA AVE S APT 11, MINNEAPOLIS MN 55426-3649, HENNEPIN COUNTY (Jul 1992 - Dec 1992)
   **Current Residents at Address:**
     MICHAIL BENTSIONOVICH GOLDIS
     BORIS R GORELIK

DAVID LOY ROMAN  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
**Names Associated with Relative:**
LOY ROMAN DAVID  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
LOY ROMAN  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMA D LOY  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMAN DAVID LEUKOVICH  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMAN DAVID LEVKOVICH  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMAN DAVID LOY  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
**Previous And Non-Verified Address(es):**
15620 LILAC DR, EDEN PRAIRIE MN 55347-0007, HENNEPIN COUNTY (Sep 2000 - Apr 2008)
   **Current Residents at Address:**
     DAVID LOY ROMAN
17578 HARALSON DR 304A, EDEN PRAIRIE MN 55347-3535, HENNEPIN COUNTY (Sep 2000 - Apr 2007)
   **Current Residents at Address:**
     TIMOTHY JACOB MOLLOY
7229 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426-4126, HENNEPIN COUNTY (Jan 1996 - Jan 2007)
   **Current Residents at Address:**
     CELITA BOZEMAN
     MOHAMED AMINA  952-545-3154

402 WILLOUGHBY WAY W, HOPKINS MN 55305-5348, HENNEPIN COUNTY (Aug 2000 - 2006)
   **Current Residents at Address:**
     LUBA LEVKOVICH
13040 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Jan 1995 - Oct 2000)
   **Current Residents at Address:**
     SCOTT ALAN CARLSON
     BARBARA J DUNNINGTON
     ERICA NICOLE CARLSON
3709 WESTMARK CIR # CI, MINNETONKA MN 55345-2242, HENNEPIN COUNTY (Dec 1997 - Apr 2000)

7129 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426, HENNEPIN COUNTY (Aug 1997 - Jan 1999)
7229 OAK PARK, MINNEAPOLIS MN 55426, HENNEPIN COUNTY (Feb 1996)

DARLENE MARIE ERICKSON  DOB: 02/15/1946 Age: 62
   468-48-xxxx issued in Minnesota between 01/01/1959 and 12/31/1961
**Active Address(es):**
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Oct 1979 - Apr 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKON
      DARLENE MARIE ERICKSON
      GALEN LEE ERICKSON
    ERICKSON GALEN  651-644-1599

**Previous And Non-Verified Address(es):**
1618 MAPLE, FALCON HEIGHTS MN 55113, RAMSEY COUNTY (Sep 1998 - Jan 1999)
    651-644-1599

1592 HALLMARK CIR, SAINT PAUL MN 55128-5431, WASHINGTON COUNTY (Jul 1995 - May 1997)
    **Current Residents at Address:**
      SUSAN REBECCA JONES
    **Current phones listed at this address:**
      SAUVER MICHAEL  651-207-5691
      644-1599

1854 HOWELL ST N, SAINT PAUL MN 55113-5504, RAMSEY COUNTY (Feb 1986 - Oct 1992)
    **Current Residents at Address:**
      REBECCA CHIUSHENG LIU
      HUICHU HSU
      HAN JIE HUANG
      ISAAC NANKINE LIU
      YUE PING HUANG
      GUAN QUN HUANG
      GUAN XIAN HUANG
      XUE YI HUANG
      LI RONG HUANG
    LIU ISAAC & BECKY  651-644-8514

2139 JEFFERSON ST NE, MINNEAPOLIS MN 55418, HENNEPIN COUNTY (Jan 1990 - Dec 1990)

ERICKSON MICHAEL SCOTT  Age:
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
   **Names Associated with Relative:**
ERICKSON TANIA SCOTT  Age:
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L ERICKS  Age:
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL LEE SCOTT ERICKSON  DOB: 01/07/1970 Age: 38
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTT  DOB: 1970 Age: 38
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTT-ERICKS  Age:
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL LEE SCOTT-ERICKSON  DOB: 01/07/1970 Age: 38
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTTERICKS  DOB: 01/1970 Age: 38
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTTERICKSON  DOB: 01/1970 Age: 38
   472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
**Previous And Non-Verified Address(es):**
9503 MARSHALL RD, EDEN PRAIRIE MN 55347-4195, HENNEPIN COUNTY (Nov 2000 - Apr 2008)
    **Current Residents at Address:**
      MARIA ERICKSON
      ERICKSON MICHAEL SCOTT
1100 S 8TH ST APT 3, MINNEAPOLIS MN 55404-1332, HENNEPIN COUNTY (Jun 1995 - Jan 2007)
    **Current Residents at Address:**
      MELISSA LYNN KOZEL
13039 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Oct 1998 -  2007)
    **Current Residents at Address:**
      SRIMALKA MARIAN FERNANDO
2303 CROMWELL DR, MINNEAPOLIS MN 55410-2521, HENNEPIN COUNTY (Jan 1990 - Dec 2001)
    **Current Residents at Address:**
      DAVID BARWOOD ANDREWS
      PATRICIA LYNN ERICKSON
      ALLISON MARIE TRIPLETT

PHILLIP R GARBACIK
2455 LONDIN LN E APT 322, SAINT PAUL MN 55119-6704, RAMSEY COUNTY (Nov 1990 - Jan 1999)
    **Current Residents at Address:**
        DANIEL WILLIAM HOM
        620-8030

11 8TH AVE NE, MINNEAPOLIS MN 55413-1845, HENNEPIN COUNTY (Feb 1996)
19 BARTON AVE SE, MINNEAPOLIS MN 55414-3511, HENNEPIN COUNTY (Jul 1994)
    **Current Residents at Address:**
        AUTUMN LEAH PETERSON
        DUNCAN BENJAMIN FROST
1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Nov 1990)
    **Current Residents at Address:**
        JACKIE ERICKSON
        JOHN WAYNE ERICKON
        DARLENE MARIE ERICKSON
        GALEN LEE ERICKSON
    ERICKSON GALEN  651-644-1599

**Possible Relative:**
PATRICIA LYNN ERICKSON  DOB: 12/17/1946 Age: 61
    474-52-xxxx issued in Minnesota between 01/01/1963 and 12/31/1963
    **Previous And Non-Verified Address(es):**
    1561 15TH ST NW, SAINT PAUL MN 55112-5567, RAMSEY COUNTY (Oct 1979 - Apr 2008)
        **Current Residents at Address:**
        PATRICIA LYNN ERICKSON
        TAILLEFER C  651-636-6873

    2303 CROMWELL DR, MINNEAPOLIS MN 55410-2521, HENNEPIN COUNTY (Aug 1977 - Apr 2008)
        **Current Residents at Address:**
        DAVID BARWOOD ANDREWS
        PATRICIA LYNN ERICKSON
        ALLISON MARIE TRIPLETT
        PHILLIP R GARBACIK
    PO BOX 120024, SAINT PAUL MN 55112-0011, RAMSEY COUNTY (Jan 2001 - Feb 2001)
        **Current Residents at Address:**
        JODY ARLENE HUNT

GALEN LEE ERICKSON  DOB: 02/27/1948 Age: 60
    471-54-xxxx issued in Minnesota between 01/01/1963 and 12/31/1964
    **Names Associated with Relative:**
LEE ERICKSON  Age:
    471-54-xxxx issued in Minnesota between 01/01/1963 and 12/31/1964
**Active Address(es):**
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Oct 1979 - Apr 2008)
    **Current Residents at Address:**
        JACKIE ERICKSON
        JOHN WAYNE ERICKON
        DARLENE MARIE ERICKSON
        GALEN LEE ERICKSON
    ERICKSON GALEN  651-644-1599

**Previous And Non-Verified Address(es):**
1618 MAPLE, FALCON HEIGHTS MN 55113, RAMSEY COUNTY (Sep 1998 - Jan 1999)
    651-644-1599

1854 HOWELL ST N, SAINT PAUL MN 55113-5504, RAMSEY COUNTY (Feb 1986 - Aug 1991)
    **Current Residents at Address:**
        REBECCA CHIUSHENG LIU
        HUICHU HSU
        HAN JIE HUANG
        ISAAC NANKINE LIU
        YUE PING HUANG
        GUAN QUN HUANG
        GUAN XIAN HUANG
        XUE YI HUANG
        LI RONG HUANG
    LIU ISAAC & BECKY  651-644-8514

2139 JEFFERSON ST NE, MINNEAPOLIS MN 55418, HENNEPIN COUNTY (Jan 1990 - Dec 1990)

MICHAEL JOE GALLANT  DOB: 06/27/1966 Age: 41
    318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
    **Names Associated with Relative:**

MICHAEL S GALLANT  DOB: 06/27/1966 Age: 41
  318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
MICHEAL GALLANT  DOB: 06/27/1966 Age: 41
  318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
MIKE GALLANT  DOB: 06/27/1966 Age: 41
  318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970

**Active Address(es):**

✔ 668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - Apr 2008)
  **Current Residents at Address:**
    ERICKSON TANIA SCOTT
    MICHAEL JOE GALLANT
    CHRISTIE A SCOTT

**Previous And Non-Verified Address(es):**
3312 W PETERSON AVE, CHICAGO IL 60659-3510, COOK COUNTY (Sep 2001 - Apr 2008)
  **Current Residents at Address:**
    ADAM K BERMAN
    ROBERT L BERMAN
    MICHAEL JOE GALLANT
    ERNIE JAMES SOBJACK
    MELISSA BERMAN
    ADAM K BERMAN
    KIMBERLY K MILLER
    ANDRE EDWARDS
  **Current phones listed at this address:**
    CHAMPION PRINTING CORP  773-478-2929
    GOODMAN SEYMOUR  773-478-0800

688 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - 2004)
  **Current Residents at Address:**
    JOHN J COLLINS
  **Current phones listed at this address:**
    COLLINS JOHN J  630-837-4194
    630-736-6297

3310 W HOLLYWOOD AVE APT 3, CHICAGO IL 60659-4506, COOK COUNTY (Jul 1997 - May 1998)
  **Current Residents at Address:**
    CHU WA WA

5642 N ASHLAND AVE, CHICAGO IL 60660-4114, COOK COUNTY (Oct 1988 - May 1998)
  **Current Residents at Address:**
    DAVID D CALDERON
    JORGE CLETO URIOSTEGUI
    HECTOR I CADENA
    JESUS LOPEZ BANDA
    MARIA D BANDA
    OLIVIERO GASPAR
  **Current phones listed at this address:**
    RAMIREZ RANFALE  773-754-8147
    URIOSTEGUI JORGE  773-878-2739
    989-9482

5809 N WHIPPLE ST APT 1, CHICAGO IL 60659-3708, COOK COUNTY (Oct 1993 - Jan 1997)
  **Current Residents at Address:**
    SOOKYONG KOH
    KANA YOO
1442 W CATALPA AVE 2F, CHICAGO IL 60640-1212, COOK COUNTY (Oct 1988)
  989-9482

**Possible Relative:**
RACHEL GALLANT  DOB: 04/11/1930 Age: 78
  318-26-xxxx issued in Illinois between 01/01/1936 and 12/31/1951
  **Active Address(es):**
  ✔ 1208 LUTHER LN, ARLINGTON HEIGHTS IL 60004-4679, COOK COUNTY (Oct 2006 - Apr 2008)
    **Current Residents at Address:**
      RACHEL GALLANT
      WILLIAM M GALLANT
    GALLANT WILLIAM  847-797-0779

  **Previous And Non-Verified Address(es):**
  1442 W CATALPA AVE 2F, CHICAGO IL 60640-1212, COOK COUNTY (Oct 1985 - May 2007)

WILLIAM M GALLANT  DOB: 03/13/1928 Age: 80
  319-26-xxxx issued in Illinois between 01/01/1936 and 12/31/1951

**Active Address(es):**
✔ 1208 LUTHER LN, ARLINGTON HEIGHTS IL 60004-4679, COOK COUNTY (Sep 2006 - Apr 2008)
    **Current Residents at Address:**
      RACHEL GALLANT
      WILLIAM M GALLANT
      GALLANT WILLIAM  847-797-0779

**Previous And Non-Verified Address(es):**
1442 W CATALPA AVE APT 2F, CHICAGO IL 60640-1212, COOK COUNTY (Sep 1980 - May 2007)
3312 W PETERSON AVE, CHICAGO IL 60659-3510, COOK COUNTY (May 1993 - Jan 1999)
    **Current Residents at Address:**
      ADAM K BERMAN
      ROBERT L BERMAN
      MICHAEL JOE GALLANT
      ERNIE JAMES SOBJACK
      MELISSA BERMAN
      ADAM K BERMAN
      KIMBERLY K MILLER
      ANDRE EDWARDS
    **Current phones listed at this address:**
      CHAMPION PRINTING CORP  773-478-2929
      GOODMAN SEYMOUR  773-478-0800
        773-271-8779

LINDA GALLANT  DOB: 03/22/1961 Age: 47
  318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
**Names Associated with Relative:**
LINDA WACHTENHEI  DOB: 03/22/1961 Age: 47
  318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
LINDA J WACHTENHEIM  DOB: 03/22/1961 Age: 47
  318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
**Active Address(es):**
✔ 446 DAKOTA TRL, WHEELING IL 60090-5122, COOK COUNTY (Oct 1987 - Apr 2008)
    **Current Residents at Address:**
      LINDA GALLANT
      DANIEL J WACHTENHEIM
    **Current phones listed at this address:**
      WACHTENHEIM DAN  847-632-1208
        847-947-1112

**Previous And Non-Verified Address(es):**
2359 W JARVIS AVE APT 1S, CHICAGO IL 60645-1751, COOK COUNTY (Dec 1986 - Jul 2004)
    **Current Residents at Address:**
      TEAH
      847-947-1112

8150 N CHESTER AVE, NILES IL 60714-2304, COOK COUNTY (Dec 1991 - Jan 1992)
    **Current Residents at Address:**
      ANASTACIO C SIGAYA
      SEYMOUR WACHTENHEIM
      JUANITA S SUAREZ
      MARY LYNN WACHTENHEIM
      RAYMUND J SIGAYA
      SHEILA BAKABAK
      847-947-1112

      1442 W CATALPA AVE 2F, CHICAGO IL 60640-1212, COOK COUNTY (Sep 1985)

SCOTT ERICKSON  Age:
    **Previous And Non-Verified Address(es):**
    668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (Oct 2002)
    **Current Residents at Address:**
      ERICKSON TANIA SCOTT
      MICHAEL JOE GALLANT
      CHRISTIE A SCOTT

SCOTT T ZORAN  DOB: 04/03/1964 Age: 44
  325-68-xxxx issued in Illinois between 01/01/1979 and 12/31/1981
**Names Associated with Relative:**
ZORAN T SCOTT  DOB: 04/03/1964 Age: 44
  325-68-xxxx issued in Illinois between 01/01/1979 and 12/31/1981
ZORAN T SCOTT  DOB: 09/1964 Age: 43
  325-68-xxxx issued in Illinois between 01/01/1979 and 12/31/1981
**Previous And Non-Verified Address(es):**

27W410 MANCHESTER RD, WINFIELD IL 60190-1434, DUPAGE COUNTY (May 1994 - Apr 2008)
    **Current Residents at Address:**
      SCOTT T ZORAN
      ILLINOIS CASH REGISTER  708-562-4000

**$** 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Apr 1987 - Jul 2007)
    **Current Residents at Address:**
      JEFFERY SCOTT
    **Current phones listed at this address:**
      ILLINOIS CASH REGISTER  800-260-7000
      ILLINOIS CASH REGISTER  847-562-4000

21W347 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY (Apr 2000 - May 2007)
27 MANCHESTER RD APT, WINFIELD IL 60190, DUPAGE COUNTY (Apr 2004 - Sep 2004)
    **Current Residents at Address:**
      KIM MARVIN PLENCNER
      VICKI L SIEDLECKI
      KEITH J VENARD
      ROSE A JOHNSON
      MAX M KNIERIM
      HINEBAUGH E DAZZLE
      RICHELIEU TROCIO
      SAJIDA K YOUNUS
      708-562-4000

190 EASY ST STE E, CAROL STREAM IL 60188-3500, DUPAGE COUNTY (Aug 2002 - May 2004)
405 W STONE AVE, ADDISON IL 60101-2591, DUPAGE COUNTY (Aug 2003 - Dec 2003)
    **Current Residents at Address:**
      DIMITRIOS J CHRISTOPOULOS
      RICARDO B RIVERA
      VICTOR VROBEL
      ANASTASIA CHRISTOPOULOS
    **Current phones listed at this address:**
      VROBEL VICTOR  630-543-9067
      708-562-4000

21 W 348TH N AVE APT 348, LOMBARD IL 60148, DUPAGE COUNTY (Mar 1998)
**$** 21 W NORTH AVE APT 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Jan 1992 - Mar 1995)
21 W 348 NORTH AVE, LAFOX IL 60147, KANE COUNTY (Apr 1987)
322 E NORTH AVE, NORTHLAKE IL 60164-2627, COOK COUNTY (Jun 1985 - Apr 1986)
      620-8030

**Possible Relative:**
JEFFREY SCOTT    Age:
    **Previous And Non-Verified Address(es):**
    27W410 MANCHESTER RD, WINFIELD IL 60190-1434, DUPAGE COUNTY (Jun 2004 - Jan 2006)
      **Current Residents at Address:**
      SCOTT T ZORAN
      ILLINOIS CASH REGISTER  708-562-4000

# Neighbors:
**Neighborhood:**
    2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - May 2008)
      JEFFERY SCOTT  Age:
        354-32-xxxx issued in Illinois between 01/01/1956 and 12/31/1958
    SCOTT JEFFREY  608-584-5250

**Address(es):**
2815 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - May 2008)
    **Residents:**
      NICOLE L PARR  DOB: 10/26/1978 Age: 29
        394-98-xxxx issued in Wisconsin between 01/01/1987 and 12/31/1988
      TODD E PARR    Age:

2825 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Oct 1989 - Apr 2008)
    **Residents:**
      **D** VIRGIL W THAMKE  DOB: 03/01/1926 DOD:06/06/1998 (ADAMS, WI)  Age at Death: 72 (Born 82 years ago) - Verified
        397-26-xxxx issued in Wisconsin between 01/01/1936 and 12/31/1951
      CHRISTOPHER H GOFF  DOB: 03/24/1975 Age: 33
        393-02-xxxx issued in Wisconsin between 01/01/1988 and 12/31/1989
      FAWN M GOFF  DOB: 12/04/1960 Age: 47

343-60-xxxx issued in Illinois between 01/01/1975 and 12/31/1976
GOFF FAWN & CHRISTOPHER  608-584-4680

✔ 2777 9TH DR, ADAMS WI 53910-9534, ADAMS COUNTY (Jan 1996 - Apr 2008)
    **Residents:**
        GLADYS F HODGES  DOB: 06/1920 Age: 88
            333-12-xxxx issued in Illinois between 01/01/1936 and 12/31/1951
        ROBERT F HODGES  DOB: 02/06/1929 Age: 79
            329-22-xxxx issued in Illinois between 01/01/1936 and 12/31/1951
    HODGES ROBERT F  608-584-4407

✔ 2833 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Mar 1999 - Apr 2008)
    **Residents:**
        EDWIN J PARR  DOB: 05/04/1950 Age: 58
            394-56-xxxx issued in Wisconsin between 01/01/1967 and 12/31/1968
        TODD E PARR  DOB: 03/10/1973 Age: 35
            392-72-xxxx issued in Wisconsin between 01/01/1974 and 12/31/1975
        MICHAEL A FLORES  DOB: 09/30/1985 Age: 22
            323-76-xxxx issued in Illinois between 01/01/1985 and 12/31/1987
        NICOLE L PARR  DOB: 10/26/1978 Age: 29
            394-98-xxxx issued in Wisconsin between 01/01/1987 and 12/31/1988
    PARR EDWIN  608-584-4630

✔ 2837 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - Apr 2008)
    **Residents:**
        JERRY D ALLEN    Age:
        SANDRA M ALLEN    Age:
        MELINDA ALLEN    Age:

✔ 2769 9TH DR, ADAMS WI 53910-9534, ADAMS COUNTY (Oct 1998 - Mar 2008)
        DEBORAH ANN BALOUN  DOB: 02/08/1953 Age: 55
            333-42-xxxx issued in Illinois between 01/01/1964 and 12/31/1966
    **Current phones listed at this address:**
        BALOUN ROBERT & DEBORAH  608-584-4942
        393-9886

**Neighborhood:**
    21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - Jan 2007)
        JEFFERY SCOTT  Age:
            354-32-xxxx issued in Illinois between 01/01/1956 and 12/31/1958
    **Current phones listed at this address:**
        ILLINOIS CASH REGISTER  800-260-7000
        ILLINOIS CASH REGISTER  847-562-4000

**Address(es):**
✔ 21W311 NORTH AVE, LOMBARD IL 60148-1199, DUPAGE COUNTY (Aug 1990 - Apr 2008)
        CAROL ANN BAUER  DOB: 12/15/1945 Age: 62
            353-36-xxxx issued in Illinois between 01/01/1961 and 12/31/1963
✔ 21W331 NORTH AVE, LOMBARD IL 60148-1199, DUPAGE COUNTY (Jan 1993 - Apr 2008)
    **Residents:**
        GEOFFREY B ALLEN  Age:
            340-32-xxxx issued in Illinois between 01/01/1955 and 12/31/1957
        TAMMY ALLEN ALLEN  Age:
            347-64-xxxx issued in Illinois between 01/01/1977 and 12/31/1978
        ADRIENNE M ALLEN  Age:
            343-82-xxxx issued in Illinois between 01/01/1989 and 12/31/1990
        630-629-8262

    21W334 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (May 1991 - Mar 2008)
    **Residents:**
        GLEN H HALL  DOB: 06/14/1940 Age: 67
            303-40-xxxx issued in Indiana between 01/01/1955 and 12/31/1956
        RONALD J GRANT    DOB: 02/13/1958 Age: 50

✔ 21W415 NORTH AVE APT, LOMBARD IL 60148-1107, DUPAGE COUNTY (Mar 1988 - Apr 2008)
        SYLVIA J KOSLOW  DOB: 02/04/1935 Age: 73
            350-18-xxxx issued in Illinois between 01/01/1936 and 12/31/1951
    **Current phones listed at this address:**
        KOSLOW S  630-627-6535
        A-1 SAFETY CHIMNEY SERVICE INC  630-827-0600
        ALL SERVICE LIMOUSINE INC  630-289-9333

**Neighborhood:**
21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994)

**Address(es):**
21 NORTH AVE W APT, LOMBARD IL 60148, DUPAGE COUNTY (Apr 2008 - May 2008)
**Residents:**
MAJID A TAHIR  Age:
325-78-xxxx issued in Illinois between 01/01/1987 and 12/31/1988
KAREN RAYA  Age:
585-37-xxxx issued in New Mexico between 01/01/1981 and 12/31/1981
630-705-4200

**Neighborhood:**
314 W DIVISION ST APT, VILLA PARK IL 60181-2012, DUPAGE COUNTY (Apr 1991)
DONNOVAN S OLMOS  Age:
319-84-xxxx issued in Illinois between 01/01/1990 and 12/31/1991
RAYA KAREN  630-359-4822

**Address(es):**
312 W DIVISION ST APT 2W, VILLA PARK IL 60181-2011, DUPAGE COUNTY (Mar 2008 - Apr 2008)
EMMANUEL MARQUEZ  DOB: 04/22/1985 Age: 23
329-82-xxxx issued in Illinois between 01/01/1989 and 12/31/1990
✔312 W DIVISION ST APT 3, VILLA PARK IL 60181-2011, DUPAGE COUNTY (Aug 1992 - Apr 2008)
MICHAEL G GARZA  DOB: 03/21/1946 Age: 62
354-36-xxxx issued in Illinois between 01/01/1961 and 12/31/1963
312 W DIVISION ST APT 4, VILLA PARK IL 60181-2011, DUPAGE COUNTY (Jul 1999 - Apr 2008)
**Residents:**
RONALD J FERROLI  DOB: 07/05/1958 Age: 49
335-56-xxxx issued in Illinois between 01/01/1973 and 12/31/1974
NORA H MORIARTY  DOB: 06/14/1966 Age: 41
342-72-xxxx issued in Illinois between 01/01/1983 and 12/31/1985
630-993-0255

✔312 W DIVISION ST APT 5, VILLA PARK IL 60181-2011, DUPAGE COUNTY (Jun 2003 - Apr 2008)
**Residents:**
NORA KAY TILLERY  DOB: 12/06/1951 Age: 56
231-80-xxxx issued in Virginia between 01/01/1969 and 12/31/1970
KELLY A JOHNSTON  DOB: 06/20/1967 Age: 40
327-72-xxxx issued in Illinois between 01/01/1982 and 12/31/1984

314 W DIVISION ST APT 2, VILLA PARK IL 60181-2012, DUPAGE COUNTY (Dec 2006 - Apr 2008)
**Residents:**
KILANI GANIYU  Age:
394-21-xxxx issued in Wisconsin between 07/01/2001 and 02/03/2003
CHARLOTTE GANIYU    Age:
708-296-0703

## Source Information:

| | |
|---|---|
| All Sources | 23 Source Document(s) |
| Driver Licenses | 3 Source Document(s) |
| DECEASED | 1 Source Document(s) |
| Motor Vehicle Registrations | 3 Source Document(s) |
| Person Locator 1 | 1 Source Document(s) |
| Historical Person Locator | 9 Source Document(s) |
| Person Locator 2 | 6 Source Document(s) |

Important: The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

## Comprehensive Report

**Comprehensive Report**
**Date:** 06/17/08
**Reference Code:** saav 125006 mdd

**Report processed by:**
Shook, Hardy & Bacon LLP
Crown Center
Kansas City, MO 64108-2613
816-474-6550 Main Phone
816-421-5547 Fax

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✔ - Probable Current Address

## Subject Information

Name: JEFFREY O SCOTT
Date of Birth: **07/28/1935**
Age: **72**
SSN: 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 issued in **Illinois**
between **01/01/1956** and **12/31/1958**
View All SSN Sources

## AKAs (Names Associated with Subject)

JEFFREY SCOTT
    Age: **72**  SSN: 354-32-xxxx
JEFFERY SCOTT
    SSN: 354-32-xxxx
JEFFREY O SCOTT
    Age: **72**  SSN: 354-32-xxxx
SCOTT JEFFREY
    SSN: 354-32-xxxx

## Indicators

Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

## Address Summary

✔ 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Oct  2002 - Jun  2008)
Phone at address: 608-584-5250  **SCOTT JEFFREY**
Neighborhood Profile (2000 Census)
Average Age:**42**    Median Household Income: **$33,221**    Median Home Value: **$74,500**    Average Years of Education: **12**

21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar  1983 - May  2008)
Neighborhood Profile (2000 Census)
Average Age:**32**    Median Household Income: **$67,500**    Median Home Value: **$170,500**    Average Years of Education: **13**

21 W348W348 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY (  2000)
[No Data Available]

21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May  1994 - Jan  1999)
Neighborhood Profile (2000 Census)
Average Age:**37**    Median Household Income: **$67,470**    Median Home Value: **$163,800**    Average Years of Education: **14**

