# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| JEFF SCOTT, as Special Administrator of the Estate of CHRISTIE SCOTT v. SANOFI-AVENTIS, SANOFI-AVENTIS U.S., INC., SANOFI SYNTHELABO, SANOFI-SYNTHELABO, INC. | FILED: JUNE 20, 2008<br>08CV3549<br>JUDGE CONLON<br>MAGISTRATE JUDGE DENLOW<br>RCC |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SANOFI-AVENTIS U.S., INC.
SANOFI SYNTHELABO INC.

| NAME (Type or print) |
|---|
| JAMES R.M. HEMMINGS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ James R.M. Hemmings |
| FIRM<br>SIDLEY AUSTIN LLP |
| STREET ADDRESS<br>1 SOUTH DEARBORN STREET |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286380 | 312/853-7000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