IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JEFF SCOTT as Special Administrator of**<br>**The estate of CHRISTIE SCOTT,**<br><br>Plaintiff,<br><br>vs.<br><br>**SANOFI-AVENTIS,**<br>**SANOFI-AVENTIS U.S. INC.,**<br>**SANOFI-SYNTHELABO,**<br>**SANOFI-SYNTHELABO, INC.,**<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | FILED: JUNE 20, 2008<br>Case No. 08CV3549<br>JUDGE CONLON<br>MAGISTRATE JUDGE DENLOW<br>RCC |

**DEFENDANTS SANOFI-AVENTIS U.S. INC. AND SANOFI-SYNTHELABO INC.'S**
**DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendants sanofi-aventis U.S. Inc. and Sanofi-Synthelabo Inc. submit this their Corporate Disclosure Statement. Defendants sanofi-aventis U.S. Inc and Sanofi-Synthelabo Inc. state the following:

1. Sanofi-aventis U.S. Inc. states that it is a wholly-owned, indirect subsidiary of sanofi-aventis, S.A., a French Corporation, that is traded publicly on the New York and Paris stock exchanges. Based on currently available information, no publicly-held company holds 10% or more of sanofi-aventis U.S. Inc.'s stock.

2. Sanofi-Synthelabo Inc. states that it is a wholly-owned, indirect subsidiary of sanofi-aventis, S.A., a French Corporation, that is traded publicly on the New York and Paris stock exchanges. Based on currently available information, no publicly-held company holds 10% or more of Sanofi-Synthelabo Inc.'s stock.

3. Total S.A., a French Corporation, owns in excess of 5% of sanofi-aventis S.A.

Dated: June 20, 2008                        Respectfully submitted,

                                              SANOFI-AVENTIS U.S. INC.
                                              SANOFI-SYNTHELABO INC.


                                          By: s/ Sara J. Gourley
                                                One of Their Attorneys


Dated: June 20, 2008

Sara J. Gourley
James R.M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
sgourley@sidley.com
jhemmings@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that of the 20th day of June, 2008, I caused to be served a true and correct copy of the foregoing document by United States mail, postage prepaid on the following counsel of record:

Scott A. Kogen, Esq.
Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

*Attorney for Plaintiff*


                                                  s/ James R.M. Hemmings
                                                   James R.M. Hemmings