IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF SCOTT as Special Administrator of The estate of CHRISTIE SCOTT,<br><br>Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS,<br>SANOFI-AVENTIS U.S. INC.,<br>SANOFI-SYNTHELABO,<br>SANOFI-SYNTHELABO, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08-CV-3549<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To:  Scott A. Kogen, Esq.
     Law Offices of Scott A. Kogen & Associates, P.C.
     134 N. LaSalle Street, Suite 1515
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on July 17, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Suzanne B. Conlon in Courtroom 1743 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and present Defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc.'s Motion for Continuance of Initial Status Hearing, a copy of which is being served on you.

                                                       SANOFI AVENTIS U.S. INC.
                                                      SANOFI SYNTHELABO INC.


                                                       By: s/ James R.M. Hemmings
                                                           One of Their Attorneys

Dated: July 14, 2008

Sara J. Gourley
James R.M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
sgourley@sidley.com
jhemmings@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that of the 14th day of July, 2008, I caused to be served a true and correct copy of the foregoing Notice of Motion by hand delivery on the following counsel of record:

Scott A. Kogen, Esq.
Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

*Attorney for Plaintiff*

                                     _s/ James R.M. Hemmings_
                                      James R.M. Hemmings