# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3549 | **DATE** | 7/17/08 |
| **CASE TITLE** | JEFF SCOTT vs. SANOFI-AVENTIS, ET AL | | |

**DOCKET ENTRY TEXT**

Defendants Sanofi Aventis U.S., Inc. and Sanofi Synthelabo Inc.'s motion for continuance of initial status hearing [14] is granted. Status hearing set on July 22, 2008 is reset on August 7, 2008 at 9:00 a.m.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|