# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3549 | **DATE** | 7/23/2008 |
| **CASE TITLE** | JEFF SCOTT vs. SANOFI-AVENTIS, ET AL | | |

**DOCKET ENTRY TEXT**

Attorneys Harvey L. Kaplan and Jon A. Strongman's motions [9] [10] for leave to appear pro hac vice are granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|