In the UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF SCOTT as Special Administrator of<br>The estate of CHRISTIE SCOTT,<br><br>                   Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS,<br>SANOFI-AVENTIS U.S. INC.,<br>SANOFI-SYNTHELABO,<br>SANOFI-SYNTHELABO, INC.,<br><br>                   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  08-CV-3549<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS SANOFI AVENTIS U.S. INC. AND SANOFI SYNTHELABO INC.'S
MOTION TO MODIFY MINUTE ENTRY *NUNC PRO TUNC***

Defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc. respectfully move this Court to modify the Court's July 23, 2008 Minute Entry, docket document 17 in the above-captioned action, *nunc pro tunc*. Defendants request that the Minute Entry be modified to reflect the granting of the amended applications for appearance *pro hac vice* submitted by Harvey L. Kaplan and Jon A. Strongman, docket documents 11 and 12. In support of its Motion, defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc. state:

    1.    In this action, plaintiff Jeff Scott alleges the wrongful death of plaintiff's decedent, Christie Scott, following the alleged use of a prescription medication, Ambien®.

    2.    This case is one of several across the country involving Ambien®, and accordingly defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc. are counseled by a national coordinating counsel, Shook Hardy & Bacon LLP. For this action in this Court, defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc. are represented locally by Sidley Austin LLP.

3.  Harvey L. Kaplan and Jon A. Strongman, both of Shook Hardy & Bacon LLP, submitted applications for their appearance *pro hac vice* on July 8, 2008. Those applications appear as docket documents 9 and 10, respectively.

4.  Mr. Kaplan and Mr. Strongman amended their applications for appearance *pro hac vice* on July 8, 2008. Those amended applications appear as docket documents 11 and 12, respectively, and are appended collectively hereto as Exhibit A. Mr. Kaplan's and Mr. Strongman's amended applications were intended to supersede their original applications.

5.  On July 23, 2008, the Court entered a Minute Entry, docket entry number 17, granting Mr. Kaplan's and Mr. Strongman's original applications for appearance *pro hac vice*, docket documents 9 and 10, and not their amended applications for appearance *pro hac vice*, docket documents 11 and 12. The Court's Minute Entry is attached hereto as Exhibit B.

6.  Defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc. respectfully request that the Court modify its July 23, 2008 Minute Entry *nunc pro tunc* to reflect the granting of Mr. Kaplan's and Mr. Strongman's amended applications for appearance *pro hac vice*, docket documents 11 and 12, instead of their original applications for appearance *pro hac vice*.

WHEREFORE, for the reasons stated, defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc. respectfully request that the Court modify its July 23, 2008 Minute Entry *nunc pro tunc* to reflect the granting of Mr. Kaplan's and Mr. Strongman's amended applications for appearance *pro hac vice*, docket documents 11 and 12.

                                  SANOFI AVENTIS U.S. INC.
                                  SANOFI SYNTHELABO INC.

                                  By: s/ James R.M. Hemmings
                                       One of Their Attorneys

Dated: August 4, 2008

Sara J. Gourley
James R.M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
sgourley@sidley.com
jhemmings@sidley.com

3

## CERTIFICATE OF SERVICE

I hereby certify that of the 4th day of August, 2008, I caused to be served a true and correct copy of the foregoing Motion by hand delivery on the following counsel of record:

Scott A. Kogen, Esq.
Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

*Attorney for Plaintiff*

                                           s/ James R.M. Hemmings
                                           James R.M. Hemmings

# EXHIBIT A

AMENDED

(Revised 02/01/01)

## United States District Court   Northern District of Illinois

AMENDED   **APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE**

| Case Title: | JEFF SCOTT, as Special Administrator of The Estate of CHRISTIE SCOTT<br>VS.<br>SANOFI-AVENTIS, SANOFI-AVENTIS U.S. INC., SANOFI-SYNTHELABO, SANOFI-SYNTHELABO, INC. | Plantiff(s)<br><br>Defendant(s) |
|---|---|---|
| Case Number: 08-CV-3549 | Judge: Suzanne B. Conlon | |

