IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF SCOTT as Special Administrator of<br>The estate of CHRISTIE SCOTT,<br><br>      Plaintiff,<br><br>vs.<br><br>SANOFI-AVENTIS,<br>SANOFI-AVENTIS U.S. INC.,<br>SANOFI-SYNTHELABO,<br>SANOFI-SYNTHELABO, INC.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No.  08-CV-3549<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

To: Scott A. Kogen, Esq.
   Law Offices of Scott A. Kogen & Associates, P.C.
   134 N. LaSalle Street, Suite 1515
   Chicago, Illinois 60602

 PLEASE TAKE NOTICE that on August 7, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Suzanne B. Conlon in Courtroom 1743 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and present Defendants sanofi aventis U.S. Inc. and Sanofi Synthelabo Inc.'s Motion to Modify Minute Entry *Nunc Pro Tunc*, a copy of which is being served on you.

                SANOFI AVENTIS U.S. INC.
                SANOFI SYNTHELABO INC.


                By: s/ James R.M. Hemmings
                  One of Their Attorneys

Dated: August 4, 2008

Sara J. Gourley
James R.M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
sgourley@sidley.com
jhemmings@sidley.com

## CERTIFICATE OF SERVICE

I hereby certify that of the 4th day of August, 2008, I caused to be served a true and correct copy of the foregoing Notice of Motion by United States mail, postage prepaid, on the following counsel of record:

Scott A. Kogen, Esq.
Law Offices of Scott A. Kogen & Associates, P.C.
134 N. LaSalle Street, Suite 1515
Chicago, Illinois 60602

*Attorney for Plaintiff*

                                    s/ James R.M. Hemmings
                                    James R.M. Hemmings

2