# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                Case Number: 08-CV-3549

JEFF SCOTT, as Special Administrator of the Estate of
CHRISTIE SCOTT v. SANOFI-AVENTIS,
SANOFI-AVENTIS U.S., INC., SANOFI SYNTHELABO,
SANOFI-SYNTHELABO, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JEFF SCOTT, as Special Administrator of the Estate of
CHRISTIE SCOTT

| |
|---|
| NAME (Type or print)<br>PHILIP J. BERENZ |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ PHILIP J. BERENZ |
| FIRM<br>THE LAW OFFICES OF SCOTT A. KOGEN & ASSOCIATES, P.C. |
| STREET ADDRESS<br>134 N. LASALLE STREET, SUITE 1515 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6271943 | TELEPHONE NUMBER<br>312/782-7341 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |