Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3549 | **DATE** | 8/7/2008 |
| **CASE TITLE** | JEFF SCOTT vs. SANOFI-AVENTIS | | |

**DOCKET ENTRY TEXT**

Attorneys Harvey L. Kaplan and Jon A. Strongman's amended motions [11] and [12] for leave to appear pro hac vice are granted. The case is referred to the magistrate judge for settlement conference. Parties shall comply with FRCP 26(a)(1) by August 21, 2008. Plaintiff shall comply with FRCP 26(a)(2) by December 2, 2008; defendants shall comply with FRCP 26(a)(2) by January 5, 2009. Discovery cutoff and filing of dispositive motions with supporting memoranda are set on February 3, 2009. Submission of the joint final pretrial order and agreed pattern jury instructions is set on February 24, 2009 at 9:00 a.m.; plaintiff shall submit draft to defendant by February 17, 2009. The case is placed on the March trial calendar. THESE ARE FIRM DATES.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | WH |
|---|---|---|