UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Jeff Scott
                          Plaintiff,

v.                                         Case No.: 1:08−cv−03549
                                                  Honorable Suzanne B. Conlon

Sanofi−Aventis, et al.
                          Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: settlement conference.(wyh, )Notices mailed by Judicial staff.

Dated: August 7, 2008

                                                     /s/ Suzanne B. Conlon
                                                     United States District Judge