21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Feb  1987 -  1999)
Neighborhood Profile (2000 Census)
Average Age:**37**    Median Household Income: **$73,542**    Median Home Value: **$164,800**    Average Years of Education: **14**

103 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2403, DUPAGE COUNTY (Oct  1995)
Neighborhood Profile (2000 Census)
Average Age:**30**    Median Household Income: **$70,365**    Median Home Value: **$141,300**    Average Years of Education: **12**

322 E NORTH AVE, NORTHLAKE IL 60164-2627, COOK COUNTY (Jun  1987)
Neighborhood Profile (2000 Census)
Average Age:**33**    Median Household Income: **$58,125**    Median Home Value: **$136,700**    Average Years of Education: **12**

121 W NORTH AVE, LOMBARD IL 60148-1203, DUPAGE COUNTY (Mar  1983)
Phone at address: 630-495-5546  **ROGAN JAMES**
Neighborhood Profile (2000 Census)
Average Age:**37**    Median Household Income: **$73,542**    Median Home Value: **$164,800**    Average Years of Education: **14**



EXHIBIT
2

21 W 348TH 348 N, LOMBARD IL 60148, DUPAGE COUNTY
Neighborhood Profile (2000 Census)
Average Age: 37    Median Household Income: **$67,470**    Median Home Value: **$163,800**    Average Years of Education: **14**

## Others Associated With Subjects SSN:
(DOES NOT usually indicate any type of fraud or deception)
[None Found]

## Comprehensive Report Summary: (Click on Link to see detail)
Bankruptcies:
    None Found
Liens and Judgments:
    1 Found
UCC Filings:
    None Found
Phones Plus:
    None Found
People at Work:
    1 Found
Driver's License:
    2 Found
Address(es) Found:
    1 Verified and 8 Non-Verified Found
Possible Properties Owned:
    2 Found
Motor Vehicles Registered:
    7 Found
Watercraft:
    2 Found
FAA Certifications:
    None Found
FAA Aircrafts:
    None Found
Possible Criminal Records:
    None Found
Sexual Offenses:
    None Found
Florida Accidents:
    None Found
Professional Licenses:
    None Found
Voter Registration:
    None Found
Hunting/Fishing Permit:
    2 Found
Concealed Weapons Permit:
    None Found
Possible Associates:
    None Found
Possible Relatives:
    1st Degree - 3 Found
    2nd Degree - 11 Found
    3rd Degree - 19 Found
Neighbors:
    1st Neighborhood - 6 Found
    2nd Neighborhood - 4 Found
    3rd Neighborhood - 1 Found
    4th Neighborhood - 4 Found

## Bankruptcies:
[None Found]

## Liens and Judgments:
Filing Type: SATISFIED JUDGMENT
Filing Date: 10/03/1995
State: IL
Filing Type: JUDGMENT
Filing Date: 06/03/1991
State: IL
Original Filing Date: 06/03/1991

Amount: $405
Debtor Name: SCOTT JEFFREY
Debtor SSN: 354-32-xxxx
Debtor Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121
Debtor Name: SCOTT JEFFREY
Debtor SSN:
Debtor Address: 21 W 348 W NORTH AVE, LOMBARD IL 60148
Creditor: ILLINOIS BELL TELEPHONE CO

## UCC Filings:
[None Found]

## Phones Plus(s):
[None Found]

## People at Work:
Name: JEFFREY SCOTT
SSN: 354-32-xxxx
Company: ILLINOIS CASH REGISTER
Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121

Phone: ✔800-260-7000
FEIN:
Dates: Jul, 1995
Confidence: High

## Driver's License Information:
Name: JEFFREY SCOTT
DL Number: S3004203526806
State: Wisconsin
License Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/28/1935
Potential SSN ❶: 354-32-xxxx
Gender: Male
Issue Date: 02/14/2005
License Type: Record created for conviction only (can be Wisconsin or out of state)

Name: JEFFREY SCOTT
DL Number: S30042035214
State: Illinois
License Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/28/1935
Potential SSN ❶: 354-32-xxxx
Gender: Male
Expiration Date: 07/28/1997
Height: 5'07
Weight: 180
Hair Color: Brown
Eye Color: Brown

## Address Summary:    View All Address Variation Sources

✔2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Oct 2002 - Jun 2008)
21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - May 2008)
21 W348W348 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY ( 2000)
21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994 - Jan 1999)
21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Feb 1987 -  1999)
103 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2403, DUPAGE COUNTY (Oct 1995)
322 E NORTH AVE, NORTHLAKE IL 60164-2627, COOK COUNTY (Jun 1987)
121 W NORTH AVE, LOMBARD IL 60148-1203, DUPAGE COUNTY (Mar 1983)
21 W 348TH 348 N, LOMBARD IL 60148, DUPAGE COUNTY

## Active Address(es):    View All Address Variation Sources

✔2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Oct 2002 - Jun 2008)
**Current Residents at Address:**
    JEFFREY O SCOTT
SCOTT JEFFREY    608-584-5250
**Property Ownership Information for this Address**
    **Property:**

Parcel Number - 10-700
Book - 1869
Page - 48
Name Owner : SCOTT JEFFREY
Property Address: - 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
Owner Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
Land Usage - MISC IMPROVEMENTS
Total Market Value - $59,200
Assessed Value - $48,000
Land Size - 216,493 Square Feet
Data Source - A

**Neighborhood Profile (2000 Census)**
Average Age: 42
Median Household Income: $33,221
Median Owner Occupied Home Value: $74,500
Average Years of Education: 12

## Previous And Non-Verified Address(es):  View All Address Variation Sources

21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - May 2008)
**Current Residents at Address:**
JEFFREY O SCOTT
**Current phones listed at this address:**
ILLINOIS CASH REGISTER   800-260-7000
ILLINOIS CASH REGISTER   847-562-4000
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 02-36-411-014
Name Owner : MARATHON ASHLAND
Property Address: - 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
Owner Address: 539 MAIN ST, FINDLAY OH 45840, HANCOCK COUNTY
Assessed Value - $20,830
Name of Seller : TRUST 441
Data Source - A
**Neighborhood Profile (2000 Census)**
Average Age: 32
Median Household Income: $67,500
Median Owner Occupied Home Value: $170,500
Average Years of Education: 13


21 W348W348 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY ( 2000)
630-620-8030


21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994 - Jan 1999)
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $67,470
Median Owner Occupied Home Value: $163,800
Average Years of Education: 14


21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Feb 1987 -  1999)
668-6247
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $73,542
Median Owner Occupied Home Value: $164,800
Average Years of Education: 14


103 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2403, DUPAGE COUNTY (Oct 1995)
**Current Residents at Address:**
DINESHCHANDRA S PATEL
D PATEL
SANDEEP D PATEL
**Property Ownership Information for this Address**
**Property:**
Parcel Number -
Name Owner : PATEL, DINESHCHANDRA S & URMILA D
Property Address: - 103 W DRUMMOND AVE, GLENDALE HTS IL 60139-2403, DUPAGE COUNTY
Owner Address: 103 W DRUMMOND AVE, GLENDALE HTS IL 60139-2403, DUPAGE COUNTY
Data Source - A
**Neighborhood Profile (2000 Census)**
Average Age: 30
Median Household Income: $70,365
Median Owner Occupied Home Value: $141,300
Average Years of Education: 12


322 E NORTH AVE, NORTHLAKE IL 60164-2627, COOK COUNTY (Jun 1987)

**Neighborhood Profile (2000 Census)**
Average Age: 33
Median Household Income: $58,125
Median Owner Occupied Home Value: $136,700
Average Years of Education: 12

121 W NORTH AVE, LOMBARD IL 60148-1203, DUPAGE COUNTY (Mar 1983)
**Current Residents at Address:**
MARY A ROGAN
JAMES E ROGAN
JAMES E ROGANJR
ROGAN JAMES   630-495-5546
**Property Ownership Information for this Address**
**Property:**
Parcel Number - 06-06-202-006
Name Owner : ROGAN JAMES
Name Owner 2: ROGAN MARY
Property Address: 121 W NORTH AVE, LOMBARD IL 60148-1203, DUPAGE COUNTY
Owner Address: 121 W NORTH AVE, LOMBARD IL 60148-1203, DUPAGE COUNTY
Assessed Value - $70,020
Name of Seller : SCHMIDT NINA M
Loan Amount - $109,700
Loan Type - CONVENTIONAL
Lender Name - JI KISLAK MTG CORP
Data Source - A
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $73,542
Median Owner Occupied Home Value: $164,800
Average Years of Education: 14

21 W 348TH 348 N, LOMBARD IL 60148, DUPAGE COUNTY
830-6020
**Neighborhood Profile (2000 Census)**
Average Age: 37
Median Household Income: $67,470
Median Owner Occupied Home Value: $163,800
Average Years of Education: 14

## Possible Properties Owned by Subject:
**Property:**
Parcel Number - 02-36-411-014
Name Owner : SCOTT JEFFERY
Property Address: - 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
Owner Address: 21 W348W348 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY
Assessed Value - $74,450
Land Size - 24,900 Square Feet
Name of Seller : LASALLE NATIONAL BANK
Data Source - A

**Property:**
Parcel Number - 02-36-411-014
Name Owner : SCOTT JEFFERY
Property Address: - 21 W NORTH AVE, LOMBARD IL 60148-1202, DUPAGE COUNTY
Owner Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
Assessed Value - $72,990
Land Size - 24,900 Square Feet
Name of Seller : LASALLE NATIONAL BANK
Data Source - A

## Motor Vehicles Registered To Subject:
**Vehicle:**
Description: 2003 Honda CR V - 4 Dr Wagon Sport Utility
VIN: JHLRD78853C011774
State Of Origin: WISCONSIN
Engine: 4 Cylinder 146 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available

Price: 22400
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*
Record Type: CURRENT
Name: JEFFREY SCOTT
Potential SSN ❶ : 354-32-xxxx
Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72
Tag Number: 382KSD
Earliest Registration Date: 01/31/2007
Latest Registration Date: 01/22/2008
Expiration Date: 02/07/2009
License Plate Type: Private

**Vehicle:**
Description: 2003 Honda CR V - 4 Dr Wagon Sport Utility
VIN: JHLRD78853C011774
State Of Origin: ILLINOIS
Engine: 4 Cylinder 146 Cubic Inch
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: None / not available
Price: 22400
Radio: AM/FM CD
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Standard

*Owner(s)*
Name: SCOTT JEFFREY
Potential SSN ❶ : 354-32-xxxx
Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72
Title Number: T3031622350
Title Issue Date: 01/31/2003

*Lien Holder(s)*
None

**Vehicle:**
Description: 2000 Honda ACCORD - Sedan 4 Door
VIN: 1HGCG1657YA031707
State Of Origin: WISCONSIN
Engine: 6 Cylinder 183 Cubic Inch
Restraints: Dual air bags front and sides/active belts
Anti Lock Brakes: 4 wheel standard
Air Conditioning: Standard
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Standard
Security System: Pass key
Roof: Power sun/moon roof
Price: 24550
Radio: AM/FM CD
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Standard

*Registrant(s)*

Record Type: CURRENT
Name: JEFFREY SCOTT
Potential SSN ℹ : 354-32-xxxx
Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72
Tag Number: 737ESC
Earliest Registration Date: 08/21/2007
Latest Registration Date: 08/21/2007
Expiration Date: 08/31/2008
License Plate Type: Private

**Vehicle:**
Description: 1988 Dodge CARAVAN - Multi-Purpose
VIN: 2B4FK21K6JR704398
State Of Origin: WISCONSIN
Engine: 4 Cylinder 153 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 10407
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional

*Registrant(s)*
Record Type: HISTORICAL
Name: JEFFREY SCOTT
Potential SSN ℹ : 354-32-xxxx
Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72
Tag Number: 354HGW
Earliest Registration Date: 04/12/2005
Latest Registration Date: 04/12/2005
Expiration Date: 04/30/2006
License Plate Type: Private

**Vehicle:**
Description: 1988 Dodge Caravan - Multi-Purpose
VIN: 2B4FK21K6JR704398
State Of Origin: WISCONSIN
Engine: 4 Cylinder 153 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 10407
Radio: AM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional

*Owner(s)*
Name: JEFFREY SCOTT
Potential SSN ℹ : 354-32-xxxx
Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72

Title Number: 041595G128

*Lien Holder(s)*
None

**Vehicle:**
Description: 1991 Yugo YUGO - Hatchback 2 Door
VIN: VX1BD1621MK448108
State Of Origin: ILLINOIS
Engine: 4 Cylinder 79 Cubic Inch
Anti Lock Brakes: Not available
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Not available
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Radio: None
Front Wheel Drive: Yes
Four Wheel Drive: No
Tilt Wheel: Not available

*Registrant(s)*
Record Type: HISTORICAL
Name: JEFFREY SCOTT

Potential SSN ❶ : 354-32-xxxx
Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72
Tag Number: ZZV609
Earliest Registration Date: 08/01/1998
Latest Registration Date: 08/01/1998
Expiration Date: 05/31/1999
License Plate Type: Private

**Vehicle:**
Description: 1992 Dodge CARAVAN - Sport Van
VIN: 2B4GH45R9NR581482
State Of Origin: ILLINOIS
Engine: 6 Cylinder 201 Cubic Inch
Anti Lock Brakes: ABS optional, wheels unknown
Air Conditioning: Optional
Daytime Running Lights: Not available
Power Steering: Standard
Power Brakes: Standard
Power Windows: Not available
Security System: None
Roof: None / not available
Price: 15679
Radio: AM/FM
Front Wheel Drive: No
Four Wheel Drive: No
Tilt Wheel: Optional

*Owner(s)*
Name: SCOTT JEFFREY

Potential SSN ❶ : 354-32-xxxx
Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY
DOB: 07/28/1935
Sex: Male
Age: 72
Title Number: T1190023035
Title Issue Date: 07/09/2001

*Lien Holder(s)*
None

# Watercraft:
**Vessel:**
Description: 12.00' ROW BOAT (ALUMINUM) PLEASURE

*Owner(s)*
    Name: JEFFREY SCOTT
    Address: 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY

*Vessel Information*
    Vessel Service Type: PLEASURE
    Length: 12.00'

**Vessel:**
    Hull Number: ABCV2399F687
    Description: 1987 16.00' U.S. COAST GUARD CLASSIC DELUXE (ALUMINUM) PLEASURE
*Owner(s)*
    Name: JEFFREY SCOTT
    Address: 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY

*Vessel Information*
    Vessel Service Type: PLEASURE
    Length: 16.00'

## FAA Certifications:
[None Found]

## FAA Aircrafts:
[None Found]

## Possible Criminal Records:
[None Found]

## Sexual Offenses:
[None Found]

## Florida Accidents:
[None Found]

## Professional License(s):
[None Found]

## Voter Registration:
[None Found]

## Hunting/Fishing Permit:
Name: JEFFREY SCOTT
Address: 2805 9TH DR, ADAMS WI 53910-9600
DOB: 07/28/1932
Gender: Female
Permit Type: Fishing
Home State: Wisconsin
Permit State: Wisconsin

Name: JEFFREY SCOTT
Address: 2805 9TH DR, ADAMS WI 53910-9600
DOB: 07/28/1932
Gender: Female
Permit Type: Hunting
Home State: Wisconsin
Permit State: Wisconsin

## Concealed Weapons Permit:
[None Found]

## Possible Associates:
[None Found]

## Possible Relative Summary: *(Click on name to link to more details within this report - No Charge)*

> SCOTT T ZORAN , Age 44
>> ZORAN T SCOTT  - (AKA), Age 44
>> ZORAN T SCOTT  - (AKA), Age 43
>> JEFFREY SCOTT
> **D** CHRISTIE ANN SCOTT , Age 65
>> **D** CHRISTINE A SCOTT  - (AKA), Age 65
> ERICKSON TANIA SCOTT
>> T SCOTT ERICKSON  - (AKA)
>> TANIA M ERICKSON  - (AKA)
>> TANIA SCOTT ERICKSON  - (AKA), Age 36
>> TANIA M GALLANT  - (AKA), Age 36
>> TANIA M SCOTT  - (AKA), Age 36
>> TANIA M SCOTT ERICKSON  - (AKA)
>> TANIA MARGOT SCOTT-ERICKSON  - (AKA), Age 36
>> TANIA M SCOTTERICKSON  - (AKA)
>> TATIANA MARGOT SCOTT ERICKSON  - (AKA), Age 36
>> TATIANA SCOTT ERICKSON  - (AKA)
>> TATIANA M GALLANT  - (AKA)
>> TATIANA M SCOTT  - (AKA), Age 36
>> S J JOHNSON-ERICKSON , Age 48
>>> S JOHNSONERICKSON  - (AKA), Age 48
>>> SARA JOHNSON ERICKSON  - (AKA), Age 48
>>> SARA L ERICKSON  - (AKA), Age 48
>>> SARA L JOHNSON  - (AKA), Age 48
>>> SARA L JOHNSON-ERICKSON  - (AKA), Age 48
>>> SARA JOHNSON L SULLIVAN  - (AKA), Age 48
>>> MARK BONCHILL
>>>> MARK A JOHNSON  - (AKA), Age 45
>>> MARK ERICKSON , Age 52
>>>> MARK A ERICKSON  - (AKA), Age 52
>>>> MARK ALAN ERICKSON  - (AKA), Age 52
>>> JANA L ERICKSON , Age 44
>>>> JANA L ERICKSON  - (AKA), Age 44
>>>> JANA L ERICKSON  - (AKA), Age 44
>>>> JANA L ERICKSON  - (AKA), Age 44
>>>> JANA L FEHLAN  - (AKA)
>>>> JANA L FEHLAN  - (AKA), Age 44
>>>> JANA L FEHLAN  - (AKA), Age 44
>>>> JANA L FEHLAN  - (AKA), Age 44
>>>> JANA LEE FEHLAN  - (AKA), Age 44
>>>> JANA L FEHLON  - (AKA), Age 44
>>> EUGENE G EUGENE , Age 50
>>>> EUGENE GEORGE SULLIVAN  - (AKA), Age 50
>>>> EUGENE E J SULLIVAN  - (AKA), Age 50
>>>> EUGENE G J SULLIVAN  - (AKA), Age 50
>>>> EUGENE GEORGE SULLIVAN  - (AKA), Age 50
>>>> G SULLIVAN EUGENE  - (AKA), Age 50
>>>> GENE EUGENE SULLIVAN  - (AKA), Age 50
>>>> GENE EUGENE SULLIVAN  - (AKA), Age 50
>>>> GEORGE SULLIVAN EUGENE  - (AKA), Age 50
>>> BRIDGET JOHNSON
>>>> BRIDGET L JOHNSON  - (AKA), Age 41
>>>> BRIDGET LEE JOHNSON  - (AKA), Age 41
>>>> BRIDGET MALISOW  - (AKA)
>>>> BRIDGET MALISOW  - (AKA)
>>>> BRIDGET L MALISOW  - (AKA)
>>>> BRIDGET LEE MALISOW  - (AKA), Age 41
>>>> BRIDGET LFF MALISOW  - (AKA)
>>>> BRIDGET LFF MALISOW  - (AKA), Age 41
>>>> BRIDGIT MALISOW  - (AKA)
>>> MARK ANDREW JOHNSON , Age 45
>>>> MARK ANDREW JOHNSON  - (AKA), Age 45
>>> MICHAEL A ANDERSON , Age 45
>>>> MICHAEL A JOHNSON  - (AKA), Age 45
>>>> MICHAEL A JOHNSON  - (AKA), Age 45
>>>> MICHAEL AUSTINSON JOHNSON  - (AKA), Age 45
>>>> MITCHELL JOHNSON  - (AKA), Age 45
>>> NORDIS AUSTINSON JOHNSON , Age 72
>>>> NORDIS J JOHNSON  - (AKA), Age 72
>>>> NORDIS J JOHNSON  - (AKA), Age 72
>>> SANDRA P JOHNSON , Age 52
>>>> SANDRA P JOHNSON  - (AKA), Age 52
>>>> SANDRA PHILLIPS JOHNSON  - (AKA), Age 52
>>>> SANDRA PHILLPS JOHNSON  - (AKA), Age 52

>>>> SANDRA PAILLIPS  - (AKA), Age 52
>>>> SANDRA PHILLIPS  - (AKA), Age 52
>>>> SARA JOHNSON  - (AKA), Age 52
>>> WALDO S JOHNSON , Age 47
>>>> WALDO S JOHNSON  - (AKA), Age 46
>>>> WALDO S JOHNSON  - (AKA), Age 47
>>>> WALDO S JOHNSON  - (AKA), Age 47
>>>> WALDO STEVENS JOHNSON  - (AKA), Age 47
>>>> WALDO STEVENS JOHNSON  - (AKA), Age 46
>>>> WALDO SUNDET  - (AKA), Age 47
>>> WALDO S JOHNSON , Age 78
>>>> WALDO S JOHNSON  - (AKA), Age 79
>>>> WALDO STEVENS JOHNSON  - (AKA), Age 78
>>> BENJAMIN HAROLD SULLIVAN , Age 25
>> JACKIE ERICKSON , Age 62
>>> JACKQUELINE JILL ERICKSON  - (AKA), Age 62
>>> JACQUELINE JILL ERICKSON  - (AKA), Age 62
>>> JACQUELINE JILL GARNANT ERICKSON  - (AKA), Age 62
>>> JAQUELINE J ERICKSON  - (AKA), Age 62
>> MICHAEL L ERICKSON
>> JOHN WAYNE ERICKON , Age 62
>>> JOHN WAYNE ERICKSON  - (AKA), Age 62
>>> JOHN W ERICSON  - (AKA), Age 62
>>> JACQUELINE J ERICSON
>> MARIA ERICKSON , Age 35
>>> NATALIA MARY ERICKSON  - (AKA), Age 35
>>> NATALIA MARY LEVKOVICH  - (AKA), Age 35
>>> NATALIE M ERICKSON  - (AKA), Age 35
>>> NATALIE M LEVKOVICH  - (AKA), Age 35
>>> NATALYA MARIA ERICKSON  - (AKA), Age 35
>>> NATALYA M LEVKOVICH  - (AKA), Age 35
>>> LUBA LEVKOVICH , Age 59
>>>> LUBA LEVKOVICH  - (AKA), Age 59
>>> DAVID LOY ROMAN , Age 30
>>>> LOY ROMAN DAVID  - (AKA), Age 30
>>>> LOY ROMAN  - (AKA), Age 30
>>>> ROMA D LOY  - (AKA), Age 30
>>>> ROMAN DAVID LEUKOVICH  - (AKA), Age 30
>>>> ROMAN DAVID LEVKOVICH  - (AKA), Age 30
>>>> ROMAN DAVID LOY  - (AKA), Age 30
>> DARLENE MARIE ERICKSON , Age 62
>> ERICKSON MICHAEL SCOTT
>>> ERICKSON TANIA SCOTT  - (AKA)
>>> MICHAEL L ERICKS  - (AKA)
>>> MICHAEL LEE SCOTT ERICKSON  - (AKA), Age 38
>>> MICHAEL L SCOTT  - (AKA), Age 38
>>> MICHAEL L SCOTT-ERICKS  - (AKA)
>>> MICHAEL LEE SCOTT-ERICKSON  - (AKA), Age 38
>>> MICHAEL L SCOTTERICKS  - (AKA), Age 38
>>> MICHAEL L SCOTTERICKSON  - (AKA), Age 38
>>> PATRICIA LYNN ERICKSON , Age 61
>> GALEN LEE ERICKSON , Age 60
>>> LEE ERICKSON  - (AKA)
>> MICHAEL JOE GALLANT , Age 41
>>> MICHAEL S GALLANT  - (AKA), Age 41
>>> MICHEAL GALLANT  - (AKA), Age 41
>>> MIKE GALLANT  - (AKA), Age 41
>>> RACHEL GALLANT , Age 78
>>> WILLIAM M GALLANT , Age 80
>>> LINDA GALLANT , Age 47
>>>> LINDA WACHTENHEI  - (AKA), Age 47
>>>> LINDA J WACHTENHEIM  - (AKA), Age 47
>> SCOTT ERICKSON

## Possible Relatives:
SCOTT T ZORAN  DOB: 04/03/1964 Age: 44
   325-68-xxxx issued in Illinois  between 01/01/1979 and  12/31/1981
   **Names Associated with Relative:**
   ZORAN T SCOTT  DOB: 04/03/1964 Age: 44
     325-68-xxxx issued in Illinois between 01/01/1979 and  12/31/1981
   ZORAN T SCOTT  DOB: 09/1964 Age: 43
     325-68-xxxx issued in Illinois between 01/01/1979 and  12/31/1981
   **Previous And Non-Verified Address(es):**
   27W410 MANCHESTER RD, WINFIELD IL 60190-1434, DUPAGE COUNTY (May 1994 - Apr 2008)
     **Current Residents at Address:**

SCOTT T ZORAN
ILLINOIS CASH REGISTER  708-562-4000

**S** 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Apr 1987 - Jul 2007)
    **Current Residents at Address:**
      JEFFREY O SCOTT
    **Current phones listed at this address:**
      ILLINOIS CASH REGISTER  800-260-7000
      ILLINOIS CASH REGISTER  847-562-4000

21W347 NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY (Apr 2000 - May 2007)
27 MANCHESTER RD APT, WINFIELD IL 60190, DUPAGE COUNTY (Apr 2004 - Sep 2004)
    **Current Residents at Address:**
      KIM MARVIN PLENCNER
      VICKI L SIEDLECKI
      KEITH J VENARD
      ROSE A JOHNSON
      MAX M KNIERIM
      HINEBAUGH E DAZZLE
      RICHELIEU TROCIO
      SAJIDA K YOUNUS
      708-562-4000

190 EASY ST STE E, CAROL STREAM IL 60188-3500, DUPAGE COUNTY (Aug 2002 - May 2004)
405 W STONE AVE, ADDISON IL 60101-2591, DUPAGE COUNTY (Aug 2003 - Dec 2003)
    **Current Residents at Address:**
      DIMITRIOS J CHRISTOPOULOS
      RICARDO B RIVERA
      VICTOR VROBEL
      ANASTASIA CHRISTOPOULOS
    **Current phones listed at this address:**
      VROBEL VICTOR  630-543-9067
      708-562-4000

21 W 348TH N AVE APT 348, LOMBARD IL 60148, DUPAGE COUNTY (Mar 1998)

**S** 21 W NORTH AVE APT 348. LOMBARD IL 60148-1202, DUPAGE COUNTY (Jan 1992 - Mar 1995)
21 W 348 NORTH AVE, LAFOX IL 60147, KANE COUNTY (Apr 1987)

**S** 322 E NORTH AVE, NORTHLAKE IL 60164-2627, COOK COUNTY (Jun 1985 - Apr 1986)
    620-8030

**Possible Relative:**
JEFFREY SCOTT     Age:
    **Previous And Non-Verified Address(es):**
    27W410 MANCHESTER RD, WINFIELD IL 60190-1434, DUPAGE COUNTY (Jun 2004 - Jan 2006)
      **Current Residents at Address:**
        SCOTT T ZORAN
      ILLINOIS CASH REGISTER  708-562-4000