I, Harvey L. Kaplan _____ hereby apply to the Court

under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

defendants Sanofi-Aventis U.S. Inc. and Sanofi-Synthelabo, Inc. _____ by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| Missouri Supreme Court | 08/31/68 |
| U.S.D.C., W.D. of Missouri | 09/13/68 |
| U.S.D.C., E.D. Missouri | 09/08/97 |
| U.S.D.C., D. of Kansas   (see attached sheet for additional courts) | 04/15/98 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☐ | ☑ |
| denied admission to the bar of any court? | ☐ | ☑ |
| held in contempt of court? | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_July 8, 2008_   _/s/ Harvey L. Kaplan_
Date                         Signature of Applicant

| Applicant's Name | Last Name<br>Kaplan | First Name<br>Harvey | Middle Name/Initial<br>L. |
|---|---|---|---|
| Applicant's Law Firm | Shook, Hardy & Bacon L.L.P. | | |
| Applicant's Address | Street Address (include suite or room number)<br>2555 Grand Blvd. | | State Bar Number<br>MO 20459 |
| | City<br>Kansas City | State<br>MO | ZIP Code<br>64108 | Work Phone Number<br>816-474-6550 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____   _____
United States District Judge

| HARVEY L. KAPLAN - Additional Courts Admitted | |
|---|---|
| United States Supreme Court | 10/18/71 |
| United States Court of Appeals for the Fifth Circuit | 5/20/96 |
| United States Court of Appeals for the Sixth Circuit | 11/20/01 |
| United States Court of Appeals for the Eighth Circuit | 3/3/82 |
| United States Court of Appeals for the Ninth Circuit | 9/29/86 |
| United States Court of Appeals for the Tenth Circuit | 8/3/82 |
| United States District Court for the District of Arizona | 6/27/94 |
| United States District Court for the District of Nebraska | 9/12/01 |

AMENDED

(Revised 02/01/01)

# United States District Court   Northern District of Illinois
AMENDED **APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE**

| Case Title: | JEFF SCOTT, as Special Administrator of The Estate of CHRISTIE SCOTT | Plantiff(s) |
|---|---|---|
| | VS. | |
| | SANOFI-AVENTIS, SANOFI-AVENTIS U.S. INC., SANOFI-SYNTHELABO, SANOFI-SYNTHELABO, INC. | Defendant(s) |

| Case Number: 08-CV-3549 | Judge: Suzanne B. Conlon |
|---|---|

I, Jon A. Strongman   hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

defendants Sanofi-Aventis U.S. Inc. and Sanofi-Synthelabo, Inc.   by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| Missouri Supreme Court | 09/18/02 |
| U.S.D.C., W.D. of Missouri | 09/18/02 |
| U.S.D.C., E.D. Missouri | 04/24/03 |
| U.S.D.C., D. of Kansas | 12/18/03 |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ☑   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| Question | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☐ | ☑ |
| denied admission to the bar of any court? | ☐ | ☑ |
| held in contempt of court? | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

_____7/8/08_____                              _____s/ Jon A. Strongman_____
       Date                                          Signature of Applicant

| Applicant's Name | Last Name<br>Strongman | | First Name<br>Jon | Middle Name/Initial<br>A. |
|---|---|---|---|---|
| Applicant's Law Firm | Shook, Hardy & Bacon L.L.P. | | | |
| Applicant's Address | Street Address (include suite or room number)<br>2555 Grand Blvd. | | | State Bar Number<br>MO 53995 |
| | City<br>Kansas City | State<br>MO | ZIP Code<br>64108 | Work Phone Number<br>816-474-6550 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

(Fee Stamp)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

**ORDER**

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: _____     _____
                                         United States District Judge

# EXHIBIT B

Case 1:08-cv-03549 Document 18 Filed 08/04/2008 Page 12 of 12
Case 1:08-cv-03549 Document 17 Filed 07/23/2008 Page 1 of 1
Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3549 | **DATE** | 7/23/2008 |
| **CASE TITLE** | JEFF SCOTT vs. SANOFI-AVENTIS, ET AL | | |

**DOCKET ENTRY TEXT**

Attorneys Harvey L. Kaplan and Jon A. Strongman's motions [9] [10] for leave to appear pro hac vice are granted.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|