**D** CHRISTIE ANN SCOTT  DOB: 07/22/1942 DOD:02/26/2006  (ADAMS, WI)  Age at Death: 63 (Born 65 years ago) - Verified
373-42-xxxx issued in Michigan  between  01/01/1958  and  12/31/1960
**Names Associated with Relative:**
    **D** CHRISTINE A SCOTT  DOB: 07/22/1942 DOD:02/26/2006  (ADAMS, WI)  Age at Death: 63 (Born 65 years ago) - Verified
    373-42-xxxx issued in Michigan  between  01/01/1958  and  12/31/1960
**Active Address(es):**
  **S✔** 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jan 2003 - Apr 2008)
    **Current Residents at Address:**
      JEFFREY O SCOTT
    SCOTT JEFFREY  608-584-5250

**Previous And Non-Verified Address(es):**
  **S** 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - Jan 2007)
    **Current Residents at Address:**
      JEFFREY O SCOTT
    **Current phones listed at this address:**
      ILLINOIS CASH REGISTER  800-260-7000
      ILLINOIS CASH REGISTER  847-562-4000

PO BOX 1596, LOMBARD IL 60148-8596, DUPAGE COUNTY (Aug 2003 - Dec 2003)

**S** 21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994)

**S** 21 W NORTH AVE # 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Apr 1993)
    668-6247

314 W DIVISION ST APT, VILLA PARK IL 60181-2012, DUPAGE COUNTY (Apr 1991)
    **Current Residents at Address:**
        DONNOVAN S OLMOS

ERICKSON TANIA SCOTT  Age:
    356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    **Names Associated with Relative:**
    T SCOTT ERICKSON  Age:
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA M ERICKSON  Age:
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA SCOTT ERICKSON  DOB: 02/1972 Age: 36
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA M GALLANT  DOB: 02/09/1972 Age: 36
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA M SCOTT  DOB: 02/09/1972 Age: 36
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA M SCOTT ERICKSON  Age:
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA MARGOT SCOTT-ERICKSON  DOB: 02/1972 Age: 36
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TANIA M SCOTTERICKSON  Age:
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TATIANA MARGOT SCOTT ERICKSON  DOB: 02/09/1972 Age: 36
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TATIANA SCOTT ERICKSON  Age:
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TATIANA M GALLANT  Age:
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
    TATIANA M SCOTT  DOB: 02/1972 Age: 36
        356-80-xxxx issued in Illinois  between 01/01/1988 and 12/31/1989
**Active Address(es):**
✔ 668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - Apr 2008)
    **Current Residents at Address:**
        ERICKSON TANIA SCOTT
        MICHAEL JOE GALLANT
        CHRISTIE A SCOTT

✔ 9503 MARSHALL RD, EDEN PRAIRIE MN 55347-4195, HENNEPIN COUNTY (Nov 2000)
    **Current Residents at Address:**
        MARIA ERICKSON
        ERICKSON MICHAEL SCOTT

✔ 1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Mar 1994 - Aug 1994)
    **Current Residents at Address:**
        JACKIE ERICKSON
        JOHN WAYNE ERICKON
        DARLENE MARIE ERICKSON
        GALEN LEE ERICKSON
    ERICKSON GALEN   651-644-1599

**Previous And Non-Verified Address(es):**
1100 S 8TH ST APT 3, MINNEAPOLIS MN 55404-1332, HENNEPIN COUNTY (Dec 1987 - Jan 2007)
    **Current Residents at Address:**
        MELISSA LYNN KOZEL
688 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 -  2004)
    **Current Residents at Address:**
        JOHN J COLLINS
    **Current phones listed at this address:**
        COLLINS JOHN J   630-837-4194
        630-736-6297

**S** 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Feb 1998 - Jun 2001)
    **Current Residents at Address:**
        JEFFREY O SCOTT
    **Current phones listed at this address:**
        ILLINOIS CASH REGISTER   800-260-7000
        ILLINOIS CASH REGISTER   847-562-4000
        630-620-8030

21 W 348TH NORTH AVE, LOMBARD IL 60148, DUPAGE COUNTY (Dec 1999)
13039 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Nov 1998)

**Current Residents at Address:**
    SRIMALKA MARIAN FERNANDO
2455 LONDIN LN E APT 322, SAINT PAUL MN 55119-6704, RAMSEY COUNTY (Jul 1990 - Feb 1996)
**Current Residents at Address:**
    DANIEL WILLIAM HOM
**S**21 W NORTH AVE APT 348, LOMBARD IL 60148-1202, DUPAGE COUNTY (Jul 1990 - Jul 1994)

**Possible Relative:**
S J JOHNSON-ERICKSON   DOB: 07/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
**Names Associated with Relative:**
S JOHNSONERICKSON   DOB: 07/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA JOHNSON ERICKSON   DOB: 07/09/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA L ERICKSON   DOB: 07/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA L JOHNSON   DOB: 07/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA L JOHNSON-ERICKSON   DOB: 07/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
SARA JOHNSON L SULLIVAN   DOB: 07/09/1959 Age: 48
    471-88-xxxx issued in Minnesota between 01/01/1977 and 12/31/1978
**Active Address(es):**
✔16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (May 2003 - Apr 2008)
    **Current Residents at Address:**
        S J JOHNSON-ERICKSON
        EUGENE G EUGENE
        NORDIS AUSTINSON JOHNSON
        WALDO S JOHNSON
    SULLIVAN GENE  952-933-5639

✔12300 MARION LN W APT 2208, HOPKINS MN 55305-1318, HENNEPIN COUNTY (Aug 1987 - Feb 2003)
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Aug 1991 - Aug 1995)
    **Current Residents at Address:**
        JACKIE ERICKSON
        JOHN WAYNE ERICKON
        DARLENE MARIE ERICKSON
        GALEN LEE ERICKSON
    ERICKSON GALEN  651-644-1599

✔2915 DEAN PKWY APT, MINNEAPOLIS MN 55416-4495, HENNEPIN COUNTY (Dec 1994)
**Previous And Non-Verified Address(es):**
14207 VALLEY VIEW RD APT 103, EDEN PRAIRIE MN 55344-1924, HENNEPIN COUNTY (Aug 1987 - Jan 2007)
5526 MALIBU DR, MINNEAPOLIS MN 55436-1036, HENNEPIN COUNTY (Jan 2000 - Sep 2005)
    **Current Residents at Address:**
        EUGENE G EUGENE
        LEONARD MARK HOVDE
        LYNN ESTHER HOVDE
    **Current phones listed at this address:**
        HOVDE LEONARD & LYNN  952-939-0089
        952-933-5639

4400 LONGFELLOW AVE, MINNEAPOLIS MN 55407-3635, HENNEPIN COUNTY (May 1999)
    **Current Residents at Address:**
        DAVID JOHN BAILLARGEON
        D WOOLRIDGE
    **Current phones listed at this address:**
        BAILLARGEON DAVID  612-729-8507
        952-933-5639

15300 37TH AVE N APT B320, MINNEAPOLIS MN 55446-4243, HENNEPIN COUNTY (Aug 1988 - Jan 1999)
12300 MARION LN W APT 2122, HOPKINS MN 55305-1375, HENNEPIN COUNTY (Jun 1995)
4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Aug 1990 - Jun 1995)
    **Current Residents at Address:**
        CHRISTY LOU GOTZMAN
        RONALD DAVID GOTZMAN
    GOTZMAN RON  651-486-8342

**Possible Relative:**
MARK BONCHILL     Age:
    **Names Associated with Relative:**

MARK A JOHNSON  DOB: 04/05/1963 Age: 45
472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Active Address(es):**
✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Jul 1993)
**Previous And Non-Verified Address(es):**
208 WASHINGTON ST APT A, SOMERVILLE MA 02143-3114, MIDDLESEX COUNTY (Jan 2001 - Mar 2001)
   **Current Residents at Address:**
     SCOTT M KIAH
909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Feb 2001)
   **Current Residents at Address:**
     MARK ANDREW JOHNSON
     NORDIS AUSTINSON JOHNSON
     WALDO S JOHNSON
     A NORDIS
     MARK A JOH
3047 HENNEPIN AVE APT, MINNEAPOLIS MN 55408-2654, HENNEPIN COUNTY (Nov 1988 - Jan 1999)
18 BEECH ST APT 1ST, SOMERVILLE MA 02143-2610, MIDDLESEX COUNTY (Oct 1996)
   **Current Residents at Address:**
     DINA GE
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Nov 1988 - Jul 1996)
   **Current Residents at Address:**
     JEAN A MCPHERSON
     LEE B MCPHERSON
     JEAN MC
   MC PHERSON LEE & JEAN  715-399-2563

45 FRANCIS AVE, CAMBRIDGE MA 02138-1911, MIDDLESEX COUNTY (Nov 1988 - Mar 1996)
3316 CUMMING AVE, SUPERIOR WI 54880-5528, DOUGLAS COUNTY (Oct 1995)
   **Current Residents at Address:**
     ROBERT M POLLOCK
     ROBERT WAYNE POLLOCK
     CATHY E MACCOUX
   POLLOCK ROBT M  715-395-0420

4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Jun 1989)
   **Current Residents at Address:**
     CHRISTY LOU GOTZMAN
     RONALD DAVID GOTZMAN
   GOTZMAN RON  651-486-8342

12805 90TH PL N, OSSEO MN 55369-6550, HENNEPIN COUNTY
   **Current Residents at Address:**
     SCOTT ALAN SUSSMAN
     JANET LEE SUSSMAN
     EVIANO GODWIN USEH
     MAWUNGE ALERO USEH
     BO MA USEH
   **Current phones listed at this address:**
     USEH EVIANO & BO  763-494-4930
      629-2897

MARK ERICKSON  DOB: 04/06/1956 Age: 52
480-76-xxxx issued in Iowa between 01/01/1971 and 12/31/1972
**Names Associated with Relative:**
MARK A ERICKSON  DOB: 04/06/1956 Age: 52
306-72-xxxx issued in Indiana between 01/01/1973 and 12/31/1974
MARK ALAN ERICKSON  DOB: 04/06/1956 Age: 52
480-76-xxxx issued in Iowa between 01/01/1971 and 12/31/1972
**Active Address(es):**
✔1111 CAROLINE ST APT 2901, HOUSTON TX 77010-3046, HARRIS COUNTY ( 2006 - Sep 2007)
**Previous And Non-Verified Address(es):**
4 EMBARCADERO CTR STE 900, SAN FRANCISCO CA 94111-4110, SAN FRANCISCO COUNTY (Dec 2007 - Apr 2008)
974 LARKSPUR RD, OAKLAND CA 94610-2405. ALAMEDA COUNTY (Sep 1982 - Apr 2008)
   **Current Residents at Address:**
     MARK ERICKSON
     DENISE M ERICKSON
197 LARKSPUR RD, OAKLAND CA 94610, ALAMEDA COUNTY (Apr 1998)
316 HALF MOON BAY DR APT 4TH, CROTON ON HUDSON NY 10520-3102, WESTCHESTER COUNTY (Apr 1990 -
Oct 1994)

944 17TH ST APT 6, SANTA MONICA CA 90403-3231, LOS ANGELES COUNTY (Sep 1982 - Jan 1994)
   **Current Residents at Address:**
     ANNIE K MELIKIAN
952 SUTTER ST APT 201, SAN FRANCISCO CA 94109-6001, SAN FRANCISCO COUNTY (Sep 1982 - Aug 1993)
9520 SUTTER ST APT 201, SAN FRANCISCO CA 94109, SAN FRANCISCO COUNTY (Jul 1993)

123 S FIGUEROA ST APT 701, LOS ANGELES CA 90012-5487, LOS ANGELES COUNTY (Mar 1986 - Dec 1992)
1737 MORGAN LN, REDONDO BEACH CA 90278-4724, LOS ANGELES COUNTY (Sep 1991 - Dec 1991)
    **Current Residents at Address:**
        JOHN J DALY
        LINDA S TONNE
        JOSE F DIAZ
        253-2759


**JANA L ERICKSON**  DOB: 02/1964 Age: 44
    483-46-xxxx issued in Iowa between 01/01/1956 and 12/31/1956
    **Names Associated with Relative:**
    JANA L ERICKSON  DOB: 10/1963 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L ERICKSON  DOB: 02/1964 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L ERICKSON  DOB: 04/1964 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLAN  Age:
        302-72-xxxx issued in Ohio between 01/01/1978 and 12/31/1980
    JANA L FEHLAN  DOB: 10/03/1963 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLAN  DOB: 02/21/1964 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLAN  DOB: 04/1964 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA LEE FEHLAN  DOB: 02/21/1964 Age: 44
        302-72-xxxx issued in Ohio between 01/01/1978 and 12/31/1980
    JANA LEE FEHLAN  DOB: 02/21/1964 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    JANA L FEHLON  DOB: 1964 Age: 44
        483-96-xxxx issued in Iowa between 01/01/1979 and 12/31/1980
    **Active Address(es):**
    ✔19800 STATE ROUTE 511, WELLINGTON OH 44090-9733, LORAIN COUNTY (Aug 1991 - May 2004)
        **Current Residents at Address:**
        RAYMOND ALLEN FEHLAN
        BARBARA LEE FEHLAN
        FEHLAN RAYMOND A  440-647-2304


    ✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Sep 1990 - Dec 1992)
        **Current Residents at Address:**
        JACKIE ERICKSON
        JOHN WAYNE ERICKON
        DARLENE MARIE ERICKSON
        GALEN LEE ERICKSON
        ERICKSON GALEN  651-644-1599

    **Previous And Non-Verified Address(es):**
    20270 STATE ROUTE 511, WELLINGTON OH 44090-9244, LORAIN COUNTY (Nov 1996 - Apr 2008)
        **Current Residents at Address:**
        JANA L ERICKSON
        BRIAN LEE FEHLAN
    2250 VICTORIA ST N APT 202, SAINT PAUL MN 55113-4454, RAMSEY COUNTY (Aug 1987 - Sep 2001)


    202270 RT 511, WELLINGTON OH 44090, LORAIN COUNTY (Oct 1997)
    PO BOX 351, LAGRANGE OH 44050-0351, LORAIN COUNTY (Dec 1995)
    816 W MARTIN AVE, AMHERST OH 44001-1364, LORAIN COUNTY (Feb 1992 - Jan 1995)
        **Current Residents at Address:**
        AMY LYNN WISWELL
        DARIN E WISWELL
        440-985-1861


    2905 DEAN PKWY APT, MINNEAPOLIS MN 55416-4444, HENNEPIN COUNTY (Nov 1989 - Jan 1990)
        **Current Residents at Address:**
        ANTHONY GEORGE HEINZ
        STANLEY RICHARD KAGIN
        BRIAN FRANCIS MCCHESNEY
        BOBBIE JO TOMSON
    609 15TH AVE SE, MINNEAPOLIS MN 55414-1519, HENNEPIN COUNTY (May 1987 - Jan 1988)
    RR 511, WELLINGTON OH 44090, LORAIN COUNTY


**EUGENE G EUGENE**  DOB: 02/08/1958 Age: 50

474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
**Names Associated with Relative:**
EUGENE GEORGE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
EUGENE E J SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
EUGENE G J SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
EUGENE GEORGE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
G SULLIVAN EUGENE  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
GENE EUGENE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
GENE EUGENE SULLIVAN  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
GEORGE SULLIVAN EUGENE  DOB: 02/08/1958 Age: 50
   474-72-xxxx issued in Minnesota between 01/01/1972 and 12/31/1973
**Active Address(es):**
✔16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Dec 1997 - Apr 2008)
   **Current Residents at Address:**
     S J JOHNSON-ERICKSON
     EUGENE G EUGENE
     NORDIS AUSTINSON JOHNSON
     WALDO S JOHNSON
   SULLIVAN GENE  952-933-5639

**Previous And Non-Verified Address(es):**
5707 EXCELSIOR BLVD, MINNEAPOLIS MN 55416-2827, HENNEPIN COUNTY (Jul 2002 - Apr 2008)
   **Current Residents at Address:**
     EUGENE G EUGENE
     KELLY A KABAT
     JAMES SHELDON LOFFLER
     HANS CLIFFORD KABAT
   **Current phones listed at this address:**
     NEW CONCEPTS HOME CARE INC  952-253-0027
     NEW CONCEPTS MANAGEMENT GROUP  952-922-2500

5526 MALIBU DR, MINNEAPOLIS MN 55436-1036, HENNEPIN COUNTY (Jun 1991 - Apr 2008)
   **Current Residents at Address:**
     EUGENE G EUGENE
     LEONARD MARK HOVDE
     LYNN ESTHER HOVDE
   HOVDE LEONARD & LYNN  952-939-0089

14207 VALLEY VIEW RD APT 103, EDEN PRAIRIE MN 55344-1924, HENNEPIN COUNTY (Oct 1986 - Jan 2007)
2630 PLEASANT AVE APT 203, MINNEAPOLIS MN 55408-1448, HENNEPIN COUNTY (Jun 1991 -  2007)
   **Current Residents at Address:**
     BEN SULLIVAN
   952-933-5639

4915 W 35TH ST STE 102, MINNEAPOLIS MN 55416-2657, HENNEPIN COUNTY (Mar 1999 - Jan 2005)
14207 VALLEY VIEW RD APT 10, EDEN PRAIRIE MN 55344-1960, HENNEPIN COUNTY (May 1998 - Dec 2001)

5716 PLEASANT AVE, MINNEAPOLIS MN 55419-1813, HENNEPIN COUNTY (May 1994 - Apr 2000)
   **Current Residents at Address:**
     RACHELLE JANETTE MOEN
7550 FRANCE AVE S APT, MINNEAPOLIS MN 55435-5624, HENNEPIN COUNTY (Jan 2000)
201 65TH AVE N APT 9, MINNEAPOLIS MN 55430-1642, HENNEPIN COUNTY (Aug 1993 - Jan 2000)
   **Current Residents at Address:**
     ZABRACCA RACHEL HUNT
     AMELIA TEETA BRYANT
     A B KING
     JASON WILLIAMS
     PEGGY BRYAN

BRIDGET JOHNSON  Age:
   471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
   **Names Associated with Relative:**
   BRIDGET L JOHNSON  DOB: 11/1966 Age: 41
     085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
   BRIDGET LEE JOHNSON  DOB: 11/16/1966 Age: 41

471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGET MALISOW  Age:
085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
BRIDGET MALISOW  Age:
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGET L MALISOW  Age:
085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
BRIDGET LEE MALISOW  DOB: 11/16/1966 Age: 41
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGET LFF MALISOW  Age:
085-03-xxxx issued in New York between 01/01/1936 and 12/31/1951
BRIDGET LFF MALISOW  DOB: 11/1966 Age: 41
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
BRIDGIT MALISOW  Age:
471-02-xxxx issued in Minnesota between 01/01/1983 and 12/31/1984
**Active Address(es):**
✔15479 62ND AVE N, OSSEO MN 55311-3278, HENNEPIN COUNTY (Dec 1998 - Apr 2008)
**Current Residents at Address:**
BRIDGET JOHNSON
JACK THEODORE MALISOW
MALISOW BRIDGIT  763-519-0353


✔700 DOUGLAS AVE APT 805, MINNEAPOLIS MN 55403-6102, HENNEPIN COUNTY (Nov 1991)
✔1020 E 17TH ST APT, MINNEAPOLIS MN 55404-1732, HENNEPIN COUNTY (Aug 1989)
**Previous And Non-Verified Address(es):**
12300 MARION LN W APT 2313, HOPKINS MN 55305-1371, HENNEPIN COUNTY (Jun 1991 - Feb 2003)
12300 MARION LN W APT 2325, HOPKINS MN 55305-1371, HENNEPIN COUNTY (Jul 1994 - Jun 1999)
66 GROVELAND TER, MINNEAPOLIS MN 55403-1103, HENNEPIN COUNTY (Nov 1988 - Oct 1998)
**Current Residents at Address:**
GREGG V HERRICK
**Current phones listed at this address:**
OLD FAITHFUL LAND & CATTLE CO  612-377-0488
HERRICK GREG  612-377-7775


1617 10TH AVE S APT, MINNEAPOLIS MN 55404-1729, HENNEPIN COUNTY (Dec 1989 - Mar 1994)
709 DOUGLAS AVE APT 2, MINNEAPOLIS MN 55403-3108, HENNEPIN COUNTY (Nov 1988 - Mar 1994)
**Current Residents at Address:**
CRAIG ALAN BURGIN
ELIZABETH AMAL GHANDOUR
123000 MARION LN, MINNETONKA MN 55343, HENNEPIN COUNTY (Feb 1991 - Dec 1992)
3900 BETHEL DR APT, SAINT PAUL MN 55112-6902, RAMSEY COUNTY (Jan 1988)

MARK ANDREW JOHNSON  DOB: 04/05/1963 Age: 45
472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Names Associated with Relative:**
MARK ANDREW JOHNSON  DOB: 04/11/1963 Age: 45
472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Active Address(es):**
✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Aug 1991 - Oct 2000)
617-629-2897

**Previous And Non-Verified Address(es):**
909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Aug 2001 - Apr 2008)
**Current Residents at Address:**
MARK ANDREW JOHNSON
NORDIS AUSTINSON JOHNSON
WALDO S JOHNSON
A NORDIS
MARK A JOH
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Sep 2007 - Oct 2007)
**Current Residents at Address:**
S J JOHNSON-ERICKSON
EUGENE G EUGENE
NORDIS AUSTINSON JOHNSON
WALDO S JOHNSON
SULLIVAN GENE  952-933-5639


208 WASHINGTON ST APT, SOMERVILLE MA 02143-3114, MIDDLESEX COUNTY (Sep 2000 - Oct 2001)
208A WASHINGTON ST APT 9, SOMERVILLE MA 02143-3128, MIDDLESEX COUNTY (Jan 1998 - Mar 2000)
**Current Residents at Address:**
SETH DAVIS BATTIS
WILLIAM E BOYLE
NIRAJ PRASAD SHRESTHA
CHRISTOPHER DAROSA

18 BEECH ST FL 1, SOMERVILLE MA 02143-2610, MIDDLESEX COUNTY (Oct 1996 - Aug 1997)
    **Current Residents at Address:**
        MOHAMED R HANEEF
        ZHENQING QUE
1 ST, SOMERVILLE MA 02143, MIDDLESEX COUNTY (Dec 1996 - Jan 1997)
4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Aug 1989 - Dec 1990)
    **Current Residents at Address:**
        CHRISTY LOU GOTZMAN
        RONALD DAVID GOTZMAN
        GOTZMAN RON    651-486-8342

2871 HUMBOLDT AVE S APT, MINNEAPOLIS MN 55408-1964, HENNEPIN COUNTY (Mar 1987 - Jan 1990)
3047 HENNEPIN AVE APT, MINNEAPOLIS MN 55408-2654, HENNEPIN COUNTY (Mar 1989)

MICHAEL A ANDERSON DOB: 04/05/1963 Age: 45
    472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
    **Names Associated with Relative:**
MICHAEL A JOHNSON  DOB: 04/05/1963 Age: 45
    472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
MICHAEL A JOHNSON  DOB: 04/1963 Age: 45
    472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
MICHAEL AUSTINSON JOHNSON  DOB: 04/05/1963 Age: 45
    472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
MITCHELL JOHNSON  DOB: 04/05/1963 Age: 45
    472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Active Address(es):**

✔311 MAIN AVE APT 103, MOORHEAD MN 56560-2665, CLAY COUNTY (Aug 2007 - Apr 2008)
    **Current Residents at Address:**
        MICHAEL A ANDERSON

✔5328 S KIMBARK AVE APT 3S, CHICAGO IL 60615-5233, COOK COUNTY (Jun 1997 - Apr 2008)
    **Current Residents at Address:**
        WILLIAM DALTON WOOD
        JOHNSON MICHAEL A    773-363-1139

✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Jun 1991 - Dec 1995)
**Previous And Non-Verified Address(es):**
5328 W MONROE ST APT 1W, CHICAGO IL 60644-4048, COOK COUNTY (Oct 1998 - Jul 2002)
909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Feb 2001)
    **Current Residents at Address:**
        MARK ANDREW JOHNSON
        NORDIS AUSTINSON JOHNSON
        WALDO S JOHNSON
        A NORDIS
        MARK A JOH
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Sep 1996 - Oct 2000)
    **Current Residents at Address:**
        JEAN A MCPHERSON
        LEE B MCPHERSON
        JEAN MC
    **Current phones listed at this address:**
        MC PHERSON LEE & JEAN  715-399-2563
        773-363-1139

5118 S DORCHESTER AVE APT 402, CHICAGO IL 60615-4171, COOK COUNTY (Jan 1987 - Sep 1998)
        773-363-1139

6022 S DREXEL AVE APT 408, CHICAGO IL 60637-2685, COOK COUNTY (Jan 1987 - Jun 1997)
414 E 59TH ST, CHICAGO IL 60621, COOK COUNTY (Dec 1993)
1414 E 59TH ST APT, CHICAGO IL 60637-2916, COOK COUNTY (Sep 1993 - Nov 1993)

NORDIS AUSTINSON JOHNSON DOB: 12/05/1935 Age: 72
    393-30-xxxx issued in Wisconsin between 01/01/1951 and 12/31/1952
    **Names Associated with Relative:**
NORDIS J JOHNSON  DOB: 12/05/1935 Age: 72
    393-30-xxxx issued in Wisconsin between 01/01/1951 and 12/31/1952
NORDIS J JOHNSON  DOB: 12/05/1935 Age: 72
    476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
**Active Address(es):**
✔5118 S DORCHESTER AVE APT, CHICAGO IL 60615-4159, COOK COUNTY (Sep 1995)
✔110 W GRANT ST APT 3B, MINNEAPOLIS MN 55403-2310, HENNEPIN COUNTY (Jun 1992 - Dec 1992)
**Previous And Non-Verified Address(es):**
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Jan 2008 - Apr 2008)
    **Current Residents at Address:**

      S J JOHNSON-ERICKSON
      EUGENE G EUGENE
      NORDIS AUSTINSON JOHNSON
      WALDO S JOHNSON
    SULLIVAN GENE   952-933-5639

909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Feb 2001 - Mar 2008)
    **Current Residents at Address:**
      MARK ANDREW JOHNSON
      NORDIS AUSTINSON JOHNSON
      WALDO S JOHNSON
      A NORDIS
      MARK A JOH
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Apr 1997 - Feb 2001)
    **Current Residents at Address:**
      JEAN A MCPHERSON
      LEE B MCPHERSON
      JEAN MC
    MC PHERSON LEE & JEAN   715-399-2563

6022 S DREXEL AVE APT 302, CHICAGO IL 60637-2683, COOK COUNTY (Feb 1994 - Sep 1994)
1414 E 59TH ST # 607, CHICAGO IL 60637-2916, COOK COUNTY (Dec 1993)
3316 CUMMING AVE, SUPERIOR WI 54880-5528, DOUGLAS COUNTY (Jun 1992 - Dec 1992)
    **Current Residents at Address:**
      ROBERT M POLLOCK
      ROBERT WAYNE POLLOCK
      CATHY E MACCOUX
    **Current phones listed at this address:**
      POLLOCK ROBT M   715-395-0420
        715-394-6948

2809 OAKES AVE APT 10, SUPERIOR WI 54880-7710, DOUGLAS COUNTY (Apr 1991 - Dec 1991)
    **Current Residents at Address:**
      BARBARA J WARD
4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Jan 1989 - Dec 1991)
    **Current Residents at Address:**
      CHRISTY LOU GOTZMAN
      RONALD DAVID GOTZMAN
    GOTZMAN RON   651-486-8342


SANDRA P JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
    **Names Associated with Relative:**
SANDRA P JOHNSON  DOB: 05/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
SANDRA PHILLIPS JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
SANDRA PHILLPS JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
SANDRA PAILLIPS  DOB: 05/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
SANDRA PHILLIPS  DOB: 05/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
SARA JOHNSON  DOB: 05/11/1956 Age: 52
    431-08-xxxx issued in Arkansas  between 01/01/1970 and 12/31/1970
**Active Address(es):**
✔7712 HANOVER PKWY APT 3, GREENBELT MD 20770-2631, PRINCE GEORGE'S COUNTY (Jan 1983 - Jul 1993)

✔7712 HANOVER PKWY APT T, GREENBELT MD 20770-2631, PRINCE GEORGE'S COUNTY (Jan 1983 - Dec 1992)
    827-1001


✔2950 DEAN PKWY APT 1902, MINNEAPOLIS MN 55416-4428, HENNEPIN COUNTY (Aug 1989 - Mar 1992)


✔15613 DORSET RD APT T2, LAUREL MD 20707-5342, PRINCE GEORGE'S COUNTY (Jan 1983)
    **Current Residents at Address:**
      JODY A NORDEEN
      ANTHONY JOSEPH YANNONE
✔3202 BAKER ST, BALTIMORE MD 21216-3803, BALTIMORE CITY COUNTY (Jan 1983)
    **Current Residents at Address:**
      DAWN ASHLEY DOUGLAS
      MICHELLE DOLORES DOUGLAS
      ANNA GERALDINE JOHNSON

JOHNSON ANNA G   410-566-7608

**Previous And Non-Verified Address(es):**
2498 RAM CROSSING WAY, HENDERSON NV 89074-8308, CLARK COUNTY (Dec 1992 - Apr 2008)
   **Current Residents at Address:**
     CHARLES WILLIAM JOHNSON
     SANDRA P JOHNSON
2905 DEAN PKWY APT 105, MINNEAPOLIS MN 55416-4424, HENNEPIN COUNTY (Nov 1991)
   **Current Residents at Address:**
     MARK THEODORE DEMETRIOU
     ROBERT REGAN WILSON
950 DEAN PKWY, MINNEAPOLIS MN 55416, HENNEPIN COUNTY (Aug 1989)

WALDO S JOHNSON  DOB: 10/25/1960 Age: 47
   472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Names Associated with Relative:**
WALDO S JOHNSON  DOB: 08/1961 Age: 46
   472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
WALDO S JOHNSON  DOB: 10/1960 Age: 47
   472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
WALDO S JOHNSON  DOB: 10/1960 Age: 47
   476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
WALDO STEVENS JOHNSON  DOB: 10/25/1960 Age: 47
   472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
WALDO STEVENS JOHNSON  DOB: 08/1961 Age: 46
   472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
WALDO SUNDET  DOB: 10/25/1960 Age: 47
   472-74-xxxx issued in Minnesota between 01/01/1977 and 12/31/1979
**Previous And Non-Verified Address(es):**
10148 KIERSTEN PL, EDEN PRAIRIE MN 55347-4690, HENNEPIN COUNTY (Aug 2000 - Apr 2008)
   **Current Residents at Address:**
     SHARON MFF JOHNSON
     WALDO S JOHNSON
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Sep 2006 - Aug 2007)
   **Current Residents at Address:**
     S J JOHNSON-ERICKSON
     EUGENE G EUGENE
     NORDIS AUSTINSON JOHNSON
     WALDO S JOHNSON
     SULLIVAN GENE   952-933-5639

909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY (Apr 2007)
   **Current Residents at Address:**
     MARK ANDREW JOHNSON
     NORDIS AUSTINSON JOHNSON
     WALDO S JOHNSON
     A NORDIS
     MARK A JOH
9880 SQUIRE LN, EDEN PRAIRIE MN 55347-3159, HENNEPIN COUNTY (Aug 1984 - Sep 2004)
   **Current Residents at Address:**
     JEFFREY BARRY GERST
     KIMBERLY SCHWANDT GERST
     SHARON MFF JOHNSON
     GERST JEFF & KIM   952-974-9502

2143 SW 317TH PL, FEDERAL WAY WA 98023-2256, KING COUNTY (Jul 1999)
   **Current Residents at Address:**
     ISRAEL EUGENE CARTER
     MARIE GRACE WALLACE
     MARIE GRACE WALLACE
988 SQUIRE L LN, EDEN PRAIRIE MN 55347, HENNEPIN COUNTY (Apr 1999)
     952-829-5579

3700 GARTH RD APT 2208, BAYTOWN TX 77521-3151, HARRIS COUNTY (Dec 1990 - Jan 1999)
1129 11TH ST APT 101, WEST DES MOINES IA 50265-6807, POLK COUNTY (Apr 1986 - Jan 1995)
1901 MORNING SONG CT APT 202, SCHAUMBURG IL 60194-2178, COOK COUNTY (Dec 1994)
   **Current Residents at Address:**
     MICHAEL P GABRYSZEWSKI
     SNATA GHOSH CHANDRA
12905 90TH PL N, MAPLE GROVE MN 55369, HENNEPIN COUNTY (Mar 1994)

WALDO S JOHNSON  DOB: 08/08/1929 Age: 78
   476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
**Names Associated with Relative:**
WALDO S JOHNSON  DOB: 1929 Age: 79
   486-28-xxxx issued in Missouri between 01/01/1936 and 12/31/1951

WALDO STEVENS JOHNSON  DOB: 08/08/1929 Age: 78
476-28-xxxx issued in Minnesota between 01/01/1936 and 12/31/1951
**Previous And Non-Verified Address(es):**
16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Dec 2007 - Apr 2008)
    **Current Residents at Address:**
        S J JOHNSON-ERICKSON
        EUGENE G EUGENE
        NORDIS AUSTINSON JOHNSON
        WALDO S JOHNSON
        SULLIVAN GENE  952-933-5639

909 AUGUSTA AVE, WAUSAU WI 54403-3338, MARATHON COUNTY ( 2001 - Apr 2008)
    **Current Residents at Address:**
        MARK ANDREW JOHNSON
        NORDIS AUSTINSON JOHNSON
        WALDO S JOHNSON
        A NORDIS
        MARK A JOH
1923 E EASTSIDE RD, BIRCHWOOD WI 54817, WASHBURN COUNTY ( 2005)
1925 E EASTSIDE RD, BIRCHWOOD WI 54817, WASHBURN COUNTY ( 2005)
2437 PENNSYLVANIA AVE, SUPERIOR WI 54880-4676, DOUGLAS COUNTY (Jun 1996 - Feb 2001)
    **Current Residents at Address:**
        JEAN A MCPHERSON
        LEE B MCPHERSON
        JEAN MC
    **Current phones listed at this address:**
        MC PHERSON LEE & JEAN  715-399-2563
          715-394-6948

4775 AVON ST, SAINT PAUL MN 55126-5859, RAMSEY COUNTY (Feb 1989 - Dec 1992)
    **Current Residents at Address:**
        CHRISTY LOU GOTZMAN
        RONALD DAVID GOTZMAN
        GOTZMAN RON  651-486-8342

3316 CUMMING AVE, SUPERIOR WI 54880-5528, DOUGLAS COUNTY (May 1992)
    **Current Residents at Address:**
        ROBERT M POLLOCK
        ROBERT WAYNE POLLOCK
        CATHY E MACCOUX
    **Current phones listed at this address:**
        POLLOCK ROBT M  715-395-0420
          715-394-6948

2809 OAKES AVE APT 10, SUPERIOR WI 54880-7710, DOUGLAS COUNTY (Mar 1991)
    **Current Residents at Address:**
        BARBARA J WARD

1717 PARKSHORE DR APT, SAINT PAUL MN 55112-3926, RAMSEY COUNTY (Nov 1987)
5004 WOODLAWN BLVD, MINNEAPOLIS MN 55417-1348, HENNEPIN COUNTY (Sep 1978)
    **Current Residents at Address:**
        TARA LASHAWNE WALSH
        JOHN FRANCIS WALSH
        LYNN CHRISTINE WALSH
        WALSH JOHN F JR  612-722-7649

BENJAMIN HAROLD SULLIVAN  DOB: 04/06/1983 Age: 25
469-19-xxxx issued in Minnesota between 01/01/1989 and 12/31/1990
**Active Address(es):**
✔ 16382 ELLERDALE LN, EDEN PRAIRIE MN 55346-1411, HENNEPIN COUNTY (Jan 2004 - Jan 2007)
    **Current Residents at Address:**
        S J JOHNSON-ERICKSON
        EUGENE G EUGENE
        NORDIS AUSTINSON JOHNSON
        WALDO S JOHNSON
        SULLIVAN GENE  952-933-5639

**Previous And Non-Verified Address(es):**
8024 UPTON AVE S, MINNEAPOLIS MN 55431-1234, HENNEPIN COUNTY (Jul 2005 - Apr 2008)
    **Current Residents at Address:**
        JOHN GILBERT POLLARD
        PHYLLIS MARIA TURNER
        BERTRAND J TURNER

CHRISTOPHER DAVID DACUT
BENJAMIN HAROLD SULLIVAN
BRITTANY ALYSE TURNER
RAY PHYLLIS   952-405-6462

1110 BLOOMINGTON FERRY RD, BLOOMINGTON MN 55438, HENNEPIN COUNTY (Aug 2007 - Oct 2007)
9148 W BUSH LAKE RD, MINNEAPOLIS MN 55438-1437, HENNEPIN COUNTY (Sep 2001 - Jan 2007)
    **Current Residents at Address:**
      LOIS KAY SODERSTROM
      RICHARD RALPH SODERSTROM
      SARAH ELIZABETH SULLIVAN
    SODERSTROM RICHARD   952-944-6243


JACKIE ERICKSON  DOB: 06/17/1946 Age: 62
   478-54-xxxx issued in Iowa  between  01/01/1961  and  12/31/1962
  **Names Associated with Relative:**
  JACQUELINE JILL ERICKSON  DOB: 06/17/1946 Age: 62
    478-54-xxxx issued in Iowa  between  01/01/1961  and  12/31/1962
  JACQUELINE JILL ERICKSON  DOB: 06/17/1946 Age: 62
    478-54-xxxx issued in Iowa  between  01/01/1961  and  12/31/1962
  JACQUELINE JILL GARNANT ERICKSON  DOB: 06/17/1946 Age: 62
    478-54-xxxx issued in Iowa  between  01/01/1961  and  12/31/1962
  JAQUELINE J ERICKSON  DOB: 06/1946 Age: 62
    478-54-xxxx issued in Iowa  between  01/01/1961  and  12/31/1962
  **Active Address(es):**
  ✔ 1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Aug 1969 - Mar 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKON
      DARLENE MARIE ERICKSON
      GALEN LEE ERICKSON
    ERICKSON GALEN   651-644-1599


  **Previous And Non-Verified Address(es):**
  1184 SHERREN ST W, SAINT PAUL MN 55113-4331, RAMSEY COUNTY ( 2003 - Apr 2008)
    **Current Residents at Address:**
      JACKIE ERICKSON
      JOHN WAYNE ERICKON
      GLORIA JEAN TRACY
  PO BOX 315, NEW HAMPTON IA 50659-0315, CHICKASAW COUNTY (Mar 1998 - May 2007)
    **Current Residents at Address:**
      EDNA M GARNANT
  101 S LOCUST AVE APT 315, NEW HAMPTON IA 50659-2136, CHICKASAW COUNTY (Jun 1985 - 2005)
    651-644-1599

  1770 ADOLPHUS ST APT 8, SAINT PAUL MN 55117-2306, RAMSEY COUNTY (Jun 1985 - Dec 2004)
  PO BOX 6482, ROCHESTER MN 55903-6482, OLMSTED COUNTY (Jul 2000)
  1608 HIGHWAY 52 N, ROCHESTER MN 55901-1664, OLMSTED COUNTY (Jan 1998 - Jan 1999)
    **Current Residents at Address:**
      JOHN JACOB VANGNESS
  2002 2ND ST SW, ROCHESTER MN 55902-2469, OLMSTED COUNTY (Feb 1993 - Jan 1999)
    **Current Residents at Address:**
      LEE LEON HEROLD
      DIANE LAVERN QUINN
      ALEX GREGORY SETTLE
    **Current phones listed at this address:**
      ARSYS   507-536-3997
      BEYOND KITCHENS   507-281-3992
      CHURCH OF CHRIST   507-289-8906

  PO BOX 322, NEW HAMPTON IA 50659-0322, CHICKASAW COUNTY (Oct 1991)


MICHAEL L ERICKSON     Age:
  **Previous And Non-Verified Address(es):**
  S 21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Oct 1998 - Oct 2000)
    **Current Residents at Address:**
      JEFFREY O SCOTT
    **Current phones listed at this address:**
      ILLINOIS CASH REGISTER   800-260-7000
      ILLINOIS CASH REGISTER   847-562-4000


JOHN WAYNE ERICKON  DOB: 07/01/1945 Age: 62
   468-50-xxxx issued in Minnesota  between  01/01/1961  and  12/31/1962

**Names Associated with Relative:**
JOHN WAYNE ERICKSON  DOB: 07/01/1945 Age: 62
   468-50-xxxx issued in Minnesota  between  01/01/1961  and  12/31/1962
JOHN W ERICSON  DOB: 07/01/1945 Age: 62
   468-50-xxxx issued in Minnesota  between  01/01/1961  and  12/31/1962
**Active Address(es):**
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Aug 1969 - Mar 2008)
   **Current Residents at Address:**
     JACKIE ERICKSON
     JOHN WAYNE ERICKON
     DARLENE MARIE ERICKSON
     GALEN LEE ERICKSON
   ERICKSON GALEN  651-644-1599

**Previous And Non-Verified Address(es):**
1184 SHERREN ST W, SAINT PAUL MN 55113-4331, RAMSEY COUNTY (Nov 2003 - Apr 2008)
   **Current Residents at Address:**
     JACKIE ERICKSON
     JOHN WAYNE ERICKON
     GLORIA JEAN TRACY
PO BOX 6482, ROCHESTER MN 55903-6482, OLMSTED COUNTY (May 1998 - Jun 2002)
1770 ADOLPHUS ST APT 8, SAINT PAUL MN 55117-2306, RAMSEY COUNTY (Jun 1999 - Apr 2002)


1608 HIGHWAY 52 N, ROCHESTER MN 55901-1664, OLMSTED COUNTY (Feb 2000 - Dec 2001)
   **Current Residents at Address:**
     JOHN JACOB VANGNESS
PO BOX 315, NEW HAMPTON IA 50659-0315, CHICKASAW COUNTY (May 1998 - Sep 2001)
   **Current Residents at Address:**
     EDNA M GARNANT
101 S LOCUST AVE APT, NEW HAMPTON IA 50659-2136, CHICKASAW COUNTY (Jan 1988 - Jan 1999)
2002 2ND ST SW, ROCHESTER MN 55902-2469, OLMSTED COUNTY (Dec 1992 - Nov 1998)
   **Current Residents at Address:**
     LEE LEON HEROLD
     DIANE LAVERN QUINN
     ALEX GREGORY SETTLE
   **Current phones listed at this address:**
     ARSYS  507-536-3997
     BEYOND KITCHENS  507-281-3992
     CHURCH OF CHRIST  507-289-8906
     394-4812


11 N WALNUT AVE, NEW HAMPTON IA 50659-1243, CHICKASAW COUNTY (Jun 1993)
   **Current Residents at Address:**
     CYNTHIA M CHRISTENSEN
     KENT W CHRISTENSEN
PO BOX 322, NEW HAMPTON IA 50659-0322, CHICKASAW COUNTY (Aug 1969 - Apr 1992)

   **Possible Relative:**
   JACQUELINE J ERICSON     Age:
     **Previous And Non-Verified Address(es):**
     PO BOX 322, NEW HAMPTON IA 50659-0322, CHICKASAW COUNTY (Nov 1991 - Dec 1991)
     101 S LOCUST AVE APT, NEW HAMPTON IA 50659-2136, CHICKASAW COUNTY (Dec 1990)

MARIA ERICKSON  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
**Names Associated with Relative:**
NATALIA MARY ERICKSON  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
NATALIA MARY LEVKOVICH  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
NATALIE M ERICKSON  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
NATALIE M LEVKOVICH  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
NATALYA MARIA ERICKSON  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
NATALYA M LEVKOVICH  DOB: 09/22/1972 Age: 35
   472-23-xxxx issued in Minnesota  between  01/01/1991  and  12/31/1992
**Active Address(es):**
✔9503 MARSHALL RD, EDEN PRAIRIE MN 55347-4195, HENNEPIN COUNTY (Nov 2000 - Apr 2008)
   **Current Residents at Address:**
     MARIA ERICKSON
     ERICKSON MICHAEL SCOTT
**Previous And Non-Verified Address(es):**

13039 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Oct 1992 - Apr 2004)
  **Current Residents at Address:**
    SRIMALKA MARIAN FERNANDO
    952-829-7097

PO BOX 46061, EDEN PRAIRIE MN 55344-2761, HENNEPIN COUNTY (Apr 2000 - Oct 2001)
3709 WESTMARK CIR # W, MINNETONKA MN 55345-2242, HENNEPIN COUNTY (Nov 1997 - Jun 2001)


402 WILLOUGHBY WAY W, HOPKINS MN 55305-5348, HENNEPIN COUNTY (Oct 2000)
  **Current Residents at Address:**
    LUBA LEVKOVICH
    612-935-6099

7229 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426-4126, HENNEPIN COUNTY (Jul 1993 - Jan 1999)
  **Current Residents at Address:**
    CELITA BOZEMAN
    MOHAMED AMINA   952-545-3154

106 PLEASANT ST SE APT, MINNEAPOLIS MN 55455-0433, HENNEPIN COUNTY (Nov 1993)
  **Current Residents at Address:**
    ROBERT UNDERFERTH
3055 VIRGINIA AVE S APT 11, MINNEAPOLIS MN 55426-3649, HENNEPIN COUNTY (Jul 1992 - Dec 1992)
  **Current Residents at Address:**
    MICHAIL BENTSIONOVICH GOLDIS
    BORIS R GORELIK
13040 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY
  **Current Residents at Address:**
    SCOTT ALAN CARLSON
    BARBARA J DUNNINGTON
    ERICA NICOLE CARLSON
    935-6099


3709 W MARK W, MINNETONKA MN 55345, HENNEPIN COUNTY
    935-6099


**Possible Relative:**
LUBA LEVKOVICH  DOB: 10/04/1948 Age: 59
    472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
  **Names Associated with Relative:**
  LUBA LEVKOVICH  DOB: 11/1948 Age: 59
    472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
  **Previous And Non-Verified Address(es):**
  402 WILLOUGHBY WAY W, HOPKINS MN 55305-5348, HENNEPIN COUNTY (Mar 1994 - Apr 2008)
    **Current Residents at Address:**
      LUBA LEVKOVICH
  6805 URBANDALE LN N, OSSEO MN 55311-1372, HENNEPIN COUNTY (Mar 2004 - Jan 2007)
    **Current Residents at Address:**
      DORIS E CANALES
      DORIS C GONZALEZ
      PROPERTIES EAST LLC  763-420-2928

  7229 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426-4126, HENNEPIN COUNTY (Feb 1994 - Jan 2007)
    **Current Residents at Address:**
      CELITA BOZEMAN
      MOHAMED AMINA  952-545-3154

  17578 HARALSON DR 304A, EDEN PRAIRIE MN 55347-3535, HENNEPIN COUNTY (Mar 1994 - May 2005)
    **Current Residents at Address:**
      TIMOTHY JACOB MOLLOY
  3709 WESTMARK CIR, MINNETONKA MN 55345-2242, HENNEPIN COUNTY (Nov 1997 - Jul 2003)
    **Current Residents at Address:**
      KAREN JOANNE ENGBERG
    **Current phones listed at this address:**
      ENGBERG K J  952-935-1957
      935-6099

  13040 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Oct 1998 - Sep 2001)
    **Current Residents at Address:**
      SCOTT ALAN CARLSON
      BARBARA J DUNNINGTON
      ERICA NICOLE CARLSON
  3055 VIRGINIA AVE S APT 11, MINNEAPOLIS MN 55426-3649, HENNEPIN COUNTY (Jul 1992 - Dec 1992)
    **Current Residents at Address:**
      MICHAIL BENTSIONOVICH GOLDIS

BORIS R GORELIK

DAVID LOY ROMAN  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
**Names Associated with Relative:**
LOY ROMAN DAVID  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
LOY ROMAN  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMA D LOY  DOB: 04/27/1978 Age: 30
   472-22-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMAN DAVID LEUKOVICH  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMAN DAVID LEVKOVICH  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
ROMAN DAVID LOY  DOB: 04/27/1978 Age: 30
   472-23-xxxx issued in Minnesota between 01/01/1991 and 12/31/1992
**Previous And Non-Verified Address(es):**
15620 LILAC DR, EDEN PRAIRIE MN 55347-0007, HENNEPIN COUNTY (Sep 2000 - Apr 2008)
   **Current Residents at Address:**
     DAVID LOY ROMAN
17578 HARALSON DR 304A, EDEN PRAIRIE MN 55347-3535, HENNEPIN COUNTY (Sep 2000 - Apr 2007)
   **Current Residents at Address:**
     TIMOTHY JACOB MOLLOY
7229 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426-4126, HENNEPIN COUNTY (Jan 1996 - Jan 2007)
   **Current Residents at Address:**
     CELITA BOZEMAN
     MOHAMED AMINA  952-545-3154

402 WILLOUGHBY WAY W, HOPKINS MN 55305-5348, HENNEPIN COUNTY (Aug 2000 -  2006)
   **Current Residents at Address:**
     LUBA LEVKOVICH
13040 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Jan 1995 - Oct 2000)
   **Current Residents at Address:**
     SCOTT ALAN CARLSON
     BARBARA J DUNNINGTON
     ERICA NICOLE CARLSON
3709 WESTMARK CIR # CI, MINNETONKA MN 55345-2242, HENNEPIN COUNTY (Dec 1997 - Apr 2000)

7129 OAK PARK VILLAGE DR, MINNEAPOLIS MN 55426, HENNEPIN COUNTY (Aug 1997 - Jan 1999)
7229 OAK PARK, MINNEAPOLIS MN 55426, HENNEPIN COUNTY (Feb 1996)

DARLENE MARIE ERICKSON  DOB: 02/15/1946 Age: 62
  468-48-xxxx issued in Minnesota between 01/01/1959 and 12/31/1961
**Active Address(es):**
✔1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Oct 1979 - Apr 2008)
   **Current Residents at Address:**
     JACKIE ERICKSON
     JOHN WAYNE ERICKON
     DARLENE MARIE ERICKSON
     GALEN LEE ERICKSON
   ERICKSON GALEN  651-644-1599

**Previous And Non-Verified Address(es):**
1618 MAPLE, FALCON HEIGHTS MN 55113, RAMSEY COUNTY (Sep 1998 - Jan 1999)
   651-644-1599

1592 HALLMARK CIR, SAINT PAUL MN 55128-5431, WASHINGTON COUNTY (Jul 1995 - May 1997)
   **Current Residents at Address:**
     SUSAN REBECCA JONES
   **Current phones listed at this address:**
     SAUVER MICHAEL  651-207-5691
     644-1599

1854 HOWELL ST N, SAINT PAUL MN 55113-5504, RAMSEY COUNTY (Feb 1986 - Oct 1992)
   **Current Residents at Address:**
     REBECCA CHIUSHENG LIU
     HUICHU HSU
     HAN JIE HUANG
     ISAAC NANKINE LIU
     YUE PING HUANG
     GUAN QUN HUANG
     GUAN XIAN HUANG
     XUE YI HUANG

LI RONG HUANG
LIU ISAAC & BECKY  651-644-8514

2139 JEFFERSON ST NE, MINNEAPOLIS MN 55418, HENNEPIN COUNTY (Jan 1990 - Dec 1990)

ERICKSON MICHAEL SCOTT  Age:
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
**Names Associated with Relative:**
ERICKSON TANIA SCOTT  Age:
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L ERICKS  Age:
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL LEE SCOTT ERICKSON  DOB: 01/07/1970 Age: 38
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTT  DOB: 1970 Age: 38
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTT-ERICKS  Age:
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL LEE SCOTT-ERICKSON  DOB: 01/07/1970 Age: 38
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTTERICKS  DOB: 01/1970 Age: 38
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
MICHAEL L SCOTTERICKSON  DOB: 01/1970 Age: 38
  472-15-xxxx issued in Minnesota between 01/01/1988 and 12/31/1989
**Previous And Non-Verified Address(es):**
9503 MARSHALL RD, EDEN PRAIRIE MN 55347-4195, HENNEPIN COUNTY (Nov 2000 - Apr 2008)
  **Current Residents at Address:**
    MARIA ERICKSON
    ERICKSON MICHAEL SCOTT
1100 S 8TH ST APT 3, MINNEAPOLIS MN 55404-1332, HENNEPIN COUNTY (Jun 1995 - Jan 2007)
  **Current Residents at Address:**
    MELISSA LYNN KOZEL
13039 DURAM CT, EDEN PRAIRIE MN 55347-5271, HENNEPIN COUNTY (Oct 1998 - 2007)
  **Current Residents at Address:**
    SRIMALKA MARIAN FERNANDO
2303 CROMWELL DR, MINNEAPOLIS MN 55410-2521, HENNEPIN COUNTY (Jan 1990 - Dec 2001)
  **Current Residents at Address:**
    DAVID BARWOOD ANDREWS
    PATRICIA LYNN ERICKSON
    ALLISON MARIE TRIPLETT
    PHILLIP R GARBACIK
2455 LONDIN LN E APT 322, SAINT PAUL MN 55119-6704, RAMSEY COUNTY (Nov 1990 - Jan 1999)
  **Current Residents at Address:**
    DANIEL WILLIAM HOM
    620-8030

11 8TH AVE NE, MINNEAPOLIS MN 55413-1845, HENNEPIN COUNTY (Feb 1996)
19 BARTON AVE SE, MINNEAPOLIS MN 55414-3511, HENNEPIN COUNTY (Jul 1994)
  **Current Residents at Address:**
    AUTUMN LEAH PETERSON
    DUNCAN BENJAMIN FROST
1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Nov 1990)
  **Current Residents at Address:**
    JACKIE ERICKSON
    JOHN WAYNE ERICKON
    DARLENE MARIE ERICKSON
    GALEN LEE ERICKSON
  ERICKSON GALEN  651-644-1599

**Possible Relative:**
PATRICIA LYNN ERICKSON  DOB: 12/17/1946 Age: 61
  474-52-xxxx issued in Minnesota between 01/01/1963 and 12/31/1963
  **Previous And Non-Verified Address(es):**
  1561 15TH ST NW, SAINT PAUL MN 55112-5567, RAMSEY COUNTY (Oct 1979 - Apr 2008)
    **Current Residents at Address:**
      PATRICIA LYNN ERICKSON
      TAILLEFER C  651-636-6873

  2303 CROMWELL DR, MINNEAPOLIS MN 55410-2521, HENNEPIN COUNTY (Aug 1977 - Apr 2008)
    **Current Residents at Address:**
      DAVID BARWOOD ANDREWS
      PATRICIA LYNN ERICKSON
      ALLISON MARIE TRIPLETT
      PHILLIP R GARBACIK
  PO BOX 120024, SAINT PAUL MN 55112-0011, RAMSEY COUNTY (Jan 2001 - Feb 2001)

**Current Residents at Address:**
JODY ARLENE HUNT

GALEN LEE ERICKSON  DOB: 02/27/1948 Age: 60
471-54-xxxx issued in Minnesota between 01/01/1963 and 12/31/1964
**Names Associated with Relative:**
LEE ERICKSON  Age:
471-54-xxxx issued in Minnesota between 01/01/1963 and 12/31/1964
**Active Address(es):**
✔ 1618 MAPLE KNOLL DR, SAINT PAUL MN 55113-5733, RAMSEY COUNTY (Oct 1979 - Apr 2008)
   **Current Residents at Address:**
     JACKIE ERICKSON
     JOHN WAYNE ERICKON
     DARLENE MARIE ERICKSON
     GALEN LEE ERICKSON
   ERICKSON GALEN  651-644-1599

   **Previous And Non-Verified Address(es):**
   1618 MAPLE, FALCON HEIGHTS MN 55113, RAMSEY COUNTY (Sep 1998 - Jan 1999)
     651-644-1599

   1854 HOWELL ST N, SAINT PAUL MN 55113-5504, RAMSEY COUNTY (Feb 1986 - Aug 1991)
     **Current Residents at Address:**
       REBECCA CHIUSHENG LIU
       HUICHU HSU
       HAN JIE HUANG
       ISAAC NANKINE LIU
       YUE PING HUANG
       GUAN QUN HUANG
       GUAN XIAN HUANG
       XUE YI HUANG
       LI RONG HUANG
     LIU ISAAC & BECKY  651-644-8514

   2139 JEFFERSON ST NE, MINNEAPOLIS MN 55418, HENNEPIN COUNTY (Jan 1990 - Dec 1990)

MICHAEL JOE GALLANT  DOB: 06/27/1966 Age: 41
318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
**Names Associated with Relative:**
MICHAEL S GALLANT  DOB: 06/27/1966 Age: 41
318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
MICHEAL GALLANT  DOB: 06/27/1966 Age: 41
318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
MIKE GALLANT  DOB: 06/27/1966 Age: 41
318-50-xxxx issued in Illinois between 01/01/1969 and 12/31/1970
**Active Address(es):**
✔ 668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - Apr 2008)
   **Current Residents at Address:**
     ERICKSON TANIA SCOTT
     MICHAEL JOE GALLANT
     CHRISTIE A SCOTT
**Previous And Non-Verified Address(es):**
3312 W PETERSON AVE, CHICAGO IL 60659-3510, COOK COUNTY (Sep 2001 - Apr 2008)
   **Current Residents at Address:**
     ADAM K BERMAN
     ROBERT L BERMAN
     MICHAEL JOE GALLANT
     ERNIE JAMES SOBJACK
     MELISSA BERMAN
     ADAM K BERMAN
     KIMBERLY K MILLER
     ANDRE EDWARDS
   **Current phones listed at this address:**
     CHAMPION PRINTING CORP  773-478-2929
     GOODMAN SEYMOUR  773-478-0800

   668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (May 1998 - 2004)
     **Current Residents at Address:**
       JOHN J COLLINS
     **Current phones listed at this address:**
       COLLINS JOHN J  630-837-4194
       630-736-6297

   3310 W HOLLYWOOD AVE APT 3, CHICAGO IL 60659-4506, COOK COUNTY (Jul 1997 - May 1998)
     **Current Residents at Address:**

CHU WA WA

5642 N ASHLAND AVE, CHICAGO IL 60660-4114, COOK COUNTY (Oct 1988 - May 1998)
**Current Residents at Address:**
DAVID D CALDERON
JORGE CLETO URIOSTEGUI
HECTOR I CADENA
JESUS LOPEZ BANDA
MARIA D BANDA
OLIVIERO GASPAR
**Current phones listed at this address:**
RAMIREZ RANFALE  773-754-8147
URIOSTEGUI JORGE  773-878-2739
989-9482

5809 N WHIPPLE ST APT 1, CHICAGO IL 60659-3708, COOK COUNTY (Oct 1993 - Jan 1997)
**Current Residents at Address:**
SOOKYONG KOH
KANA YOO
1442 W CATALPA AVE 2F, CHICAGO IL 60640-1212, COOK COUNTY (Oct 1988)
989-9482

**Possible Relative:**
RACHEL GALLANT  DOB: 04/11/1930 Age: 78
318-26-xxxx issued in Illinois  between  01/01/1936  and  12/31/1951
**Active Address(es):**
✔1208 LUTHER LN, ARLINGTON HEIGHTS IL 60004-4679, COOK COUNTY (Oct 2006 - Apr 2008)
**Current Residents at Address:**
RACHEL GALLANT
WILLIAM M GALLANT
GALLANT WILLIAM  847-797-0779

**Previous And Non-Verified Address(es):**
1442 W CATALPA AVE 2F, CHICAGO IL 60640-1212, COOK COUNTY (Oct 1985 - May 2007)

WILLIAM M GALLANT  DOB: 03/13/1928 Age: 80
319-26-xxxx issued in Illinois  between  01/01/1936  and  12/31/1951
**Active Address(es):**
✔1208 LUTHER LN, ARLINGTON HEIGHTS IL 60004-4679, COOK COUNTY (Sep 2006 - Apr 2008)
**Current Residents at Address:**
RACHEL GALLANT
WILLIAM M GALLANT
GALLANT WILLIAM  847-797-0779

**Previous And Non-Verified Address(es):**
1442 W CATALPA AVE APT 2F, CHICAGO IL 60640-1212, COOK COUNTY (Sep 1980 - May 2007)
3312 W PETERSON AVE, CHICAGO IL 60659-3510, COOK COUNTY (May 1993 - Jan 1999)
**Current Residents at Address:**
ADAM K BERMAN
ROBERT L BERMAN
MICHAEL JOE GALLANT
ERNIE JAMES SOBJACK
MELISSA BERMAN
ADAM K BERMAN
KIMBERLY K MILLER
ANDRE EDWARDS
**Current phones listed at this address:**
CHAMPION PRINTING CORP  773-478-2929
GOODMAN SEYMOUR  773-478-0800
773-271-8779

LINDA GALLANT  DOB: 03/22/1961 Age: 47
318-50-xxxx issued in Illinois  between  01/01/1969  and  12/31/1970
**Names Associated with Relative:**
LINDA WACHTENHEI  DOB: 03/22/1961 Age: 47
318-50-xxxx issued in Illinois  between  01/01/1969  and  12/31/1970
LINDA J WACHTENHEIM  DOB: 03/22/1961 Age: 47
318-50-xxxx issued in Illinois  between  01/01/1969  and  12/31/1970
**Active Address(es):**
✔446 DAKOTA TRL, WHEELING IL 60090-5122, COOK COUNTY (Oct 1987 - Apr 2008)
**Current Residents at Address:**

LINDA GALLANT
DANIEL J WACHTENHEIM
**Current phones listed at this address:**
WACHTENHEIM DAN  847-632-1208
847-947-1112

**Previous And Non-Verified Address(es):**
2359 W JARVIS AVE APT 1S, CHICAGO IL 60645-1751, COOK COUNTY (Dec 1986 - Jul 2004)
**Current Residents at Address:**
TEAH
847-947-1112

8150 N CHESTER AVE, NILES IL 60714-2304, COOK COUNTY (Dec 1991 - Jan 1992)
**Current Residents at Address:**
ANASTACIO C SIGAYA
SEYMOUR WACHTENHEIM
JUANITA S SUAREZ
MARY LYNN WACHTENHEIM
RAYMUND J SIGAYA
SHEILA BAKABAK
847-947-1112

1442 W CATALPA AVE 2F, CHICAGO IL 60640-1212, COOK COUNTY (Sep 1985)

SCOTT ERICKSON    Age:
**Previous And Non-Verified Address(es):**
668 JUNIPER LN, BARTLETT IL 60103-5815, DUPAGE COUNTY (Oct 2002)
**Current Residents at Address:**
ERICKSON TANIA SCOTT
MICHAEL JOE GALLANT
CHRISTIE A SCOTT

## Neighbors:
**Neighborhood:**
✔ 2805 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Oct 2002 - Jun 2008)
JEFFREY O SCOTT  DOB: 07/28/1935 Age: 72
354-32-xxxx issued in Illinois  between  01/01/1956  and  12/31/1958
SCOTT JEFFREY  608-584-5250

**Address(es):**
2815 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jun 2004 - May 2008)
**Residents:**
NICOLE L PARR  DOB: 10/26/1978 Age: 29
394-98-xxxx issued in Wisconsin  between  01/01/1987  and  12/31/1988
TODD E PARR    Age:

2825 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Oct 1989 - Apr 2008)
**Residents:**
**D** VIRGIL W THAMKE  DOB: 03/01/1926 DOD:06/06/1998  (ADAMS, WI)  Age at Death: 72 (Born 82 years ago) - Verified
397-26-xxxx issued in Wisconsin  between  01/01/1936  and  12/31/1951
CHRISTOPHER H GOFF  DOB: 03/24/1975 Age: 33
393-02-xxxx issued in Wisconsin  between  01/01/1988  and  12/31/1989
FAWN M GOFF  DOB: 12/04/1960 Age: 47
343-60-xxxx issued in Illinois  between  01/01/1975  and  12/31/1976
GOFF FAWN & CHRISTOPHER  608-584-4680

✔ 2777 9TH DR, ADAMS WI 53910-9534, ADAMS COUNTY (Jan 1996 - Apr 2008)
**Residents:**
GLADYS F HODGES  DOB: 06/1920 Age: 88
333-12-xxxx issued in Illinois  between  01/01/1936  and  12/31/1951
ROBERT F HODGES  DOB: 02/06/1929 Age: 79
329-22-xxxx issued in Illinois  between  01/01/1936  and  12/31/1951
HODGES ROBERT F  608-584-4407

✔ 2833 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Mar 1999 - Apr 2008)
**Residents:**
EDWIN J PARR  DOB: 05/04/1950 Age: 58
394-56-xxxx issued in Wisconsin  between  01/01/1967  and  12/31/1968
TODD E PARR  DOB: 03/10/1973 Age: 35
392-72-xxxx issued in Wisconsin  between  01/01/1974  and  12/31/1975
MICHAEL A FLORES  DOB: 09/30/1985 Age: 22
323-76-xxxx issued in Illinois  between  01/01/1985  and  12/31/1987

NICOLE L PARR  DOB: 10/26/1978 Age: 29
394-98-xxxx issued in Wisconsin between 01/01/1987 and 12/31/1988
PARR EDWIN   608-584-4630

✔ 2837 9TH DR, ADAMS WI 53910-9600, ADAMS COUNTY (Jun 2004 - Apr 2008)
**Residents:**
JERRY D ALLEN     Age:
SANDRA M ALLEN    Age:
MELINDA ALLEN     Age:

✔ 2769 9TH DR, ADAMS WI 53910-9534, ADAMS COUNTY (Oct 1998 - Mar 2008)
DEBORAH ANN BALOUN  DOB: 02/08/1953 Age: 55
333-42-xxxx issued in Illinois between 01/01/1964 and 12/31/1966
**Current phones listed at this address:**
BALOUN ROBERT & DEBORAH   608-584-4942
393-9886

**Neighborhood:**
21W348 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (Mar 1983 - May 2008)
JEFFREY O SCOTT  DOB: 07/28/1935 Age: 72
354-32-xxxx issued in Illinois between 01/01/1956 and 12/31/1958
**Current phones listed at this address:**
ILLINOIS CASH REGISTER   800-260-7000
ILLINOIS CASH REGISTER   847-562-4000

**Address(es):**
✔ 21W311 NORTH AVE, LOMBARD IL 60148-1199, DUPAGE COUNTY (Aug 1990 - Apr 2008)
CAROL ANN BAUER  DOB: 12/15/1945 Age: 62
353-36-xxxx issued in Illinois between 01/01/1961 and 12/31/1963
✔ 21W331 NORTH AVE, LOMBARD IL 60148-1199, DUPAGE COUNTY (Jan 1993 - Apr 2008)
**Residents:**
GEOFFREY B ALLEN  Age:
340-32-xxxx issued in Illinois between 01/01/1955 and 12/31/1957
TAMMY ALLEN ALLEN  Age:
347-64-xxxx issued in Illinois between 01/01/1977 and 12/31/1978
ADRIENNE M ALLEN  Age:
343-82-xxxx issued in Illinois between 01/01/1989 and 12/31/1990
630-629-8262

21W334 NORTH AVE, LOMBARD IL 60148-1121, DUPAGE COUNTY (May 1991 - Mar 2008)
**Residents:**
GLEN H HALL  DOB: 06/14/1940 Age: 68
303-40-xxxx issued in Indiana between 01/01/1955 and 12/31/1956
RONALD J GRANT     DOB: 02/13/1958 Age: 50

✔ 21W415 NORTH AVE APT, LOMBARD IL 60148-1107, DUPAGE COUNTY (Mar 1988 - Apr 2008)
SYLVIA J KOSLOW  DOB: 02/04/1935 Age: 73
350-18-xxxx issued in Illinois between 01/01/1936 and 12/31/1951
**Current phones listed at this address:**
KOSLOW S   630-627-6535
A-1 SAFETY CHIMNEY SERVICE INC   630-827-0600
ALL SERVICE LIMOUSINE INC   630-289-9333

**Neighborhood:**
21348 NORTH AVE W, LOMBARD IL 60148, DUPAGE COUNTY (May 1994 - Jan 1999)

**Address(es):**
21 NORTH AVE W APT, LOMBARD IL 60148, DUPAGE COUNTY (Apr 2008 - May 2008)
**Residents:**
MAJID A TAHIR  Age:
325-78-xxxx issued in Illinois between 01/01/1987 and 12/31/1988
P E DRZEWIECKI  DOB: 08/12/1941 Age: 66
392-42-xxxx issued in Wisconsin between 01/01/1960 and 12/31/1961
**D** HELEN E PITROWSKI  DOB: 12/29/1915 DOD:12/28/2005  (DUPAGE, IL)  Age at Death: 89 (Born 92 years ago) -
Verified
326-24-xxxx issued in Illinois between 01/01/1936 and 12/31/1951
JOHN R WHITACRE  DOB: 04/09/1950 Age: 58
352-42-xxxx issued in Illinois between 01/01/1965 and 12/31/1966
630-705-4200

**Neighborhood:**

103 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2403, DUPAGE COUNTY (Oct 1995)
    Residents:
        DINESHCHANDRA S PATEL  DOB: 09/18/1948 Age: 59
            321-64-xxxx issued in Illinois  between  01/01/1977  and  12/31/1977
        D PATEL  DOB: 06/01/1957 Age: 51
            360-68-xxxx issued in Illinois  between  01/01/1980  and  12/31/1982
        SANDEEP D PATEL  DOB: 12/1981 Age: 26
            342-76-xxxx issued in Illinois  between  01/01/1986  and  12/31/1987

**Address(es):**

✔99 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2401, DUPAGE COUNTY (Oct 2000 - Apr 2008)
    Residents:
        BALWINDER S CHAHAL  DOB: 02/28/1958 Age: 50
            324-92-xxxx issued in Illinois  between  10/31/1995  and  08/01/1997
        VIKRAM K CHAHAL  Age:
            329-94-xxxx issued in Illinois  between  10/01/1997  and  08/02/1999
        AMRIT CHAHAL  Age:
            327-94-xxxx issued in Illinois  between  09/02/1997  and  07/01/1999
        KIRANDIR CHAHAL  Age:
            329-94-xxxx issued in Illinois  between  10/01/1997  and  08/02/1999
        BAWLINDER CHAHAL     Age:
        CHAHAL BALWINDER  630-510-9408

98 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2402, DUPAGE COUNTY (May 2006 - Apr 2008)
    Residents:
        PATRICK MARIO CAPPELLETTI  DOB: 03/17/1967 Age: 41
            474-92-xxxx issued in Minnesota  between  01/01/1979  and  12/31/1980
        DESIREE MCGINTY RICHARDSON  DOB: 03/02/1970 Age: 38
            570-17-xxxx issued in California  between  01/01/1972  and  12/31/1973
        THOMAS L AYERS  Age:
            326-82-xxxx issued in Illinois  between  01/01/1989  and  12/31/1990
        ANNA M WEBSTER  Age:
            348-86-xxxx issued in Illinois  between  01/01/1992  and  12/31/1993
        ASHLEY R HIGGINS  Age:
            353-80-xxxx issued in Illinois  between  01/01/1988  and  12/31/1989
        847-506-2441

✔95 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2401, DUPAGE COUNTY (Apr 1991 - Apr 2008)
    Residents:
        GINA MARIE VOLLMANN  DOB: 01/23/1964 Age: 44
            323-68-xxxx issued in Illinois  between  01/01/1979  and  12/31/1981
        RONALD S VOLLMANN  DOB: 09/04/1962 Age: 45
            351-62-xxxx issued in Illinois  between  01/01/1976  and  12/31/1977

✔94 W DRUMMOND AVE, GLENDALE HEIGHTS IL 60139-2402, DUPAGE COUNTY (Sep 2004 - Apr 2008)
    Residents:
        MICHAEL J FAILLE  DOB: 06/07/1965 Age: 43
            320-66-xxxx issued in Illinois  between  01/01/1977  and  12/31/1979
        GAYLE L FAILLE  DOB: 1971 Age: 37
            332-60-xxxx issued in Illinois  between  01/01/1975  and  12/31/1976
        FAILLE GAYLE  630-690-4459

## Source Information:

| | |
|---|---|
| All Sources | 40  Source Document(s) |
| Liens and Judgments | 2  Source Document(s) |
| Driver Licenses | 2  Source Document(s) |
| Motor Vehicle Registrations | 8  Source Document(s) |
| Person Locator 1 | 1  Source Document(s) |
| WaterCraft Registrations | 2  Source Document(s) |
| Hunting and Fishing Licenses | 2  Source Document(s) |
| Phone | 2  Source Document(s) |
| Boat Registrations | 2  Source Document(s) |
| Historical Person Locator | 11  Source Document(s) |
| Person Locator 2 | 6  Source Document(s) |
| Tax Assessor Records | 2  Source Document(s) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFF SCOTT as Special Administrator of**<br>**The estate of CHRISTIE SCOTT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | Case No. _____ |
| | ) | |
| **SANOFI-AVENTIS,** | ) | |
| **SANOFI-AVENTIS U.S. INC.,** | ) | |
| **SANOFI-SYNTHELABO,** | ) | |
| **SANOFI-SYNTHELABO, INC.,** | ) | |
| | ) | |
| Defendants. | ) | |

## A F F I D A V I T

Comes the Affiant, James R.M. Hemmings, after first being duly sworn, and for

his Affidavit states as follows:

1.      I am an attorney at the law firm of Sidley Austin LLP.

2.      I have been employed as an attorney at the law firm of Sidley Austin LLP since

2005.

3.      Sidley Austin LLP is counsel of record for defendants sanofi-aventis U.S., Inc.

and Sanofi-Synthelabo Inc. in the above-captioned action.  I testify to the following

matters based on personal knowledge of the statements contained herein.

4.      On June 19, 2008, I caused an internet search to occur of the "Cook County &

Illinois Jury Verdict Reporter," published by the Law Bulletin Publishing Company.  The

purpose of that internet search was to identify verdicts issued on behalf of plaintiffs for

wrongful death claims in the Circuit Court of Cook County, Illinois since January 1,



EXHIBIT
B

2006.  The results of that search are appended hereto as **Exhibit 1,** and I have reviewed those results.

5.      The search identified seventeen (17) verdict awards for plaintiffs for wrongful death claims in that jurisdiction during that time period, each of which exceeded $75,000.

6.      The lowest verdict for wrongful death returned in favor of the plaintiff identified was $120,000 in the matter *Estate of Rose Archer, deceased v. Rosewood Care Center of Inverness Inc.* (Case No. 03 L 14188).  The highest verdict for wrongful death returned in favor of the plaintiff identified was $6,000,000 in the matter of *Estate of Michael Williamson, deceased v. Estate of Arthur Asher, deceased* (Case No. 04 L 5666).

          Further, the Affiant sayeth not.


_____
James R.M. Hemmings


STATE OF ILLINOIS              )
                              )
COUNTY OF COOK                 )

     Subscribed and sworn to before me by JAMES R.M. HEMMINGS on this the 20th day of June, 2008.

_____
Notary Public, State at Large

My Commission expires: *July 24, 2009*


```
"OFFICIAL SEAL"
Sharlene D. Peterson
Notary Public, State of Illinois
My Commission Expires July 24, 2009
```





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 10/19/2007**
**MEDICAL MALPRACTICE--HOSPITAL PATIENT CHOKES WHILE EATING AND DIES**
(ZZ 1/1) *Estate of Bernard Travaglini, deceased v Ingalls Memorial Hospital, Ingalls Health Systems, Phyllis Badmus, R.N.*  03L-14953 Tried: Sep. 4-13, 2007 (12S)

| | |
|---|---|
| Verdict: | $500,000 ($400,000 wrongful death/pecuniary loss; $100,000 survival/conscious pain & suffering) |
| Judge: | Thomas R. Chiola (IL Cook-Law) |
| Pltf Attys: | Robert A. Strelecky and Sean P. Driscoll of *Clifford Law Offices* Demand: $1,000,000 - $600,000 (indicated) Asked: $2,400,000 - $4,800,000 |
| Deft Attys: | John P. Jacoby of *McDonald Hopkins* and Elizabeth E. Jaci of *Barker & Castro* for all defts (Self-Insured) Offer: $150,000 - $250,000 (indicated) |
| Pltf Medl: | Dr. Harish Bhatia (Geriatrics) |
| Pltf Experts: | Dr. Daniel Derman (Internist), Dr. James Bryant (Pathologist) and Pam Collins, R.N. (Nursing) |
| Deft Experts: | Dr. Nancy Jones (Pathologist), Dr. Jay Goldstein (Internist) and Marijo Letizia, Ph.D., Loyola University School of Nursing, 457 Parkview, Elmhurst, IL (708-216-9325) (Nursing) for all defts |

Feb. 22, 2002, Bernard Travaglini was admitted to Ingalls Memorial Hospital by his primary care physician for weakness. After the patient M-84 was transferred to a medical floor, the doctor instructed the nursing staff that he needed to be monitored while eating, due to swallowing problems. The admitting nurse wrote a nursing note that the patient needed to be assisted and monitored during feedings and specifically instructed a nursing assistant to stay with him while he ate. The patient's wife also informed the nursing staff of Bernard's swallowing difficulties and need for monitoring when he ate. That evening, hospital staff brought the patient a turkey sandwich and allowed him to eat it while unattended. He choked on the sandwich and died. His hospital roommate testified he saw the nurse leave the room after delivering the food and said he watched Bernard choke to death while he repeatedly pushed the bedside call button. Estate contended the hospital nursing staff violated the standard of care by failing to comply with doctor's orders. Defense contended there was no doctor's order, delegation of feeding to a nurse's aide was proper, and the patient died as a result of an aspiration of stomach contents or some other natural cause (heart attack or stroke) sometime after he finished eating. Defense counsel's report states that jurors decided the cause of death was not choking on the food and was instead due to aspiration, but they still found the hospital liable because they felt if the patient had been monitored he may have been saved by a quicker response to the aspiration event. The aide who provided the meal was a student nurse who was not located until years later in California, and she had no recollection of any of the events.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08

**EXHIBIT**

1





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 10/19/2007**
**GUEST VS OWN DRIVER--SINGLE WOMAN KILLED IN CAR ROLLOVER IN ARKANSAS**
(ZZ 1/2) *Estate of Rosetta Frazier, deceased v Robert Sain*   05L-8067 Tried: Sep. 25-28, 2007 (1K)

| | |
|---|---|
| Verdict: | $250,000 ($240,000 wrongful death; $10,000 survival pain & suffering) |
| Judge: | James P. McCarthy  (IL Cook-Law) |
| Pltf Atty: | Debra I. Crystal of *Harvey L. Walner & Associates* Demand: $20,000 policy Asked: $1,250,000 |
| Deft Atty: | Christopher W. Holwell of *Laura A. Holwell* (Safeway) Offer:  none |
| Pltf Medl: | Dr. Tom Carney (Pathologist) |

Aug. 7, 2003, Rosetta Frazier was a passenger in her own vehicle being driven by deft on southbound Interstate 55 in Blytheville, Arkansas.  Deft M-35 lost control of the vehicle, causing it to roll over three times.  F-55 Frazier was ejected from the vehicle, which then landed on top of her, causing her death at the scene ($10,000 funeral).  She was single, on disability, with no children or parents, and was survived by several siblings.  Defense contended Frazier's death was instant with no survival pain.  Pltf's counsel plans to pursue a bad faith claim to collect the verdict amount which exceeds deft's $20,000 policy limit.





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 10/12/2007**
**MEDICAL MALPRACTICE--FALLS AT NURSING HOME CAUSED FATAL HEAD TRAUMA**
(YY 52/4) *Estate of Rose Archer, deceased v Rosewood Care Center of Inverness Inc.*   03L-14188 Tried: Aug. 13-22, 2007 (12S)

| | |
|---|---|
| Verdict: | $454,762: $44,270 ($5,000 pain & suffering; $10,000 loss of normal life; $12,500 emotional distress; $16,770 medical expenses) on Count I (first fall); $290,492 ($75,000 pain & suffering; $125,000 loss of normal life; $80,000 emotional distress; $10,492 medical expenses) on Count II (second fall); $120,000 on Count III (Wrongful Death). |
| Judge: | Donald J. Suriano (IL Cook-Law) |
| Pltf Attys: | Bryan J. O'Connor, Sr. and Jennifer L. Knobloch of *Baal & O'Connor* Demand: $400,000 Asked: $800,000 |
| Deft Attys: | Lawrence R. Stolberg and Susan A. Wagener of *Alholm, Monahan* (Midwestern National Insurers) Offer: $35,000 |
| Pltf Medl: | Dr. John Rosanova, D.O. (Internist), Dr. Mina Foroohar (Neurosurgeon) and Dr. Louis Pupillo (Neurosurgeon) |
| Pltf Experts: | Judith R. Wright, R.N., 103 Stoney Creek Rd., DeKalb, IL (815-758-5797) (Nursing), Catherine Kush, R.N., Missouri Geriatrics Society, 1402 S. Grand Blvd., M238, St. Louis, MO (314-977-8482) (Nurse, Geriatic) and Dr. Eugene Richard Blonsky (Neurologist) |
| Deft Experts: | Margaret Ross Kraft, R.N., Loyola University of Chicago Niehoff School of Nursing, 2160 S. First Ave., Bldg. 105-2840, Maywood, IL (708-216-3577) (Nursing), Dr. Martin Gorbien, Rush University Medical Center, 1725 W. Harrison St., #955, Chicago, IL (312-942-7030) (Geriatrics) and Dr. Robert Margolis (Neurologist) |

Dec. 23, 2002, Rose Archer was a 91-year-old hemiplegic (due to a prior stroke) who resided at deft nursing home when she fell from her bed and sustained a subdural hematoma. She fell again on Sept. 13, 2003, when she was 92 years old, and suffered a brain hemorrhage. In both instances, she was allegedly left unattended while seated on the edge of her bed. The effects of the two traumatic brain injuries contributed to cause her death at the age of 93 while she was living at a different nursing home on May 11, 2004. Estate contended both falls were caused by lack of proper supervision in violation of the Nursing Home Act. Defense maintained Archer was properly supervised and claimed the second fall actually occurred when she fell from a wheelchair during a violent and unexpected seizure. Pltf denied any seizure and denied wheelchair was involved. Defense further argued her death was due to pneumonia and infection, not the head injuries, which were minimal with no need for surgery. Nursing expert Kush was initially retained by the defense but withdrawn, and was then called by pltf's counsel. Case was originally tried in April 2007 before Judge Mary Mulhern but ended in a mistrial due to a deadlocked jury. Post-trial motions are pending.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 7/6/2007**
**PEDESTRIAN--FATHER OF FOURTEEN FATALLY CRUSHED BETWEEN TWO TRUCKS**
(YY 38/1) *Estate of Willie L. Taylor, deceased v Carmichael Leasing Co. Inc., Harold Lindsey*   03L-9804 Tried: Apr. 27-May 3, 2007 (3A, 6)

| | |
|---|---|
| Verdict: | $1,500,000 after 50% off $3,000,000 ($3,000,000 wrongful death/pecuniary loss; $0 survival/conscious pain & suffering). Special Interrogatory: Was contributory negligence on the part of Willie Taylor more than 50% of the total combined negligence which proximately contributed to cause his injuries and death? "No." |
| Judge: | James P. Flannery, Jr. (IL Cook-Law) |
| Pltf Attys: | Bradley M. Cosgrove and F. John Cushing, III of *Ambrose & Cushing* Demand: $4,500,000 Asked: $10,000,000 |
| Deft Attys: | Alton C. Haynes and Brian P. O'Neill of *Haynes, Studnicka* for both defts (General Casualty) Offer: $100,000 total |
| Pltf Expert: | Art  Atkinson (Trucking Safety) |
| Deft Expert: | Dr. James T. O'Donnell (Toxicologist)  for both defts |

July 28, 2003, Willie Taylor was unloading empty milk crates from the back of a parked truck at 1161 W. 21st St., and loading them into another parked milk truck trailer.  Deft Harold Lindsey backed the 36-foot refrigerated milk truck into the back of Taylor, crushing him against the parked truck he was unloading.  Taylor M-45 sustained multiple crushing injuries to the upper body which resulted in his death; he was survived by 14 children (2 from one woman and 12 from another).  Estate contended Lindsey did not have a commercial drivers license to operate a truck that size, and he failed to keep a proper lookout while backing his truck.  Defense argued Lindsey was being directed by a spotter, Taylor failed to keep a proper lookout, and Taylor was impaired by the presence of morphine in his system, which measured at ten times the therapeutic dosage during autopsy.  Defense also maintained Taylor never had a steady job and he may not have been the biological father of all 14 children.  Pltf's counsel Bradley Cosgrove received his law license five months prior to trial.



**AccessPlus®**

Cook County & Illinois

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 5/25/2007**
**MEDICAL MALP.--MISDIAGNOSIS OF CHEST PAIN BLAMED FOR FATAL HEART ATTACK**
(YY 32/1) *Estate of Mathew West, deceased v VHS of Illinois Inc., d/b/a MacNeal Hospital, Dr. Alan B. Spacone, Alan B. Spacone Ltd., Edward Tong M.D. P.C., Dr. Robert Kemp*   03L-11533 Tried: Feb. 20-Mar. 20, 2007 (12H)

| | |
|---|---|
| Verdict: | $3,550,000 ($3,500,000 wrongful death; $50,000 survival pain & suffering). |
| Judge: | James P. Flannery, Jr. (IL Cook-Law) |
| Pltf Attys: | Martin J. Oberman and Keith L. Davidson of *Keith L. Davidson & Associates* Demand: $4,000,000 Asked: $7,000,000 - $8,000,000 |
| Deft Attys: | Carmel M. Cosgrave and Linda F. Newman of *SmithAmundsen* for VHS of Illinois Inc., MacNeal Hospital (Partially Self-Insured; Volunteer Insurance) Offer: MH $1,000,000; Michael T. Walsh of *Bollinger, Ruberry* for Spacone, Alan B. Spacone Ltd. (National Guardian Risk Retention Group) Offer: ABS $1,000,000 policy; Mary Kay Scott of *Brenner, Ford* for Edward Tong M.D. P.C., Kemp (ISMIE) Offer: RK $1,500,000 |
| Pltf Medl: | Dr. Cynthia Gardner (Pathologist) |
| Pltf Experts: | Dr. Daniel DeBehnke, 9200 W. Wisconsin Ave., Milwaukee, WI (414-805-6451) (Emergency Medicine), Vickie Keough, Ph.D., Loyola University of Chicago, Niehoff School of Nursing, 2160 S. First Ave., Bldg. 105-2840, Maywood, IL (708-216-3582) (Nursing), Dr. Harry P. Selker, Tufts New England Medical Center, 750 Washington St., #327, Boston, MA (617-636-2800) (Internist), Dr. Henry Brandis Marsh (Cardiologist), Dr. Cyril Abrahams (Pathologist), Dr. Finley W. Brown, Jr. (Family Practice) and Charles Linke, Ph.D. (Economist) |
| Deft Experts: | Laurie Carroll, R.N. (Nurse, Emergency Room) for MacNeal Hospital; Dr. Bruce Waller (Cardiologist), Dr. John J. Flaherty (Emergency Medicine) and Dr. Jerome Hines, 5201 Willow Springs Rd., LaGrange, IL (708-482-3215) (Cardiologist) for Spacone; Dr. Diane Homan (Family Practice) for Kemp |

On Sept. 23, 2002, Mathew West presented to deft Dr. Kemp for his first physical examination in thirty years. During the office visit, patient M-42 West complained of heartburn and epigastric pain occurring two weeks earlier while motorbiking and drinking soda and Gatorade. Dr. Kemp diagnosed GERD (gastroesophageal reflux disease), recommended blood work including cholesterol screening, prescribed Nexium on an as-needed basis when biking, and told him to stop drinking soda. On Dec. 15, 2002, West presented to the emergency room at MacNeal Hospital, complaining of chest pain rated as a 10 on a scale of 1-10, burning epigastric pain and shortness of breath. He was seen by deft Dr. Spacone, who attributed symptoms to esophageal reflux. No EKG or enzyme tests were performed, even though hospital guidelines for chest pain required an EKG for all non-traumatic chest pain patients. West was seen by Dr. Kemp for an unrelated complaint (severe headache) on Dec. 19, 2002. On March 30, 2003, he died of an acute myocardial infarction caused by occlusion of the left anterior descending artery (survived by wife and three children, $1,700,000 lifetime LT as tool and die maker). Estate contended defts' failure to diagnose and treat West's coronary artery disease caused him to suffer a myocardial infarction and fatal coronary thrombus. Defense argued the standard of care did not require an EKG to be performed, patient's presentation was atypical, he was not having a heart attack when seen in the emergency room, death was due to a thrombus occluding the LAD artery from an acute event on March 30, 2003, and an old myocardial infarction found during autopsy could only be dated as happening 6-8 weeks or 2 months prior so it was not related to defts' treatment in Dec. 2002. Defense counsel for the hospital notes that because of various agreements between the parties before and during the trial, the hospital is responsible for only $550,000 of the verdict as co-defts committed to pay their policy limits.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 1/19/2007**
**MEDICAL MALPRACTICE--ELDERLY REHAB PATIENT IMPALED BY SHOWER CHAIR**
(YY 14/1) *Estate of Johnnie Packnett, deceased v Schwab Rehab Hospital Care Network*   04L-8029 Tried: Nov. 8-20, 2006 (12S)

| | |
|---|---|
| Verdict: | $7,500,100 ($3,500,000 survival pain & suffering; $1,000,000 loss of normal life; $100 medical expenses; $3,000,000 wrongful death apportioned as $1,000,000 loss of society to widower and $1,000,000 to each of two children). |
| Judge: | Patricia Banks (IL Cook-Law) |
| Pltf Attys: | James D. Montgomery, Jr. and Melvin L. Brooks of *Cochran, Cherry* Demand: $3,250,000 withdrawn Asked: $16,000,000 |
| Deft Atty: | Shawn P. Clifford of *Hinshaw & Culbertson* (Partially Self-Insured) Offer: $2,000,000 |
| Pltf Medl: | Dr. Luis Couret (Internist), Dr. Laurel L. Romer (Internist) and Dr. John P. Kress (Pulmonologist) |
| Pltf Expert: | Dr. John Prendergast, 1350 Locust St., #G102, Pittsburgh, PA (412-232-8499) (Geriatrics) |

Johnnie Packnett, F-77, was admitted to Schwab Rehab Hospital for rehabilitation of a fractured femur. Her right leg was in a cast and she was constrained to a wheelchair. On April 10, 1999, three weeks after her admission, a Schwab nurse took her for a shower and placed her into a shower chair (wheelchair designed for showering). However, the nurse failed to properly secure the seat of the chair and during the shower it slid from underneath Mrs. Packnett, causing her to become impaled by the chair's metal tubing. Emergency care personnel tried to extract the chair for an hour until successful, causing Mrs. Packnett to endure extraordinary pain. She sustained peritoneal tears, two rectovaginal fistulas and abdominal injuries, resulting in abdominal surgery and a colostomy; the injuries caused her bowels to empty into her abdominal cavity, resulting in infections, sepsis, septic shock, and eventual multiple organ failure. Mrs. Packnett was also intubated and placed on life support for seven months at Mount Sinai, University of Chicago and Vencor Hospitals. She died on Nov. 7, 1999, when life supports were removed on the advice of her physician ($1,018,425 medl., survived by husband and two adult daughters). Schwab admitted negligence, but argued that Mrs. Packnett's injuries resulting from its negligence were resolved fifteen days after the occurrence. Defense contended her further injuries, hospitalizations and death were a result of her pre-existing diabetes, congestive heart failure, coronary artery disease and hypertension; defense also asserted she had contracted pneumonia prior to the shower chair incident. Defense maintained Mrs. Packnett's pre-existing co-morbidities along with her morbid obesity (240 lbs) and her prior history of heart attack and stroke combined to significantly reduce her life expectancy. During deliberations, the jury asked whether or not the $1,018,425 in hospital bills was payable to Schwab Hospital. Schwab is self-insured up to $3 million with an excess carrier providing coverage up to $15 million.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08



**ACCESSPLUS®**

**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 12/22/2006**

**MEDICAL MALPR.--TEEN WITH UNDETECTED ENLARGED HEART DIES AFTER SURGERY**
(YY 10/2) *Estate of Lakisha Sarden, deceased minor v Dr. Andrew Hotaling, Dr. Ricarchito Manera, Loyola University Physicians Foundation, Loyola University Medical Center*   05L-7139 (refiled from 01L-11822) Tried: Sep. 12-28, 2006 (12H)

| | |
|---|---|
| Verdict: | $4,125,735 v Dr. Ricarchito Manera, Loyola University Physicians Foundation and Loyola University Medical Center ($3,500,000 wrongful death/past and future loss of society and companionship; $500,000 future loss of money, goods and services; $100,000 survival pain & suffering; $25,735 medical and funeral expenses); Not Guilty v Dr. Andrew Hotaling. |
| Judge: | Barbara A. McDonald  (IL Cook-Law) |
| Pltf Attys: | Kenneth C. Chessick and Jason M. Kleinman of *Kenneth C. Chessick M.D.* (Schaumburg)  Demand: $5,500,000 Asked: $11,000,000 |
| Deft Attys: | Michael J. Morrissey and Maria L. Vertuno of *Cassiday Schade* for all defts (Self-Insured) Offer: $300,000 total |
| Pltf Medl: | Dr. Tae Lyong An (Pathologist) |
| Pltf Experts: | Dr. Jordan Josephson, 111 E. 77th St., New York, NY (212-717-1773) (Otolaryngologist/ENT), Dr. Ian Carr (Pediatric Cardiology) and Dr. Howard Levy, 4646 N. Marine Dr., Chicago, IL (773-564-7325) (Pediatrician) |
| Deft Experts: | Dr. William Potsic, 3400 Civic Center Blvd., Philadelphia, PA (215-590-3440) (Pediatric ENT) and Dr. Stuart Berger (Pediatric Cardiology) for all defts |

On April 7, 2001, Lakisha Sarden, F-13, presented to deft Dr. Hotaling, a pediatric otolaryngologist, with a several year history of multiple sore throats and obstructive breathing. She was a sickle cell anemia sufferer and had been under the care of deft Dr. Manera, a pediatric hematologist/oncologist as her treating pediatrician. Dr. Manera referred her to Dr. Hotaling who diagnosed her with sleep apnea and obstructive and recurrent tonsillar adenoiditis, complicated by sickle cell anemia. He recommended removal of her tonsils and adenoids. In preparation for the surgery, he sent a copy of his consult report to the anesthesiologist to make him aware of the patient's history and, because of the sickle cell disease, Lakisha underwent a blood transfusion as a prophylactic measure. She tolerated the surgery well and was discharged home in stable condition ($25,735 medl. bills). The next several days were uneventful, other than one episode where she spit up some blood clots; her mother called the clinic and received instructions for care. Two days later, on June 29, 2001, Lakisha was found unresponsive by her mother. Paramedics were called and she was taken to Westlake Hospital, but, resuscitative efforts failed and she was pronounced dead. An autopsy revealed she had dilated cardiomyopathy, a heart condition common in children with sickle cell anemia, which causes the heart to become weakened and inefficient at pumping blood. Her heart was 25 percent larger than normal when she died. Her estate alleged Dr. Manera should have recognized signs and symptoms of Lakisha's heart problem, the surgery performed by Dr. Hotaling was not necessary and even had it been necessary, a more extensive cardiac work-up, including EKG and chest x-ray, should have been done prior to the surgery. If those tests had been performed, it was argued, her cardiac condition would have been diagnosed and treated, preventing her death. Deft doctors contended the surgery was clearly indicated, particularly because of the sickle cell condition. Further, they maintained, multiple clinical evaluations prior to the surgery indicated a normal cardiac exam, there were no indications of any significant cardiac symptoms prior to surgery and, therefore, there were no reasons to perform any specific cardiac tests. Finally, the defense argued, the patient's death was not connected, in any way, to the surgery which was performed. Lakisha was survived by her parents and two siblings.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08



**AccessPlus®**

**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 11/17/2006**
**MEDICAL MALPRACTICE--PATIENT DIES AFTER TRYING TO ESCAPE NURSING HOME**
(YY 5/1) *Estate of Jose Carlos, deceased v Village Nursing Home Inc., Dr. Bulbul Bahuguna, Methodist Hospital of Chicago*   03L-9990 Tried: Sep. 17-29, 2006 (12P)

| | |
|---|---|
| Verdict: | $2,654,703 v all defts: $2,200,000 on wrongful death claim (for loss of society); $454,703 on Survival Act claim ($54,703 medical expenses; $150,000 pain & suffering; $250,000 loss of normal life). Special Interrogatory: Do you find that Jose Carlos' conduct was the sole proximate cause of his injuries? "No." |
| Judge: | James P. McCarthy (IL Cook-Law) |
| Pltf Atty: | Michael K. Muldoon of *Muldoon & Muldoon* Demand: $1,525,000 total Asked: $2,654,703 |
| Deft Attys: | Paul V. Kaulas and Ami L. DeMarco of *McVey & Parsky* for Village Nursing Home Inc. (Clarendon American) Offer: VNHI $300,000; Stephen C. Veltman of *Pretzel & Stouffer* for Bahuguna (Doctor's Company) Offer: none; Mark M. Brennan of *Cassiday Schade* for Methodist Hospital of Chicago (Self-Insured) Offer: MHoC $12,500 |
| Pltf Medl: | Dr. Sheldon Lazar (Neurosurgeon) |
| Pltf Expert: | Dr. Sanford Finkel (Psychiatrist) |
| Deft Experts: | Helen Lacek, 9350 S. Spaulding Ave., Evergreen Park, IL (815-562-4047) (Nursing Home Administrator) for Village Nursing Home Inc.; Dr. Jesse Viner (Psychiatrist) for Bahuguna |

Jose Carlos was a 73-year-old mentally ill resident at Village Nursing Home, located at 9000 Lavergne in Skokie. On Aug. 24, 2001, he attempted to escape from the nursing home during a manic phase of his bipolar mood disorder by climbing out a second story window using a "rope" made of strips of bed sheets tied together and to his bed. He fell, fracturing his skull and both heels, and he died from his head injuries five days later at St. Francis Hospital, on Aug. 29, 2001 ($54,703 medl. bills). Jose was survived by his wife and five adult children; three of the children suffer from mood disorder conditions similar to his bipolar disorder. The attempted escape took place within 72 hours of Jose's discharge from the psychiatric unit of Methodist Hospital. Estate contended Dr. Bahuguna, Jose's psychiatrist, was negligent in discharging Jose from Methodist Hospital on Aug. 21 and failing to order Jose to be transferred back to the hospital on Aug. 22 when she received a call from the nursing home informing her that Jose had attempted to climb over a fence and was spraying residents with a hose. Estate alleged the nursing home was negligent in failing to adequately monitor Jose. Estate further asserted Dr. Bahuguna was acting within the scope of her employment with Methodist Hospital during her care and treatment of Jose, and therefore it was liable for her negligence. Defense for the nursing home argued that nursing home personnel monitored the patient adequately and Jose knew what he was doing could cause injury. Dr. Bahuguna maintained her care and treatment of Jose was within the standard of care. Defense for Methodist Hospital denied Dr. Bahuguna was acting within her part-time employment agreement when she treated Jose while he was at the nursing home and contended her treatment complied with the standard of care. All defts asserted Jose was more than 50% contributorily negligent. Pltf's specific demands in the total listed above included $425,000 from Village Nursing Home, $1,000,000 policy from Dr. Bahuguna, and $100,000 from Methodist Hospital. UPDATE: Methodist Hospital settled for $200,000 post-trial in exchange for forgoing appeal.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08



**ACCESSPLUS®**

**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 10/20/2006**
**MEDICAL MALP.--PATIENT SUFFERS CARDIAC ARREST WHILE AWAITING ANGIOGRAM**
(YY 1/3) *Estate of Jesse Johnson, deceased v Loyola University Medical Center, Dr. Richard Carroll*   02L-4486 (refiled from 97L-12287) Tried: May 15-30, 2006 (12H)

| | |
|---|---|
| Verdict: | $1,412,000 v both defts ($937,000 wrongful death; $475,000 survival action) |
| Judge: | Deborah M. Dooling  (IL Cook-Law) |
| Pltf Atty: | Paul R. O'Malley of *Paul R. O'Malley Ltd.* Demand: $1,500,000 Asked: $2,000,000 |
| Deft Attys: | Sheryl M. Arrigo and Todd J. Stalmack of *Donohue, Brown* for both defts (Self-Insured) Offer: none |
| Pltf Expert: | Dr. Ian Newmark, North Shore University Hospital, 8 Greenfield Rd., Syosset, NY (516-496-7900) (Critical Care) |
| Deft Expert: | Dr. Morton Arnsdorf (Cardiologist)  for both defts |

June 1, 1995, patient M-62 was admitted to Loyola Hospital after suffering a cardiopulmonary arrest at home.  His condition was stabilized, and defts ordered cardiac catheterization and angiogram for suspected severe coronary artery disease.  While patient was waiting to undergo the procedure, he experienced an acute cardiopulmonary arrest in an unmonitored hospital room, and suffered prolonged oxygen deprivation before code blue CPR was given.  As a result, he sustained irreversible brain damage and remained in a coma for 4.5 months until he died on Oct. 13, 1995 (survived by wife and three adult children).  Estate contended defts were negligent in failing to maintain sufficient monitoring of patient and failing to timely perform tests and treatment.  Defense argued patient was sufficiently stable in hospital room and death was due to co-morbidity. UPDATE: Post-trial, Judge Dooling granted defts' motions for judgment notwithstanding the verdict. Pltf has filed an appeal. Note: For a summary of subsequent appellate action regarding this case, see the Jury Verdict Reporter's Appellate Review of Damages at 10 ARD 2.



**AᴄᴄᴇssPʟᴜs®**

**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 10/13/2006**
**HEAD ON--TRUCK DRIVER BURNED ALIVE WHEN GAS TANKER AND SEMI COLLIDE**
*(XX 52/29) Estate of Michael Williamson, deceased v Estate of Arthur Asher, deceased, Herb Eldridge, d/b/a A & H Trucking Inc.*  04L-5666 Tried: Aug. 3, 2006 (1A)

| | |
|---|---|
| Verdict: | $6,500,000: $6,000,000 on Wrongful Death claim ($3,000,000 to wife, $1,500,000 to adult daughter, $1,500,000 to adult son); $500,000 on Survival Act claim (Bench Trial). |
| Judge: | Barbara A. McDonald (IL Cook-Law) |
| Pltf Atty: | Regina Picone Etherton of *Regina P. Etherton & Associates* |
| Deft Atty: | None for both defts |

April 23, 2003, pltf M-57 was driving a tanker semi truck full of gasoline on Route 136 in Mount Hope, IL, when defts' semi crossed the highway median and collided head on with the tanker. The impact caused both vehicles to catch fire instantly, slowly burning pltf truck driver to death while he remained trapped inside his vehicle. The fire was so intense, all that remained of pltf's 18-wheeler was a mangled and charred pile of metal. The impact completely amputated pltf's right arm, right leg and left foot, and fractured his skull. The fire caused extensive charring of his body, and his lung was found protruding from his charred corpse. Photographs secured at the scene depicted pltf struggling to escape from the burning semi, and an eyewitness confirmed that pltf was alive and conscious for at least six minutes while he was slowly being burned alive. This witness had tried to rescue pltf and saw him being burned to death. Pltf was survived by a wife of 35 years and two adult children ($282,000 LT). Deft trucking company was insured by State Farm, which denied coverage and did not provide an attorney. Previous defense counsel withdrew from the case due to a conflict of interest. Case was tried as a prove-up. New defense counsel filed an appearance post-judgment, and post-trial motions are pending.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08



**Cook County & Illinois**

# JURY VERDICT REPORTER

ᴀᴄᴄᴇssPʟᴜs®

**Publication: Cook County Jury Verdict Reporter   Published: 10/6/2006**
**MEDICAL MALPRACTICE--NURSING HOME NEGLECT LEADS TO PATIENT'S DEATH**
(XX 51/1) *Estate of Ana Carrasco, deceased v Healthcare and Retirement Corporation of America, d/b/a ManorCare Health SVS Homewood*  02L-7024 Tried: Aug. 8-11, 2006 (12S)

| | |
|---|---|
| Verdict: | $2,978,896: $1,618,896 on Survival Act claim ($1,500,000 survival pain & suffering; $100,000 disability/disfigurement; $18,896 medical expenses); $1,360,000 on Wrongful Death claim ($680,000 loss of society to each of two adult children). |
| Judge: | Ralph Reyna (IL Cook-Law) |
| Pltf Attys: | Steven M. Levin and Michael F. Bonamarte, IV of *Levin & Perconti* Demand: $3,500,000 Asked: $8,268,896 |
| Deft Attys: | D. Timothy McVey and Ami L. DeMarco of *McVey & Parsky* (Partially Self-Insured; Lloyd's of London) Offer: $2,000,000 total |
| Pltf Medl: | Dr. Robert A. Kemp (Pulmonologist) |
| Pltf Expert: | Dr. David M. Systrom (Pulmonologist) |
| Deft Expert: | Dr. Jesse Hall (Pulmonologist) |

May 1, 2001, Ana Carrasco (F-57) was a resident patient at ManorCare's nursing home at 940 Maple Ave. in Homewood, undergoing rehab and conditioning for a tracheostomy tube which was inserted two weeks earlier as her primary airway. Her natural airway had become too narrowed due to radiation treatments for epiglottal cancer. Nursing home personnel allegedly failed to clean and suction the trach tube for five days, which allowed it to become obstructed with mucus and impeded her ability to breathe. Ana suffered increasing respiratory distress and eventually stopped breathing, causing 3 to 5 minutes of conscious suffocation at the nursing home, two days in a coma at a nearby hospital, and ultimately her death (survived by two daughters aged 27 and 34). Defts admitted liability, and evidence of their conduct was excluded by the court. Case was tried on damages only. Defense contended patient was critically ill with a low quality of life and there was a greater than equal chance that she would not have survived five years at the time of the incident. Defense recommended the jury award $250,000-$400,000. Pltf's counsel has petitioned the court for an award of attorneys' fees pursuant to the Illinois Nursing Home Care Act. Award is the highest Illinois wrongful death verdict against a nursing home in JVR records. UPDATE: On Oct. 2, 2006, case settled for $3,560,754 (verdict amount plus approximately $40,000 interest and approximately $540,000 attorneys' fees).




**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 9/29/2006**
**MEDICAL MALPRACTICE--YOUNG WOMAN DIES SIX DAYS AFTER ABORTION**
(XX 50/1) *Estate of Irene Stevenson, deceased v Planned Parenthood, Dr. Gregg Lloyd*   02L-15845 Tried: Jun. 27-Jul. 10, 2006 (12L)

| | |
|---|---|
| Verdict: | $4,000,000 v Planned Parenthood ($3,750,000 wrongful death; $250,000 survival pain & suffering); Dr. Gregg Lloyd dismissed after settling out for an undisclosed amount on second day of trial. |
| Judge: | Richard J. Elrod  (IL Cook-Law) |
| Pltf Attys: | James M. Sanford and Beverly P. Spearman of *Cochran, Cherry* Demand: $2,000,000 policies Asked: $11,000,000 |
| Deft Attys: | Brian T. Henry and Christine J. Iversen of *Pretzel & Stouffer* for Planned Parenthood (National Union Fire Ins.) Offer: PP $100,000; J. Kent Mathewson and Kathleen A. O'Connor of *Donohue, Brown* for Lloyd (American Physicians Assurance) |
| Pltf Medl: | Dr. Vybert Greene (Ob/Gyn) |
| Pltf Experts: | Dr. Arnold Lentnek, 350 E. 79th St., #11B, New York, NY (404-798-7152) (Infectious Disease), Dr. John DiOrio, Jr., 1725 Broad St., Cranston, RI (401-467-6270) (Ob/Gyn) and Dr. Richard M. Sobel, 101 Passage Point, Peachtree City, GA (800-381-2795) (Emergency Medicine) |
| Deft Experts: | Dr. Evan Keith Saunders, 2901 W. Kinnickinnic River Pkwy., #417, Milwaukee, WI (414-649-3313) (Ob/Gyn) and Dr. Chris Costas (Infectious Disease) for Planned Parenthood |

July 6, 2002, Irene Stevenson (age 23) underwent an elective abortion of a seventeen week pregnancy at Planned Parenthood. She died six days later on July 12, 2002, due to sepsis resulting from retained products of conception (survived by husband and two minor children; jury allocated wrongful death portion of award $250,000 to husband, $1,750,000 to each child). Estate contended non-medical personnel at Planned Parenthood mishandled post-procedure emergency telephone calls and failed to advise patient to seek immediate medical attention for pain, fever and chills. Stevenson went to the emergency room at Michael Reese Hospital on July 9, where E/R physician Gregg Lloyd allegedly misdiagnosed her condition as hepatitis, failed to prescribe antibiotics, and failed to timely diagnose and treat septic abortion, sepsis and disseminated intravascular coagulation. Defense for Planned Parenthood maintained phone calls were handled appropriately.

(c) Law Bulletin Publishing Company 2008   19-JUN-2008 15:08



**AccessPlus®**

Cook County & Illinois

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 8/25/2006**
**CIVIL RIGHTS--BELLWOOD COPS SHOOT, KILL MENTALLY ILL MAN, LOCK UP SISTERS**
(XX 45/8) *Estate of Vincent Saponaro, deceased, Antoinette Saponaro, Marie Saponaro v Village of Bellwood, Russell Mangano, Kenneth Lietz, David Byerley, Donald Lambert, Jason Williams*   04M4-1304 (refile of 98L-4985) Tried: Apr. 11-21, 2006 (14)

| | |
|---|---|
| Verdict: | $425,000: $200,000 after 49% off $408,163 to Vincent's Estate v Village of Bellwood, Mangano and Lietz on Wrongful Death count (computation error by jury); $65,000 to Vincent's Estate v Village of Bellwood, Mangano and Lietz on Survival count ($35,000 survival pain & suffering; $15,000 emotional distress; $15,000 loss of normal life); Not Guilty to Vincent's Estate v Byerley, Lambert and Williams; $80,000 to Antoinette v Village of Bellwood, Mangano and Lambert; $80,000 to Marie v Village of Bellwood, Mangano and Williams. |
| Judge: | James V. Murphy (IL Cook-4th Muni Civil) |
| Pltf Atty: | Jerome F. Marconi for all pltfs Demand: none Asked: $850,000 - $1,400,000 total |
| Deft Attys: | Stephen R. Miller and Laura L. Scarry of *Myers, Miller* for all defts (St. Paul) Offer:  none |
| Deft Medl: | Dr. Ralph Orland (Psychiatrist) for all defts |
| Pltf Expert: | Louis Reiter (Police Procedure) for all pltfs |
| Deft Expert: | Ronald McCarthy, R.M. McCarthy & Associates, 1402 N. El Camino Real, San Clemente, CA (949-369-8181) (Police Procedure) for all defts |

July 24, 1997, when Vincent Saponaro, a 67-year-old mentally ill man living in Bellwood with sisters Antoinette (69) and Marie (62), found out a Hines V.A. nurse was coming to give him his monthly Haldol injection, he barricaded himself inside a basement apartment and began breaking things with an axe.  Antoinette called 911, describing her brother as mentally ill and reporting his behavior.  Bellwood police arrived within minutes; the nurse arrived at about the same time.  Vincent would not come out of the basement.  Antoinette was outside, talking to the police, when the officer in charge ordered her taken to the police station where she was placed in a holding cage under "protective custody," and later locked in a jail cell.  When Marie opened the door to the house, she was handcuffed and placed in a squad car.  With both sisters out of the house, several officers entered and tried talking to Vincent, who charged the stairs with his axe, making it to the kitchen, where police unsuccessfully tried stopping him with pepper spray and then shot him six times in the chest.  He was pronounced dead a short time later at Loyola.  Police were on the scene for about 30 minutes before the shooting, about 10 of those in the house.  Antoinette and Marie (who was brought to the station after her brother was shot) were released later that night without being charged; they claimed false imprisonment.  Defts contended they acted appropriately under the circumstances and were justified in the use of deadly force to stop Vincent.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 5/5/2006**

**MEDICAL MALPRACTICE--WHEELCHAIR FALL INSIDE HOSPITAL'S TRANSPORT VAN**

*(XX 29/3) Estate of Ferdinand Timmreck, deceased v Resurrection Medical Center*   04L-1441 Tried: Feb. 6-10, 2006 (12W)

| | |
|---|---|
| Verdict: | $350,000 ($250,000 wrongful death; $69,000 pain & suffering; $10,000 disability; $20,000 medical expenses; $1,000 funeral expenses) |
| Judge: | Richard B. Berland  (IL Cook-Law) |
| Pltf Atty: | Peter D. Hoste of *Leahy & Hoste* Demand: $200,000 Asked: $2,000,000 |
| Deft Atty: | Mary N. Nielsen of *Hall, Prangle* (Self-Insured) Offer: $150,000 |
| Deft Medl: | Dr. Ziauddin Ahmed (Internist) |
| Pltf Expert: | Dr. Aldo Fusaro (Pathologist) |
| Deft Experts: | Dr. Jeffrey Huml (Pulmonologist) and Dr. John C. Sabbia (Internist) |

Oct. 21, 1999, wheelchair-bound Ferdinand Timmreck (M-73) attended deft Resurrection's adult day care program and was being taken home in a Medi-Ride van operated by driver Rick Beauchamp, an employee of deft hospital. During transport, Timmreck either fell out of his wheelchair or the wheelchair tipped over, requiring ambulance transportation to the emergency room. Timmreck sustained soft tissue injuries to his neck (ultimately diagnosed as myofascial pain syndrome) which resulted in increased immobility. He remained hospitalized and/or in a nursing home from the date of the occurrence until his death on Jan. 23, 2000, from pneumonia, sepsis and a resulting myocardial infarction (survived by wife and 3 adult children). Estate contended deft's driver was negligent in failing to secure the passenger in his wheelchair and failing to secure the wheelchair to the van. Estate argued that Timmreck's immobility, in combination with his pre-existing health problems, resulted in an increased likelihood of developing the pneumonia which caused his death, pointing to the fact that Timmreck was treated for pneumonia three times during the three months after the accident, while he had only been treated for pneumonia once in the preceding three years. Deft maintained there was no evidence its driver did anything out of the ordinary which could have caused Timmreck's fall and claimed Timmreck could have unbuckled his own seatbelt, resulting in the fall in the van. Defense denied the fall contributed to Timmreck's death and asserted that his death was the result of his numerous pre-existing conditions including heart disease, prior heart surgery, chronic obstructive pulmonary disease, dementia, multiple prior strokes, hemiplegia, a Parkinson-like neurological disorder, severe progressive degenerative joint disease, and advanced congestive heart failure. Defense further contended that Timmreck had a life expectancy of no more than six to twelve months due to these pre-existing conditions.

(c) Law Bulletin Publishing Company 2008    19-JUN-2008 15:08



**AccessPlus®**

**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 4/21/2006**
**MEDICAL MALRACTICE--SCHIZOPHRENIC PATIENT DIES DURING PSYCHOTIC EPISODE**
(XX 27/2) *Estate of Douglas Wertepny, deceased v St. Mary of Nazareth Hospital*   01L-4033 Tried: Jan. 6-19, 2006
(12P)

| | |
|---|---|
| Verdict: | $350,000: $50,000 on Survival Act count ($50,000 survival pain & suffering); $300,000 on Wrongful Death count ($100,000 loss of society to wife; $200,000 loss of society to daughter) |
| Judge: | Jennifer Duncan-Brice (IL Cook-Law) |
| Pltf Attys: | Mary Ellen Cagney and Stephen J. Coukos of *Levin & Perconti* Demand: $2,100,000 Asked: $3,500,000 |
| Deft Attys: | Matthew P. Walsh, II and James M. Lydon of *Hinshaw & Culbertson* (CHRPP) Offer: $100,000 |
| Pltf Medl: | Dr. Mohammad Butt (Psychiatrist) |
| Deft Medl: | Dr. Michel Louvain (Psychiatrist) |
| Pltf Experts: | Dr. Marcia Slomowitz, 333 N. Michigan Ave., #1125, Chicago, IL (312-726-1083) (Psychiatrist), Dianne M. Patrick, R.N., D. M. Patrick Consulting Ltd., 21363 Settler's Pond Drive, Frankfort, IL (708-494-0008) (Nurse, Psychiatric) and Dr. Shaku Teas (Pathologist) |
| Deft Experts: | Mary Johnson, R.N., Rush University, Armour Academic Center, 600 S. Paulina, Chicago, IL (312-942-2766) (Nurse, Psychiatric), Dr. Louis J. Kraus (Psychiatrist) and Dr. Joseph Hartmann (Cardiologist) |

Douglas Wertepny was voluntarily admitted to St. Mary of Nazareth Hospital's psychiatric ward on the afternoon of April 9, 1999, after being brought to the hospital by his wife and mother. Wertepny, age 43, was a lifelong paranoid schizophrenic and was experiencing a worsening of symptoms, including increasing auditory hallucinations, paranoia, agitation, and without sleep for two days. He had been taking Clozaril, an atypical antipsychotic medication, since 1992. After an initial nursing assessment, the nursing staff obtained admitting orders over the phone from the attending psychiatrist, who ordered 400 mg of Clozaril given twice a day. The attending psychiatrist also ordered routine lab work and another antipsychotic medication, Thorazine, to be used by nurses on an "as needed" basis to relieve psychotic symptoms. On the afternoon of April 10, 1999, Wertepny suffered a psychotic episode during which he punched a CNA and attempted to attack numerous hospital staff members. As a result, he was taken down to the floor and held by numerous nurses and mental health workers until he was handcuffed by security. During the restraining process, his paranoia increased, which raised his adrenaline (epinephrine) levels, causing cardiac arrhythmia and a fatal cardiac arrest within five minutes of the take-down. He was survived by his wife and a 17-year-old daughter (he was unemployed due to his psychiatric condition). Estate contended the psychiatric nursing staff failed to follow the attending physician's orders and failed to properly intervene to address patient's increasing restlessness and agitation throughout the day, causing his behavior to escalate out of control and leading to the restraint event. Wertepny did not receive his evening dose of Clozaril on April 9 because he refused a blood draw for the routine lab work, which was necessary before the administration of the drug, and the estate argued the attending psychiatrist should have been notified. Patient allowed blood draw in the morning on April 10 and then received his dose of Clozaril. Estate further alleged that the nursing staff failed to administer enough Thorazine and notify the attending psychiatrist when patient began experiencing escalating psychosis and agitation during the day of April 10. Pltf's tendered adverse inference instruction was given due to a monitoring log that was reportedly misplaced by the hospital. Defense asserted the missed dose of Clozaril did not affect Wertepny's psychosis, nursing staff properly intervened to address psychotic symptoms presented on April 10, his outburst was unpredictable and entirely attributable to his underlying psychiatric disorder and labile mood, and he had cardiomyopathy which made him more susceptible to cardiac arrhythmias. Jurors were reportedly split 6-6 on liability before reaching their verdict.

(c) Law Bulletin Publishing Company 2008   19-JUN-2008 15:08



**A**CCESS**P**LUS®

**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 2/10/2006**
**MEDICAL MALPRACTICE--DEATH DUE TO FAILURE TO PREVENT SELF-EXTUBATION**
(XX 17/1) *Estate of Alice Kellis, deceased v Jackson Park Hospital, Dr. Ilana Rachshtut*   02L-6102 Tried: Nov. 15-Dec. 7, 2005 (12S)

| | |
|---|---|
| Verdict: | $1,000,000 ($200,000 wrongful death/loss of society; $800,000 survival pain & suffering) |
| Judge: | Sharon Johnson Coleman  (IL Cook-Law) |
| Pltf Atty: | James M. Sanford and David A. Argay of *Cochran, Cherry* Demand: $2,000,000 Asked: $4,000,000 |
| Deft Atty: | Karen M. Vivian and Joan R. Stohl of *Querrey & Harrow* for both defts (Self-Insured) Offer: $300,000 total |
| Pltf Medl: | Dr. Dae Choi (Anesthesiologist) |
| Deft Medl: | Dr. Tina Desai (Vascular Surgeon) and Dr. Bangalore Murthy (Internist) for both defts |
| Pltf Experts: | Dr. Thomas Rainey, 6407 Bradley Blvd., Bethesda, MD (301-365-4153) (Critical Care) and Tracy Ross, R.N., Sentara Virginia Beach General Hospital, 1060 First Colonial Rd., Virginia Beach, VA (757-395-8000) (Nursing) |
| Deft Experts: | Dr. Kenneth Tuman (Anesthesiologist) and Karen Conboy, R.N., Our Lady of Resurrection Hospital, 5645 W. Addison, Chicago, IL (773-282-7000) (Nurse, Critical Care)  for both defts |

After suffering a seizure at home, patient F-62 was admitted to the ICU with respiratory distress and intubated with an endotracheal tube.  Her prior medical history included COPD, congestive heart failure, myocardial infarction, stroke, hypertension, seizure disorder, and dependence on home oxygen.  While in the ICU on April 4, 2001, patient was not restrained and she extubated herself.  She was given a respiratory depressant sedative, and four minutes later was found unresponsive.  Despite resuscitation efforts, she died (survived by 4 adult children).  No autopsy was performed.  Estate contended defts failed to take appropriate measures to prevent self-extubation, including timely application of wrist restraints and sedation when patient became agitated, failed to properly evaluate and monitor patient after self-extubation, and failed to timely reintubate, leading to respiratory arrest that progressed to cardiac arrest.  Defts maintained they acted appropriately in taking measures to prevent self-extubation, including timely application of wrist restraints and sedation, but patient self-extubated by coughing and shaking her head.  Defense asserted patient was properly assessed following self-extubation, she was placed on an oxygen mask rather than immediately reintubated because she was breathing well on her own, and she continued to be closely monitored including telemetry monitoring of vital signs.  Defense argued patient went into an unrelated cardiac arrest, which was not precipitated by respiratory arrest, most likely due to a fatal arrhythmia given her medical history, which was followed by cardiorespiratory arrest.

(c) Law Bulletin Publishing Company 2008     19-JUN-2008 15:08





**Cook County & Illinois**

# JURY VERDICT REPORTER

**Publication: Cook County Jury Verdict Reporter   Published: 2/3/2006**
**MOTORCYCLE--FATAL INJURIES TO BIKER AFTER BEING CUT OFF BY SENIOR'S S.U.V.**
(XX 16/1) *Estate of Edward McChrystal, deceased v Estate of Robert Morgenthaler, deceased*   02L-4402 Tried: Nov. 28-Dec. 5, 2005 (1M)

| | |
|---|---|
| Verdict: | $1,059,087 ($900,000 wrongful death; $100,000 survival pain & suffering; $59,087 medical and funeral expenses) |
| Judge: | Thomas L. Hogan (IL Cook-Law) |
| Pltf Attys: | Michael M. Cushing and John C. Ambrose of *Ambrose & Cushing* Demand: $675,000 Asked: $2,229,087 |
| Deft Atty: | Lawrence R. Smith of *O'Hagan, Smith* (Farmer's) Offer: $650,000 |

June 9, 2001, deft M-70 was driving his wife and friends to William Tell Restaurant on Joliet Road in Countryside, traveling eastbound, when he began a left turn into the parking lot and stopped in the middle of the roadway in front of an oncoming westbound motorcycle being driven by Edward McChrystal. The motorcycle skidded into the passenger side of deft's SUV. McChrystal, M-21, was taken to LaGrange Memorial Hospital with multiple injuries, where he was placed on life support and eventually died 27 hours after the crash ($49,029 medl. bills, $10,418 funeral expenses). Deft, a retired pharmacist, died in June 2005 of unrelated causes. Eyewitnesses gave conflicting testimony as to the speed of the motorcycle prior to the collision; pltf's estate contended McChrystal was going the 40 mph speed limit. The court barred both parties' reconstruction experts at trial. Defense contended pltf was traveling at a high rate of speed and failed to keep a proper lookout, making him responsible for the collision.

(c) Law Bulletin Publishing Company 2008   19-JUN-2008 15:08



08CV3549
JUDGE CONLON
MAGISTRATE JUDGE DENLOW
RCC



RECEIVED
MAY 2 8 2008
SANOFI-AVENTIS LEGAL

CORPORATION SERVICE COMPANY®

# Notice of Service of Process

TVW / ALL
**Transmittal Number: 5801079**
**Date Processed: 05/24/2008**

| | |
|---|---|
| **Primary Contact:** | Mr. Jason Steinhart<br>Sanofi-Aventis US<br>55 Corporate Drive<br>Mail Stop 55C-525A<br>Bridgewater, NJ 08807-0977 |
| **Copy of transmittal only provided to:** | Diane Ponte<br>Sandi Stuckert |

| | |
|---|---|
| **Entity:** | Sanofi-Aventis U.S. Inc.<br>Entity ID Number 2247107 |
| **Entity Served:** | Sanofi-Aventis U.S., Inc. |
| **Title of Action:** | Jeff Scott, as Special Administrator of the Estate of Christie Scott vs. Sanofi-Aventis |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Wrongful Death |
| **Court:** | Circuit Court of Cook County, Illinois |
| **Case Number:** | 2008L002027 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 05/23/2008 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Scott A. Kogen<br>312-782-7341 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

**EXHIBIT**

tabbies®    C

2120 - Served                    2121 - Served
2220 - Not Served                2221 - Not Served
2320 - Served By Mail            2321 - Served By Mail
2420 - Served By Publication     2421 - Served By Publication
SUMMONS                          ALIAS - SUMMONS          CCG N001-10M-1-07-05 (                    )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

JEFF SCOTT

v.

SANOFI-AVENTIS et al,

*Sanofi-Aventis U.S. Inc through its*

No. 2008 L 002027

Please serve registered agent @
Prentice Hall Corporation 33 N. LaSalle
St.
Chicago, Illinois 60602

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is
hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the
following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

☐ District 2 - Skokie          ☐ District 3 - Rolling Meadows   ☐ District 4 - Maywood
    5600 Old Orchard Rd.            2121 Euclid                       1500 Maybrook Ave.
    Skokie, IL 60077               Rolling Meadows, IL 60008          Maywood, IL 60153

☐ District 5 - Bridgeview      ☐ District 6 - Markham            ☐ Child Support
    10220 S. 76th Ave.             16501 S. Kedzie Pkwy.              28 North Clark St., Room 200
    Bridgeview, IL 60455          Markham, IL 60426                  Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF
REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall
be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32193

Name: Scott A. Kogen

Atty. for: Plaintiff

Address: 134 N LaSalle, Suite 1515

City/State/Zip: Chicago, Illinois 60602

Telephone: (312)782-7341

WITNESS, _____

_____, _____

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant
or other person)

Service by Facsimile Transmission will be accepted at: _____
                                                        (Area Code)   (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JEFF SCOTT as Special Administrator of | ) | |
| The estate of CHRISTIE SCOTT, | ) | |
| | ) | No. |
| Plaintiff, | ) | |
| | ) | 2008L002027 |
| | ) | CALENDAR/ROOM C |
| v. | ) | TIME 00:00 |
| | ) | 2. Other |
| SANOFI-AVENTIS, | ) | |
| SANOFI-AVENTIS U.S., INC., | ) | |
| SANOFI-SYNTHELABO | ) | |
| SANOFI-SYNTHELABO, INC., | ) | |
| | ) | |
| | ) | |

## COMPLAINT AT LAW

NOW COMES Plaintiff, JEFF SCOTT as Special Administrator of the Estate of CHRISTIE SCOTT, by and through his attorneys, LAW OFFICES OF SCOTT A. KOGEN & ASSOCIATES, P.C. and complains against all the above captioned Defendants as follows:

1.     Sanofi-Aventis is a corporation organized and existing under the laws of France, and having its principal place of business at 174 Avenue de France, Paris, France, and is involved in the manufacture of the drug, Ambien.

2.     Sanofi-Aventis U.S. Inc, and Sanofi-Synthelabo, Inc., manufacture the prescription drug Ambien.

3.     Sanofi-Aventis U.S., Inc. was the U.S. subsidiary of Sanofi-Aventis, and is a Delaware corporation licensed to do business within the State of Illinois, and is involved in the manufacture of the Drug, Ambien.

4.     On or about February 26, 2006, Sanofi-Synthelabo, Inc., was the U.S. subsidiary of Sanofi-Synthelabo, and is a Delaware corporation licensed to do business within the State of Illinois.

5. On or about February 26, 2006, Plaintiff, CHRISTIE SCOTT was taking the prescription medication Ambien.

1

6.      On or about February 26, 2006, after taking the medication, Ambien, which the Defendants manufactured, CHRISTIE SCOTT, was sleep walking and fell down a flight of stairs and died. The sleep walking and resultant death from her fall was proximately caused by the Ambien.

## COUNT I NEGLIGENCE

7.      Plaintiff hereby incorporates by reference each paragraph of this Complaint as though fully set forth herein.

8.      At all times material hereto, Defendants, designed, developed, manufactured, marketed, delivered and/or sold Ambien.

9.      At all times material hereto, Defendants knew or should have known that Ambien would be used by Plaintiff who would suffer the adverse side effects of sleepwalking.

10.     At all times material hereto, Defendants designed, developed, manufactured, marketed, distributed and/or sold Ambien knowing, or through the exercise of reasonable care, should have known that it was defective and would damage the Plaintiff.

11.     Defendants failed to warn, or adequately or sufficiently warn, either directly or indirectly, the foreseeable users of the potential hazards and costs associated with the use of Ambien.

12.     Defendants failed to adequately test Ambien.

13.     Defendants systematically failed to represent accurately to the Plaintiff, either directly or indirectly, that Ambien and its constituents can pose a health hazard and injure or cause death to persons by its adverse side-effects or that Ambien was defective.

14.     Defendants systematically failed to monitor and investigate reported instances of sleepwalking resulting from the use of Ambien.

15.     Defendants systematically failed to train, warn or educate, or inadequately, trained, warned or educated the Plaintiff or their doctors of the signs and symptoms of adverse reactions of sleepwalking to the use of Ambien or that users of Ambien should be carefully observed for signs or symptoms of adverse side affects, even though it had a duty to do so.

16.     Defendants failed to acknowledge responsibility for adverse side effects caused by Ambien, thereby contributing to the false impression cultivated by Defendants that Ambien is safe.

2

17.    Defendants failed to represent accurately to Plaintiff, either directly or indirectly, that Ambien, used for its ordinary and intended purpose, can pose a health hazard and/or injure users, whereby Plaintiff was induced to purchase ambient.

18.    Defendants at all times failed and continue to fail to perform their duties to warn and recall.

19.    Upon information and belief, Defendants' actions, as alleged, constitute violations of statutory and regulatory provisions.

20.    Defendants' acts and omissions complained of in this count were committed by them with indifference to the rights of the Plaintiff and were carried out to maximize the sale of Ambien.

21.    As a direct and proximate result of Defendants' conduct, Plaintiff suffered damage and death.

## COUNT II STRICT LIABILITY

22.    Plaintiff hereby incorporates by reference each paragraph of this Complaint, as though fully set forth herein.

23.    Defendants have been and are engaged in the business of designing, manufacturing, marketing, distributing and/or selling Ambien.

24.    Ambien, as used by Plaintiff was defective and unreasonably dangerous, unfit for its intended use because of the deleterious and highly harmful effects to caused to Plaintiff.

25.    Defendants reasonably expected Ambien to be used by Plaintiff.

26.    Plaintiff used Ambien in the manner in which was intended and exacted by Defendants.  Upon information and belief, at the time of such use, Ambien had not been changed from the time it was designed, manufactured, marketed, distributed or sold by Defendants.

27.    As a direct and proximate cause of Plaintiff using Defendants defective and unreasonably dangerous product, Plaintiff has suffered damage and death.

## COUNT III BREACH OF IMPLIED WARRANTIES

28.    Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

3

29.    Defendants failed to represent accurately to Plaintiff, either directly or indirectly, that Ambien is unfit and unsafe to consumers with insomnia and other sleep related disorders.

30.    Defendants intended Ambien to be used on persons suffering from insomnia, and impliedly warranted through the sale, advertising, and/or marketing of Ambien that it was fit for these normal and foreseeable uses.

31.    Plaintiff as foreseeable and intended user of Defendant's product, relied upon Defendant's representations, skill, expertise and judgment in assuming that Ambien would not only perform its basic functions as warranted, but was safe, and would not have adverse side effects of sleep walking.

32.    Defendant breached these implied warranties in that Ambien as designed, manufactured, marketed, distributed or sold is deleterious and highly harmful, and can and does injure persons and others as a result of their entering into a hypnotic state and sleep walking.

33.    As a direct and proximate result of Defendants' breach of implied warranties of goods and merchantable quality and fitness for a particular purpose and for their intended use, Plaintiff suffered and was caused death.

## COUNT IV FRAUD

34.    Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

35.    Defendants at all times in designing, manufacturing, marketing, distributing and selling Ambien knew that this product was and is hazardous and/or potentially hazardous to consumers, and knew that it causes sleep walking.

36.    At all times relevant in marketing their Ambien, Defendants falsely and fraudulently represented expressly or impliedly to Plaintiff, the public and the market that Ambien was safe. Defendants suppressed and concealed facts that Ambien could be harmful, dangerous and deleterious to consumers. Defendants knew of these dangerous propensities when it designed, manufactured, marketed and distributed and sold Ambien.

37.    Defendants at all times had a continuing duty to disclose the dangerous propensities of their product to Plaintiff, the public, and the market, and the suppression of these facts constituted misleading and fraudulent misrepresentations because Defendants published disseminated information such as publications and televised commercials representing Ambien would put a person to sleep and was well-suited, safe, and highly effective for its intended, use, and which were likely to mislead for want of communication of suppressed facts, including the hazardous nature and dangerous propensities of Ambien's side effects.

4

38.    The misrepresentations, suppressions, and failures to disclose information were made by Defendants with the intent to induce Plaintiff, the public and the market to purchase and use Ambien.

39.    Plaintiff relied on Defendants' misrepresentations as well as the absence of adverse information in purchasing and using Ambien.

40.    Defendants continued at all times relevant to falsely and fraudulently misrepresent, suppress, and fail to disclose the dangerous propensities of Ambien, including the fact that Ambien causes sleep walking.

41.    Plaintiff at the times these failures to disclose and suppressions of fact occurred, and that the time of purchase and use of the product, were ignorant of the existence of the facts that Defendants misrepresented, suppressed and failed to disclose. If plaintiff had been aware of the existence of the facts misrepresented or not disclosed by Defendants, Plaintiff would not have purchased or used Ambien, and would not have suffered the damages alleged herein.

42.    As a direct and proximate result of Defendants suppression of facts and failure to disclose, and the continued manufacture, sale and marketing of Ambien, Plaintiff was directly and materially harmed.

43.    All Defendants acts and omissions complained of in this count were committed by them with indifference of the rights of Plaintiff and were intentionally carried out to maximize the same and use of Ambien.

## COUNT V EXPRESS WARRANTY

44.    The Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

45.    At all times relevant, Defendants, in order to induce the Plaintiff to purchase and use Ambien, warranted and represented that its product was safe for its intended use for insomnia.

46.    Plaintiff purchased and used Ambien in reliance on the Defendnats' above-mentioned warranties and representations.

47.    The Ambien distributed, sold and/or delivered to Plaintiff was not of a character as stated by Defendants, but was defective and deficient as it did not put Plaintiff to sleep but placed Plaintiff in a hypnotic state.

48.    Upon information and belief, Defendants received due and proper notice.

49.    As a result of the defective and deficient nature of Ambien, which is contrary to the warranties and representations of Defendants, the Plaintiff suffered damage and death.

WHEREFORE, Plaintiff, JEFF SCOTT as Special Administrator of the Estate of CHRISTIE SCOTT request that this Honorable Court enter Judgment in favor of the Plaintiff in an amount in excess of Fifty Thousand Dollars ($50,000.00), and any further relief which this Court deems appropriate.

Scott A. Kogen, P.C.

Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle St., Suite 1515
Chicago, IL 60602
312-782-7341
32193

6





# Notice of Service of Process

SFS / ALL
Transmittal Number: 5800398
Date Processed: 05/23/2008

| | |
|---|---|
| Primary Contact: | Mr. Jason Steinhart<br>Sanofi-Aventis US<br>55 Corporate Drive<br>Mail Stop 55C-525A<br>Bridgewater, NJ 08807-0977 |
| Copy of transmittal only provided to: | Sandi Stuckert<br>Diane Ponte |

| | |
|---|---|
| Entity: | Sanofi-Synthelabo Inc.<br>Entity ID Number  0160847 |
| Entity Served: | Sanofi-Synthelabo |
| Title of Action: | Jeff Scott, as Special Administrator of the Estate of Christie Scott vs. Sanofi-Aventis |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Wrongful Death |
| Court: | Cook County  Circuit Court, Illinois |
| Case Number: | 2008L002027 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 05/23/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Scott A. Kogen<br>312-782-7341 |

**Docket History: (Other documents received by CSC in this case)**

| | Document Type | Date Served | Contact Name | Delivery Method | Tracking Number | Transmittal ID |
|---|---|---|---|---|---|---|
| - | Summons/Complaint | 05/23/2008 | Mr. Jason Steinhart | PRINTFARM | | 5798889 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

2120 - Served       2121 - Served
2220 - Not Served     2221 - Not Served
2320 - Served By Mail   2321 - Served By Mail
2420 - Served By Publication   2421 - Served By Publication
SUMMONS         ALIAS - SUMMONS     CCG N001-10M-1-07-05 (           )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)
JEFF SCOTT

v.

SANOFI-AVENTIS et al,

*Sanofi-Synthelabo through its*

No. 2008 L 002027

Please serve registered agent @
Prentice Hall Corporation 33 N. LaSalle
St.
Chicago, Illinois 60602

### SUMMONS

To each Defendant:

     YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

    ☑ Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

    ☐ District 2 - Skokie        ☐ District 3 - Rolling Meadows     ☐ District 4 - Maywood
      5600 Old Orchard Rd.          2121 Euclid                  1500 Maybrook Ave.
      Skokie, IL 60077             Rolling Meadows, IL 60008       Maywood, IL 60153

    ☐ District 5 - Bridgeview      ☐ District 6 - Markham         ☐ Child Support
      10220 S. 76th Ave.           16501 S. Kedzie Pkwy.          28 North Clark St., Room 200
      Bridgeview, IL 60455        Markham, IL 60426           Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

     This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date. MAY 2 0 2008.

Atty. No.: 32193 _____

Name: Scott A. Kogen _____

Atty. for: Plaintiff _____

Address: 134 N LaSalle, Suite 1515 _____

City/State/Zip: Chicago, Illinois 60602 _____

Telephone: (312)782-7341 _____

Service by Facsimile Transmission will be accepted at: _____

WITNESS _____
DOROTHY BROWN

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant
or other person)

_____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

JEFF SCOTT as Special Administrator of )
The estate of CHRISTIE SCOTT,          )
                                       )          No.
                           Plaintiff,  )
                                       )                    2008L002027
                                       )                    CALENDAR/ROOM C
v.                                     )                    TIME 00:00
                                       )                    91 Other
SANOFI-AVENTIS,                        )
SANOFI-AVENTIS U.S., INC.,             )
SANOFI-SYNTHELABO                      )
SANOFI-SYNTHELABO, INC.,               )
                                       )
                                       )

## COMPLAINT AT LAW

NOW COMES Plaintiff, JEFF SCOTT as Special Administrator of the Estate of
CHRISTIE SCOTT, by and through his attorneys, LAW OFFICES OF SCOTT A.
KOGEN & ASSOCIATES, P.C. and complains against all the above captioned
Defendants as follows:

1.      Sanofi-Aventis is a corporation organized and existing under the laws of France,
and having its principal place of business at 174 Avenue de France, Paris, France, and is
involved in the manufacture of the drug, Ambien.

2.      Sanofi-Aventis U.S. Inc, and Sanofi-Synthelabo, Inc., manufacture the
prescription drug Ambien.

3.      Sanofi-Aventis U.S., Inc. was the U.S. subsidiary of Sanofi-Aventis, and is a
Delaware corporation licensed to do business within the State of Illinois, and is involved
in the manufacture of the Drug, Ambien.

4.      On or about February 26, 2006, Sanofi-Synthelabo, Inc., was the U.S. subsidiary
of Sanofi-Synthelabo, and is a Delaware corporation licensed to do business within the
State of Illinois.

5. On or about February 26, 2006, Plaintiff, CHRISTIE SCOTT was taking the
prescription medication Ambien.

1

6.    On or about February 26, 2006, after taking the medication, Ambien, which the Defendants manufactured, CHRISTIE SCOTT, was sleep walking and fell down a flight of stairs and died. The sleep walking and resultant death from her fall was proximately caused by the Ambien.

## COUNT I NEGLIGENCE

7.    Plaintiff hereby incorporates by reference each paragraph of this Complaint as though fully set forth herein.

8.    At all times material hereto, Defendants, designed, developed, manufactured, marketed, delivered and/or sold Ambien.

9.    At all times material hereto, Defendants knew or should have known that Ambien would be used by Plaintiff who would suffer the adverse side effects of sleepwalking.

10.    At all times material hereto, Defendants designed, developed, manufactured, marketed, distributed and/or sold Ambien knowing, or through the exercise of reasonable care, should have known that it was defective and would damage the Plaintiff.

11.    Defendants failed to warn, or adequately or sufficiently warn, either directly or indirectly, the foreseeable users of the potential hazards and costs associated with the use of Ambien.

12.    Defendants failed to adequately test Ambien.

13.    Defendants systematically failed to represent accurately to the Plaintiff, either directly or indirectly, that Ambien and its constituents can pose a health hazard and injure or cause death to persons by its adverse side-effects or that Ambien was defective.

14.    Defendants systematically failed to monitor and investigate reported instances of sleepwalking resulting from the use of Ambien.

15.    Defendants systematically failed to train, warn or educate, or inadequately, trained, warned or educated the Plaintiff or their doctors of the signs and symptoms of adverse reactions of sleepwalking to the use of Ambien or that users of Ambien should be carefully observed for signs or symptoms of adverse side affects, even though it had a duty to do so.

16.    Defendants failed to acknowledge responsibility for adverse side effects caused by Ambien, thereby contributing to the false impression cultivated by Defendants that Ambien is safe.

17.     Defendants failed to represent accurately to Plaintiff, either directly or indirectly, that Ambien, used for its ordinary and intended purpose, can pose a health hazard and/or injure users, whereby Plaintiff was induced to purchase ambient.

18.     Defendants at all times failed and continue to fail to perform their duties to warn and recall.

19.     Upon information and belief, Defendants' actions, as alleged, constitute violations of statutory and regulatory provisions.

20.     Defendants' acts and omissions complained of in this count were committed by them with indifference to the rights of the Plaintiff and were carried out to maximize the sale of Ambien.

21.     As a direct and proximate result of Defendants' conduct, Plaintiff suffered damage and death.

## COUNT II STRICT LIABILITY

22.     Plaintiff hereby incorporates by reference each paragraph of this Complaint, as though fully set forth herein.

23.     Defendants have been and are engaged in the business of designing, manufacturing, marketing, distributing and/or selling Ambien.

24.     Ambien, as used by Plaintiff was defective and unreasonably dangerous, unfit for its intended use because of the deleterious and highly harmful effects to caused to Plaintiff.

25.     Defendants reasonably expected Ambien to be used by Plaintiff.

26.     Plaintiff used Ambien in the manner in which was intended and exacted by Defendants. Upon information and belief, at the time of such use, Ambien had not been changed from the time it was designed, manufactured, marketed, distributed or sold by Defendants.

27.     As a direct and proximate cause of Plaintiff using Defendants defective and unreasonably dangerous product, Plaintiff has suffered damage and death.

## COUNT III BREACH OF IMPLIED WARRANTIES

28.     Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

3

29.    Defendants failed to represent accurately to Plaintiff, either directly or indirectly, that Ambien is unfit and unsafe to consumers with insomnia and other sleep related disorders.

30.    Defendants intended Ambien to be used on persons suffering from insomnia, and impliedly warranted through the sale, advertising, and/or marketing of Ambien that it was fit for these normal and foreseeable uses.

31.    Plaintiff as foreseeable and intended user of Defendant's product, relied upon Defendant's representations, skill, expertise and judgment in assuming that Ambien would not only perform its basic functions as warranted, but was safe, and would not have adverse side effects of sleep walking.

32.    Defendant breached these implied warranties in that Ambien as designed, manufactured, marketed, distributed or sold is deleterious and highly harmful, and can and does injure persons and others as a result of their entering into a hypnotic state and sleep walking.

33.    As a direct and proximate result of Defendants' breach of implied warranties of goods and merchantable quality and fitness for a particular purpose and for their intended use, Plaintiff suffered and was caused death.

## COUNT IV FRAUD

34.    Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

35.    Defendants at all times in designing, manufacturing, marketing, distributing and selling Ambien knew that this product was and is hazardous and/or potentially hazardous to consumers, and knew that it causes sleep walking.

36.    At all times relevant in marketing their Ambien, Defendants falsely and fraudulently represented expressly or impliedly to Plaintiff, the public and the market that Ambien was safe. Defendants suppressed and concealed facts that Ambien could be harmful, dangerous and deleterious to consumers. Defendants knew of these dangerous propensities when it designed, manufactured, marketed and distributed and sold Ambien.

37.    Defendants at all times had a continuing duty to disclose the dangerous propensities of their product to Plaintiff, the public, and the market, and the suppression of these facts constituted misleading and fraudulent misrepresentations because Defendants published disseminated information such as publications and televised commercials representing Ambien would put a person to sleep and was well-suited, safe, and highly effective for its intended, use, and which were likely to mislead for want of communication of suppressed facts, including the hazardous nature and dangerous propensities of Ambien's side effects.

38.    The misrepresentations, suppressions, and failures to disclose information were made by Defendants with the intent to induce Plaintiff, the public and the market to purchase and use Ambien.

39.    Plaintiff relied on Defendants' misrepresentations as well as the absence of adverse information in purchasing and using Ambien.

40.    Defendants continued at all times relevant to falsely and fraudulently misrepresent, suppress, and fail to disclose the dangerous propensities of Ambien, including the fact that Ambien causes sleep walking.

41.    Plaintiff at the times these failures to disclose and suppressions of fact occurred, and that the time of purchase and use of the product, were ignorant of the existence of the facts that Defendants misrepresented, suppressed and failed to disclose. If plaintiff had been aware of the existence of the facts misrepresented or not disclosed by Defendants, Plaintiff would not have purchased or used Ambien, and would not have suffered the damages alleged herein.

42.    As a direct and proximate result of Defendants suppression of facts and failure to disclose, and the continued manufacture, sale and marketing of Ambien, Plaintiff was directly and materially harmed.

43.    All Defendants acts and omissions complained of in this count were committed by them with indifference of the rights of Plaintiff and were intentionally carried out to maximize the same and use of Ambien.

## COUNT V EXPRESS WARRANTY

44.    The Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

45.    At all times relevant, Defendants, in order to induce the Plaintiff to purchase and use Ambien, warranted and represented that its product was safe for its intended use for insomnia.

46.    Plaintiff purchased and used Ambien in reliance on the Defendnats' above-mentioned warranties and representations.

47.    The Ambien distributed, sold and/or delivered to Plaintiff was not of a character as stated by Defendants, but was defective and deficient as it did not put Plaintiff to sleep but placed Plaintiff in a hypnotic state.

48.    Upon information and belief, Defendants received due and proper notice.

49.   As a result of the defective and deficient nature of Ambien, which is contrary to the warranties and representations of Defendants, the Plaintiff suffered damage and death.

WHEREFORE, Plaintiff, JEFF SCOTT as Special Administrator of the Estate of CHRISTIE SCOTT request that this Honorable Court enter Judgment in favor of the Plaintiff in an amount in excess of Fifty Thousand Dollars ($50,000.00), and any further relief which this Court deems appropriate.

Scott A. Kogen, P.C.

Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle St., Suite 1515
Chicago, IL 60602
312-782-7341
32193

6



**CORPORATION SERVICE COMPANY®**



SFS / ALL
Transmittal Number: 5798889
Date Processed: 05/23/2008

# Notice of Service of Process

| | |
|---|---|
| Primary Contact: | Mr. Jason Steinhart<br>Sanofi-Aventis US<br>55 Corporate Drive<br>Mail Stop 55C-525A<br>Bridgewater, NJ 08807-0977 |
| Copy of transmittal only provided to: | Sandi Stuckert<br>Diane Ponte |

| | |
|---|---|
| Entity: | Sanofi-Synthelabo Inc.<br>Entity ID Number 0160847 |
| Entity Served: | Sanofi-Synthelabo Inc. |
| Title of Action: | Jeff Scott, as Special Administrator of the Estate of Christie Scott vs. Sanofi-Aventis |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Wrongful Death |
| Court: | Cook County  Circuit Court, Illinois |
| Case Number: | 2008L002027 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 05/23/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Scott A. Kogen<br>312-782-7341 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS    CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

JEFF SCOTT

v.

SANOFI-AVENTIS et al,

*Sanofi-Synthelabo,I through Its*

No. 2008 L 002027

Please serve registered agent @
Prentice Hall Corporation 33 N. LaSalle
St.
Chicago, Illinois 60602

### SUMMONS

To each Defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

To the officer:

    This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32193

Name: Scott A. Kogen

Atty. for: Plaintiff

Address: 134 N LaSalle, Suite 1515

City/State/Zip: Chicago, Illinois 60602

Telephone: (312) 782-7341

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____, _____

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code)    (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served By Mail | |
| 2420 – Served By Publication | 2421 – Served By Publication | |
| SUMMONS | ALIAS – SUMMONS | CCG N001-10M-1-07-05 ( ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)

JEFF SCOTT

v.

SANOFI-AVENTIS et al,

No. 2008 L 002027

Please serve registered agent @
Prentice Hall Corporation 33 N. LaSalle St.
Chicago, Illinois 60602

*Sanofi – Synthelebo, Inc through its*

### SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room ____801____, Chicago, Illinois 60602

☐ **District 2 - Skokie**
5600 Old Orchard Rd.
Skokie, IL 60077

☐ **District 3 - Rolling Meadows**
2121 Euclid
Rolling Meadows, IL 60008

☐ **District 4 - Maywood**
1500 Maybrook Ave.
Maywood, IL 60153

☐ **District 5 - Bridgeview**
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ **District 6 - Markham**
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ **Child Support**
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32193

Name: Scott A. Kogen

Atty. for: Plaintiff

Address: 134 N LaSalle, Suite 1515

City/State/Zip: Chicago, Illinois 60602

Telephone: (312)782-7341

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____

_____
Clerk of Court

Date of service: _____, _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code)    (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 2120 – Served | 2121 – Served | |
| 2220 – Not Served | 2221 – Not Served | |
| 2320 – Served By Mail | 2321 – Served By Mail | |
| 2420 – Served By Publication | 2421 – Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (                    ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

JEFF SCOTT

}

v.

AVENTIS SANOFI, SANOFI SYNTHELABO INC, SANOFI
AVENTIS, SYNTHELABO SANOFI

No. 2008 L 002027 _____

Please Serve: Prentice Hall Corp. as
Registered agnet for all of the
defendants' in this action.
33 N. LaSalle Street
Chicago, IL 60602

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ District 5 - Bridgeview | ☐ District 6 - Markham | ☐ Child Support |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32193 _____

Name: Scott A.Kogen

Atty. for: Plaintiff

Address: 134 N. LaSalle, Ste 1515

City/State/Zip: Chicago, IL 60602

Telephone: (312)782-7341

WITNESS. _____

MAY 0 8 2008

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant
or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (                    ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

JEFF SCOTT

v.

AVENTIS SANOFI SANOFI SYNTHELABO INC, SANOFI
AVENTIS, SYNTHELABO SANOFI

No. 2008 L 002027

Please Serve: Prentice Hall Corp. as
Registered agnet for all of the
defendants' in this action.
33 N. LaSalle Street
Chicago, IL 60602

**SUMMONS**

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is
hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the
following location:

☑ Richard J. Daley Center, 50 W. Washington, Room _____ 801 _____, Chicago, Illinois 60602

| ❑ District 2 - Skokie | ❑ District 3 - Rolling Meadows | ❑ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |

| ❑ District 5 - Bridgeview | ❑ District 6 - Markham | ❑ Child Support |
|---|---|---|
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

You must file within 30 days after service of this Summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF
REQUESTED IN THE COMPLAINT.

To the officer:

This Summons must be returned by the officer or other person to whom it was given for service, with
endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall
be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 32193

Name: Scott A.Kogen

Atty. for: Plaintiff

Address: 134 N. LaSalle, Ste 1515

City/State/Zip: Chicago, IL 60602

Telephone: (312)782-7341

WITNESS, _____

DOROTHY _____
CLERK OF _____

_____
Clerk of Court

Date of service: _____,
(To be inserted by officer on copy left with defendant
or other person)

Service by Facsimile Transmission will be accepted at: _____

(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

JEFF SCOTT as Special Administrator of )
The estate of CHRISTIE SCOTT,           )
                                        )        No.
                              Plaintiff, )
                                        )        2008L002027
                                        )        CALENDAR/ROOM C
v.                                      )        TIME 00:00
                                        )        P1 Other
SANOFI-AVENTIS,                         )
SANOFI-AVENTIS U.S., INC.,              )
SANOFI-SYNTHELABO                       )
SANOFI-SYNTHELABO, INC.,                )
                                        )
                                        )

**COMPLAINT AT LAW**

NOW COMES Plaintiff, JEFF SCOTT as Special Administrator of the Estate of
CHRISTIE SCOTT, by and through his attorneys, LAW OFFICES OF SCOTT A.
KOGEN & ASSOCIATES, P.C. and complains against all the above captioned
Defendants as follows:

1.      Sanofi-Aventis is a corporation organized and existing under the laws of France,
and having its principal place of business at 174 Avenue de France, Paris, France, and is
involved in the manufacture of the drug, Ambien.

2.      Sanofi-Aventis U.S. Inc, and Sanofi-Synthelabo, Inc., manufacture the
prescription drug Ambien.

3.      Sanofi-Aventis U.S., Inc. was the U.S. subsidiary of Sanofi-Aventis, and is a
Delaware corporation licensed to do business within the State of Illinois, and is involved
in the manufacture of the Drug, Ambien.

4.      On or about February 26, 2006, Sanofi-Synthelabo, Inc., was the U.S. subsidiary
of Sanofi-Synthelabo, and is a Delaware corporation licensed to do business within the
State of Illinois.

5. On or about February 26, 2006, Plaintiff, CHRISTIE SCOTT was taking the
prescription medication Ambien.

1

6.    On or about February 26, 2006, after taking the medication, Ambien, which the Defendants manufactured, CHRISTIE SCOTT, was sleep walking and fell down a flight of stairs and died. The sleep walking and resultant death from her fall was proximately caused by the Ambien.

## COUNT I NEGLIGENCE

7.    Plaintiff hereby incorporates by reference each paragraph of this Complaint as though fully set forth herein.

8.    At all times material hereto, Defendants, designed, developed, manufactured, marketed, delivered and/or sold Ambien.

9.    At all times material hereto, Defendants knew or should have known that Ambien would be used by Plaintiff who would suffer the adverse side effects of sleepwalking.

10.    At all times material hereto, Defendants designed, developed, manufactured, marketed, distributed and/or sold Ambien knowing, or through the exercise of reasonable care, should have known that it was defective and would damage the Plaintiff.

11.    Defendants failed to warn, or adequately or sufficiently warn, either directly or indirectly, the foreseeable users of the potential hazards and costs associated with the use of Ambien.

12.    Defendants failed to adequately test Ambien.

13.    Defendants systematically failed to represent accurately to the Plaintiff, either directly or indirectly, that Ambien and its constituents can pose a health hazard and injure or cause death to persons by its adverse side-effects or that Ambien was defective.

14.    Defendants systematically failed to monitor and investigate reported instances of sleepwalking resulting from the use of Ambien.

15.    Defendants systematically failed to train, warn or educate, or inadequately, trained, warned or educated the Plaintiff or their doctors of the signs and symptoms of adverse reactions of sleepwalking to the use of Ambien or that users of Ambien should be carefully observed for signs or symptoms of adverse side affects, even though it had a duty to do so.

16.    Defendants failed to acknowledge responsibility for adverse side effects caused by Ambien, thereby contributing to the false impression cultivated by Defendants that Ambien is safe.

17.    Defendants failed to represent accurately to Plaintiff, either directly or indirectly, that Ambien, used for its ordinary and intended purpose, can pose a health hazard and/or injure users, whereby Plaintiff was induced to purchase ambient.

18.    Defendants at all times failed and continue to fail to perform their duties to warn and recall.

19.    Upon information and belief, Defendants' actions, as alleged, constitute violations of statutory and regulatory provisions.

20.    Defendants' acts and omissions complained of in this count were committed by them with indifference to the rights of the Plaintiff and were carried out to maximize the sale of Ambien.

21.    As a direct and proximate result of Defendants' conduct, Plaintiff suffered damage and death.

## COUNT II STRICT LIABILITY

22.    Plaintiff hereby incorporates by reference each paragraph of this Complaint, as though fully set forth herein.

23.    Defendants have been and are engaged in the business of designing, manufacturing, marketing, distributing and/or selling Ambien.

24.    Ambien, as used by Plaintiff was defective and unreasonably dangerous, unfit for its intended use because of the deleterious and highly harmful effects to caused to Plaintiff.

25.    Defendants reasonably expected Ambien to be used by Plaintiff.

26.    Plaintiff used Ambien in the manner in which was intended and exacted by Defendants.  Upon information and belief, at the time of such use, Ambien had not been changed from the time it was designed, manufactured, marketed, distributed or sold by Defendants.

27.    As a direct and proximate cause of Plaintiff using Defendants defective and unreasonably dangerous product, Plaintiff has suffered damage and death.

## COUNT III BREACH OF IMPLIED WARRANTIES

28.    Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

3

29.    Defendants failed to represent accurately to Plaintiff, either directly or indirectly, that Ambien is unfit and unsafe to consumers with insomnia and other sleep related disorders.

30.    Defendants intended Ambien to be used on persons suffering from insomnia, and impliedly warranted through the sale, advertising, and/or marketing of Ambien that it was fit for these normal and foreseeable uses.

31.    Plaintiff as foreseeable and intended user of Defendant's product, relied upon Defendant's representations, skill, expertise and judgment in assuming that Ambien would not only perform its basic functions as warranted, but was safe, and would not have adverse side effects of sleep walking.

32.    Defendant breached these implied warranties in that Ambien as designed, manufactured, marketed, distributed or sold is deleterious and highly harmful, and can and does injure persons and others as a result of their entering into a hypnotic state and sleep walking.

33.    As a direct and proximate result of Defendants' breach of implied warranties of goods and merchantable quality and fitness for a particular purpose and for their intended use, Plaintiff suffered and was caused death.

## COUNT IV FRAUD

34.    Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

35.    Defendants at all times in designing, manufacturing, marketing, distributing and selling Ambien knew that this product was and is hazardous and/or potentially hazardous to consumers, and knew that it causes sleep walking.

36.    At all times relevant in marketing their Ambien, Defendants falsely and fraudulently represented expressly or impliedly to Plaintiff, the public and the market that Ambien was safe. Defendants suppressed and concealed facts that Ambien could be harmful, dangerous and deleterious to consumers. Defendants knew of these dangerous propensities when it designed, manufactured, marketed and distributed and sold Ambien.

37.    Defendants at all times had a continuing duty to disclose the dangerous propensities of their product to Plaintiff, the public, and the market, and the suppression of these facts constituted misleading and fraudulent misrepresentations because Defendants published disseminated information such as publications and televised commercials representing Ambien would put a person to sleep and was well-suited, safe, and highly effective for its intended, use, and which were likely to mislead for want of communication of suppressed facts, including the hazardous nature and dangerous propensities of Ambien's side effects.

4

38. The misrepresentations, suppressions, and failures to disclose information were made by Defendants with the intent to induce Plaintiff, the public and the market to purchase and use Ambien.

39. Plaintiff relied on Defendants' misrepresentations as well as the absence of adverse information in purchasing and using Ambien.

40. Defendants continued at all times relevant to falsely and fraudulently misrepresent, suppress, and fail to disclose the dangerous propensities of Ambien, including the fact that Ambien causes sleep walking.

41. Plaintiff at the times these failures to disclose and suppressions of fact occurred, and that the time of purchase and use of the product, were ignorant of the existence of the facts that Defendants misrepresented, suppressed and failed to disclose. If plaintiff had been aware of the existence of the facts misrepresented or not disclosed by Defendants, Plaintiff would not have purchased or used Ambien, and would not have suffered the damages alleged herein.

42. As a direct and proximate result of Defendants suppression of facts and failure to disclose, and the continued manufacture, sale and marketing of Ambien, Plaintiff was directly and materially harmed.

43. All Defendants acts and omissions complained of in this count were committed by them with indifference of the rights of Plaintiff and were intentionally carried out to maximize the same and use of Ambien.

## COUNT V EXPRESS WARRANTY

44. The Plaintiff hereby incorporates by reference each paragraph in this Complaint, as if fully set forth herein.

45. At all times relevant, Defendants, in order to induce the Plaintiff to purchase and use Ambien, warranted and represented that its product was safe for its intended use for insomnia.

46. Plaintiff purchased and used Ambien in reliance on the Defendnats' above-mentioned warranties and representations.

47. The Ambien distributed, sold and/or delivered to Plaintiff was not of a character as stated by Defendants, but was defective and deficient as it did not put Plaintiff to sleep but placed Plaintiff in a hypnotic state.

48. Upon information and belief, Defendants received due and proper notice.

49.    As a result of the defective and deficient nature of Ambien, which is contrary to the warranties and representations of Defendants, the Plaintiff suffered damage and death.

WHEREFORE, Plaintiff, JEFF SCOTT as Special Administrator of the Estate of CHRISTIE SCOTT request that this Honorable Court enter Judgment in favor of the Plaintiff in an amount in excess of Fifty Thousand Dollars ($50,000.00), and any further relief which this Court deems appropriate.

Scott A. Kogen, P.C.

Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle St., Suite 1515
Chicago, IL 60602
312-782-7341
32193

6